# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **Chelsey Nelson Photography LLC** and **Chelsey Nelson**,<br><br>Plaintiffs,<br><br>v.<br><br>**Louisville/Jefferson County Metro Government**; **Louisville Metro Human Relations Commission-Enforcement**; **Louisville Metro Human Relations Commission-Advocacy**; **Kendall Boyd**, in his official capacity as Executive Director of the Louisville Metro Human Relations Commission-Enforcement; and **Marie Dever**, **Kevin Delahanty**, **Charles Lanier, Sr.**, **Laila Ramey**, **William Sutter**, **Ibrahim Syed**, and **Leonard Thomas**, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement,<br><br>Defendants. | Case No. 3:19-CV-851-JRW<br><br>**Corporate Disclosure Statement** |

Plaintiffs Chelsey Nelson Photography LLC and Chelsey Nelson, by and through counsel, and pursuant to Fed. R. Civ. P. 7.1, hereby state as follows:

Chelsey Nelson Photography LLC is a limited liability company. It issues no stock and has no parent corporation.

1

Respectfully submitted this 19th day of November, 2019.

By: s/ Joshua D. Hershberger

| | |
|---|---|
| Jonathan A. Scruggs<br>AZ Bar No. 030505*<br>Katherine L. Anderson<br>AZ Bar No. 033104*<br>Bryan Neihart<br>CO Bar No. 47800*<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, AZ  85260<br>Telephone:  (480) 444-0020<br>jscruggs@adflegal.org<br>kanderson@adflegal.org<br>bneihart@adflegal.org | Joshua D. Hershberger<br>KY Bar No. 94421<br>**Hershberger Law Office**<br>P.O. Box 233<br>Hanover, IN 47243<br>Telephone: (812) 274-0441<br>josh@hlo.legal |

David A. Cortman
GA Bar No. 188810*
**Alliance Defending Freedom**
1000 Hurricane Shoals Rd. NE
Ste. D-1100
Lawrenceville, GA 30043
Telephone:  (770) 339-0774
dcortman@ADFlegal.org

ATTORNEYS FOR PLAINTIFFS

*Motions for *Pro Hac Vice* admission filed concurrently

## Certificate of Service

I hereby certify that on November 19, 2019, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system. The foregoing document will be served via private process server with the Summons and Complaint to all defendants.

By: s/ Joshua D. Hershberger

Joshua D. Hershberger
KY Bar No. 94421
**Hershberger Law Office**
P.O. Box 233
Hanover, IN 47243
Telephone: (812) 274-0441
josh@hlo.legal

ATTORNEY FOR PLAINTIFFS

3