AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Louisville/Jefferson County Metro Government
was received by me on *(date)* 11/21/2019.

☐ I personally served the summons on the individual at *(place)* _____
   on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
   a person of suitable age and discretion who resides there,
   on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Sonya Harward, Asst. Clerk, who is
   designated by law to accept service of process on behalf of *(name of organization)* Louisville/Jefferson County Metro Government
   on *(date)* 11/26/2019 ; or 9:02 Am

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 11/26/2019

*Server's signature*

Melanie Fischer - Process Server
*Printed name and title*

1355 Bardstown Rd, Ste 154, Louisville, KY 40204
*Server's address*

Additional information regarding attempted service, etc: