IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **Chelsey Nelson Photography LLC**, and **Chelsey Nelson**,<br><br>  Plaintiffs,<br>  v.<br><br>**Louisville/Jefferson County Metro Government**; **Louisville Metro Human Relations Commission-Enforcement**; **Louisville Metro Human Relations Commission-Advocacy**; **Kendall Boyd**, in his official capacity as Executive Director of the Louisville Metro Human Relations Commission-Enforcement; and **Marie Dever**, **Kevin Delahanty**, **Charles Lanier, Sr.**, **Laila Ramey**, **William Sutter**, **Ibrahim Syed**, and **Leonard Thomas**, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement,<br><br>  Defendants. | Case No. 3:19-cv-00851<br><br>STIPULATION OF ACCEPTANCE OF SERVICE OF VERIFIED COMPLAINT AND BRIEFING SCHEDULE |

The parties stipulate that Assistant County Attorney John F. Carroll is the lead attorney for the above-named Defendants. Attorney Carroll is authorized to receive service of process on behalf of all named Defendants in the Complaint. This acceptance of service is to have the same force and effects as if the named Defendants were personally served with the following documents under the rules of this Court and statutes of the State of Kentucky:

1. Summons issued to Louisville/Jefferson County Metro Government;
2. Verified Complaint and Exhibits 1-2;

3. Civil Cover Sheet;
4. Corporate Disclosure Statement;
5. Plaintiffs' Preliminary Injunction Motion;
6. Plaintiffs' Brief in Support of Their Preliminary Injunction Motion;
7. Declaration of Chelsey Nelson in Support of Plaintiffs' Preliminary Injunction Motion;
8. Table of Contents: Appendix to Plaintiffs' Brief in Support of Plaintiffs' Preliminary Injunction Motion;
9. Appendix to Plaintiffs' Brief in Support of Plaintiffs' Preliminary Injunction Motion;
10. Proposed Order Granting Plaintiffs' Preliminary Injunction Motion;
11. Standard Civil Case Assignment; and
12. Motions for Admission *Pro Hac Vice* of Jonathan Scruggs, Katherine Anderson, Bryan Neihart, and David Cortman.

The parties further stipulate and agree Defendants' answer or other responsive pleading to the Verified Complaint shall be due on or before January 16, 2020. Defendants' Response to Plaintiffs' Preliminary Injunction Motion shall be due on January 16, 2020.

Respectfully submitted this 20th day of December, 2019.

By: s/ BRYAN NEIHART

By: s/ JOHN F. CARROLL

| Jonathan A. Scruggs<br>AZ Bar No. 030505*<br>Katherine L. Anderson<br>AZ Bar No. 033104*<br>Bryan Neihart<br>CO Bar No. 47800*<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>jscruggs@adflegal.org<br>kanderson@adflegal.org<br>bneihart@adflegal.org | John F. Carroll<br>Assistant County Attorney<br>**Office of Mike O'Connell,<br>Jefferson County Attorney**<br>Fiscal Court Building<br>531 Court Place, Suite 900<br>Louisville, KY 40202<br>Telephone: (502) 574-6321<br>john.carroll2@louisvilleky.gov<br><br>*Attorney for Defendants* |
|---|---|

2

David A. Cortman
GA Bar No. 188810*
**Alliance Defending Freedom**
1000 Hurricane Shoals Rd. NE
Ste. D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
dcortman@adflegal.org

Joshua D. Hershberger
KY Bar No. 94421
**Hershberger Law Office**
P.O. Box 233
Hanover, IN 47243
Telephone: (812) 274-0441
josh@hlo.legal

*Attorneys for Plaintiffs*

**\*** Admitted *Pro Hac Vice*

## Certificate of Service

I hereby certify that on December 20, 2019, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system and that the foregoing document will be served by U.S. mail on Defendants' counsel.

By: s/ Bryan Neihart

Bryan Neihart
CO Bar No. 47800*
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
bneihart@adflegal.org