IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **Chelsey Nelson Photography LLC,** and **Chelsey Nelson**, <br><br> Plaintiffs, <br> v. <br><br> **Louisville/Jefferson County Metro Government; Louisville Metro Human Relations Commission-Enforcement; Louisville Metro Human Relations Commission-Advocacy; Kendall Boyd,** in his official capacity as Executive Director of the Louisville Metro Human Relations Commission-Enforcement; and **Marie Dever, Kevin Delahanty, Charles Lanier, Sr., Laila Ramey, William Sutter, Ibrahim Syed,** and **Leonard Thomas,** in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement, <br><br> Defendants. | Case No. 3:19-cv-00851 <br><br><br> **Plaintiffs' Response To Defendants' Motion For Leave To File Their Response To Plaintiffs' Motion For Preliminary Injunction in Excess of LR 7.1(d)** |

On January 16, 2020, Defendants filed a motion requesting leave to file their response to Plaintiffs' Preliminary Injunction Motion three pages in excess of LR 7.1(d)'s page limits. ECF No. 15. Plaintiffs do not oppose this motion.

Respectfully submitted this 17th day of January, 2020.


By:  s/ Bryan Neihart

Jonathan A. Scruggs  
AZ Bar No. 030505*  
Katherine L. Anderson  
AZ Bar No. 033104*  
Bryan Neihart  
CO Bar No. 47800*  
**Alliance Defending Freedom**  
15100 N. 90th Street  
Scottsdale, AZ  85260  
Telephone: (480) 444-0020  
jscruggs@adflegal.org  
kanderson@adflegal.org  
bneihart@adflegal.org  

David A. Cortman  
GA Bar No. 188810*  
**Alliance Defending Freedom**  
1000 Hurricane Shoals Rd. NE  
Ste. D-1100  
Lawrenceville, GA 30043  
Telephone: (770) 339-0774  
dcortman@adflegal.org  

Joshua D. Hershberger  
KY Bar No. 94421  
**Hershberger Law Office**  
P.O. Box 233  
Hanover, IN 47243  
Telephone: (812) 274-0441  
josh@hlo.legal

\* Admitted *Pro Hac Vice*

ATTORNEYS FOR PLAINTIFFS

## Certificate of Service

I hereby certify that on January 17, 2020, I electronically filed the foregoing document with the Clerk of Court and that the foregoing document will be served via the CM/ECF system on all counsel of record.

By: s/ Bryan Neihart

Bryan Neihart
CO Bar No. 47800*
**Alliance Defending Freedom**
15100 N. 90th St.
Scottsdale, AZ 85260
Telephone: 480-444-0020
bneihart@ADFlegal.org

ATTORNEY FOR PLAINTIFFS

* Admitted *Pro Hac Vice*