IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **Chelsey Nelson Photography LLC**, and **Chelsey Nelson**, <br><br> Plaintiffs, <br> v. <br><br> **Louisville/Jefferson County Metro Government**; **Louisville Metro Human Relations Commission-Enforcement**; **Louisville Metro Human Relations Commission-Advocacy**; **Kendall Boyd**, in his official capacity as Executive Director of the Louisville Metro Human Relations Commission-Enforcement; and **Marie Dever**, **Kevin Delahanty**, **Charles Lanier**, **Sr.**, **Laila Ramey**, **William Sutter**, **Ibrahim Syed**, and **Leonard Thomas**, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement, <br><br> Defendants. | Case No. 3:19-cv-00851 <br><br> **Plaintiffs' Stipulation of Extension of Time** |

On January 16, 2020, Defendants filed a motion to dismiss (ECF No. 14) and a response to Plaintiffs' motion for preliminary injunction (ECF No. 15-1). According to LR 7.1(b), the parties stipulate that Plaintiffs' response to Defendants' motion to dismiss and reply to Defendants' response to Plaintiff's motion for preliminary injunction shall be due on or before February 13, 2020.

Respectfully submitted this 22nd day of January, 2020.

By: s/ Bryan Neihart

By: s/ John Carroll (w/permission)

| | |
|---|---|
| Jonathan A. Scruggs<br>AZ Bar No. 030505*<br>Katherine L. Anderson<br>AZ Bar No. 033104*<br>Bryan Neihart<br>CO Bar No. 47800*<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, AZ 85260<br>Telephone: (480) 444-0020<br>jscruggs@adflegal.org<br>kanderson@adflegal.org<br>bneihart@adflegal.org<br><br><br>David A. Cortman<br>GA Bar No. 188810*<br>**Alliance Defending Freedom**<br>1000 Hurricane Shoals Rd. NE<br>Ste. D-1100<br>Lawrenceville, GA 30043<br>Telephone: (770) 339-0774<br>dcortman@adflegal.org<br><br>Joshua D. Hershberger<br>KY Bar No. 94421<br>**Hershberger Law Office**<br>P.O. Box 233<br>Hanover, IN 47243<br>Telephone: (812) 274-0441<br>josh@hlo.legal<br><br>*Attorneys for Plaintiffs*<br><br>* Admitted *Pro Hac Vice* | John F. Carroll<br>Jason D. Fowler<br>Assistant County Attorneys<br>**Office of Mike O'Connell,**<br>**Jefferson County Attorney**<br>Fiscal Court Building<br>531 Court Place, Suite 900<br>Louisville, KY 40202<br>Telephone: (502) 574-6321<br>john.carroll2@louisvilleky.gov<br>jason.fowler@louisvilleky.gov<br><br>*Attorney for Defendants* |

## Certificate of Service

I hereby certify that on January 22, 2020, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system and that the foregoing document will be served by U.S. mail on Defendants' counsel.

By: <u>s/ Bryan Neihart</u>

Bryan Neihart
CO Bar No. 47800*
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
bneihart@adflegal.org