UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

CHELSEY NELSON PHOTOGRAPHY LLC,
ET AL.,                                                                                                    PLAINTIFFS

v.                                                                       CIVIL ACTION NO. 3:19-CV-851-JRW

LOUISVILLE/JEFFERSON COUNTY
METRO GOVERNMENT, ET AL.                                                                    DEFENDANTS

## ORDER GRANTING UNOPPOSED MOTIONS

The Court **GRANTS** the following unopposed motions:

1. The American Civil Liberties Union and American Civil Liberties Union of Kentucky moved for leave to file an amicus brief (DN 18).

2. Americans United for the Separation of Church and State moved for leave to file an amicus brief (DN 19).

3. Attorneys Richard B. Katskee; Kenneth D. Upton, Jr.; Patrick Grubel; and Carmen Green moved for pro hac admission (DNs 21, 22, 23, & 24).

4. Attorneys Lindsey Kaley and Hilary Ledwell moved for pro hac admission (DNs 27, 28).

5. The Family Trust Foundation of Kentucky, Inc. and the Center for Religious Expression, Inc. moved for leave to file an amicus brief (DN 31).

The Court **DIRECTS** the Clerk of Court to **FILE** DNs 18-1, 19-1, and 31-1 in the record.

*Justin R. Walker*

Justin R Walker, District Judge
United States District Court

2/18/2020