# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **Chelsey Nelson Photography LLC**, and **Chelsey Nelson**,<br><br>              **Plaintiffs**,<br>   v.<br><br>**Louisville/Jefferson County Metro Government; Louisville Metro Human Relations Commission-Enforcement; Louisville Metro Human Relations Commission-Advocacy; Kendall Boyd**, in his official capacity as Executive Director of the Louisville Metro Human Relations Commission-Enforcement; and **Marie Dever, Kevin Delahanty, Charles Lanier, Sr., Laila Ramey, William Sutter, Ibrahim Syed, and Leonard Thomas**, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement,<br><br>              **Defendants.** | Case No. 3:19-cv-00851-JRW<br><br>Joint Notice for August 7, 2020 In-Person Hearing |

The parties submit the following responses to the Court's July 24, 2020 Order (ECF No. 45) regarding the August 7, 2020 hearing:

1. Does any party object to an in-person hearing?

    <u>Plaintiffs' Response</u>: No objections.

    <u>Defendants' Response</u>: No objections.

2. How many lawyers will appear in person for Nelson and Louisville?

    <u>Plaintiffs' Response</u>: Three.

    <u>Defendants' Response</u>: Four.

3.  Is there anything else the Court needs to know in planning for the hearing?

<u>Plaintiffs' Response</u>: Plaintiffs intend to split the arguments on the motions. Jonathan Scruggs will argue in support of Plaintiffs' preliminary injunction motion. Bryan Neihart will argue in opposition to Defendants' motion to dismiss.

<u>Defendants' Response</u>: No additional information.

Respectfully submitted this 31st day of July, 2020.

| By: <u>s/ Bryan Neihart</u> | By: <u>s/ Jason D. Fowler (w/permission)</u> |
|---|---|
| Jonathan A. Scruggs<br>AZ Bar No. 030505*<br>Katherine L. Anderson<br>AZ Bar No. 033104*<br>Bryan Neihart<br>CO Bar No. 47800*<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, AZ  85260<br>Telephone: (480) 444-0020<br>jscruggs@adflegal.org<br>kanderson@adflegal.org<br>bneihart@adflegal.org<br><br><br>David A. Cortman<br>GA Bar No. 188810*<br>**Alliance Defending Freedom**<br>1000 Hurricane Shoals Rd. NE<br>Ste. D-1100<br>Lawrenceville, GA 30043<br>Telephone: (770) 339-0774<br>dcortman@adflegal.org<br><br><br>Joshua D. Hershberger<br>KY Bar No. 94421<br>**Hershberger Law Office**<br>P.O. Box 233<br>Hanover, IN 47243 | John F. Carroll<br>Jason D. Fowler<br>Peter F. Ervin<br>Assistant County Attorneys<br>**Office of Mike O'Connell,**<br>**Jefferson County Attorney**<br>Fiscal Court Building<br>531 Court Place, Suite 900<br>Louisville, KY 40202<br>Telephone: (502) 574-6321<br>john.carroll2@louisvilleky.gov<br>jason.fowler@louisvilleky.gov<br>peter.ervin@louisvilleky.gov<br><br><br>David S. Kaplan<br>Casey L. Hinkle<br>**Kaplan Johnson Abate & Bird LLP**<br>710 W. Main Street, Suite 400<br>Louisville, KY 40202<br>Telephone: (502) 416-1636<br>dkaplan@kaplanjohnsonlaw.com<br>chinkle@kaplanjohnsonlaw.com<br><br>ATTORNEYS FOR DEFENDANTS |

| | |
|---|---|
| Telephone: (812) 274-0441<br>josh@hlo.legal<br><br>ATTORNEYS FOR PLAINTIFFS<br><br>* Admitted *Pro Hac Vice* | |

## Certificate of Service

I hereby certify that on July 31, 2020, I electronically filed the foregoing document with the Clerk of Court and the foregoing document will be served via the CM/ECF system on all counsel of record.

By: s/ Bryan Neihart

Bryan Neihart
CO Bar No. 47800*
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: (480) 444-0020
bneihart@adflegal.org

ATTORNEY FOR PLAINTIFFS

* Admitted *Pro Hac Vice*

3