UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **Chelsey Nelson Photography LLC** and **CHELSEY NELSON,** <br><br> Plaintiffs, <br><br> v. <br><br> **Louisville/Jefferson County Metro Government; Louisville Metro Human Relations Commission-Enforcement; Louisville Metro Human Relations Commission-Advocacy; Verná Goatley,** in her official capacity as Executive Director of the Louisville Metro Human Relations Commission-Enforcement; and **Marie Dever, Kevin Delahanty, Charles Lanier, Sr., Leslie Faust, William Sutter, Ibrahim Syed,** and **Leonard Thomas,** in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement, <br><br> Defendants. | Case No. 3:19-cv-00851-BJB-CHL <br><br> **Joint Status Report** |

Plaintiffs, Chelsey Nelson Photography LLC and Chelsey Nelson, and Defendants, Louisville/Jefferson County Metro Government, Louisville Metro Human Relations Commission-Enforcement, Louisville Metro Human Relations Commission-Advocacy, Verná Goatley,[1] Marie Dever, Kevin Delahanty, Charles

---

[1] Ms. Goatley succeeded Kendall Boyd as the Executive Director of the Louisville Metro Human Relations Enforcement and Advocacy Commissions. She automatically substitutes for Mr. Boyd as a defendant. *See* Fed. R. Civ. P. 25(d).

Lanier, Sr., Leslie Faust,[2] William Sutter, Ibrahim Syed, and Leonard Thomas, all in their official capacities, submit the following joint status report under Section 3 of the Scheduling Order (ECF No. 57).

1. **The progress of the case.**

    **A. Plaintiffs' discovery.**

Plaintiffs served their first set of interrogatories, requests for admission, and requests for production of documents on Defendants on November 24, 2020. The parties held a meet-and-confer about Plaintiffs' requests on January 13, 2021. Defendants produced responses and documents on January 25, 2021. Plaintiffs' position is that some of Defendants' responses and production are inadequate. The parties have attempted in good faith to resolve their disputes through a meet-and-confer on February 2, 2021 and several other written communications. The parties have resolved some but not all their disputes. Therefore, Plaintiffs requested a telephonic discovery conference to resolve the remaining issues. The conference is scheduled for February 23, 2021.

Plaintiffs served their second set of interrogatories, requests for admission, and requests for production of documents on Defendants on February 11, 2021. Plaintiffs served their third set of requests for admission and requests for production of documents on Defendants on February 17, 2021. The deadlines to respond to Plaintiffs' second and third set of discovery requests are March 15, 2021 and March 19, 2021, respectively.

Plaintiffs have not yet taken any depositions. Plaintiffs anticipate deposing former Executive Director Kendall Boyd, current Executive Director Verná Goatley, and Defendants' 30(b)(6) witness. Plaintiffs intend to take these depositions after

---

[2] Ms. Faust succeeded Laila Ramey as a member of the Louisville Metro Human Relations Commission-Enforcement. She automatically substitutes for Ms. Ramey as a defendant. *See* Fed. R. Civ. P. 25(d).

the discovery disputes have been resolved and Plaintiffs receive relevant documents responsive to their requests for production. Plaintiffs also anticipate taking approximately five depositions of yet-to-be determined third parties.

### B. Defendants' discovery.

Defendants served their first set of written discovery requests to Plaintiffs on November 20, 2020, to which Plaintiffs responded on January 19, 2021. Defendants deposed Plaintiff Chelsey Nelson on February 16, 2021.

### 2. The feasibility of resolution by mediation or settlement.

The parties are willing to consider any settlement offer, but they do not believe that the matter is suitable for alternative dispute resolution at this time. The parties anticipate filing cross-motions for summary judgment after the completion of discovery.

### 3. Setting a pretrial conference and trial date.

The parties request that a trial date be set approximately 120 days after the Court rules on any dispositive motions. The parties request a final pretrial conference after the completion of pre-trial disclosures.

Respectfully submitted this 19th day of February, 2021.

| | |
|---|---|
| By: s/ Bryan Neihart | By: s/ Casey L. Hinkle (w/ permission) |
| Jonathan A. Scruggs<br>AZ Bar No. 030505*<br>Katherine L. Anderson<br>AZ Bar No. 033104*<br>Bryan Neihart<br>AZ Bar No. 035937*<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, AZ  85260<br>Telephone: (480) 444-0020<br>jscruggs@adflegal.org<br>kanderson@adflegal.org | John F. Carroll<br>Jason D. Fowler<br>Assistant Jefferson County Attorneys<br>531 Court Place, Suite 900<br>Louisville, Kentucky 40202<br>(502) 574-6321<br>john.carroll2@louisvilleky.gov<br>jason.fowler@louisvilleky.gov<br><br>David S. Kaplan<br>Casey L. Hinkle<br>Kaplan Johnson Abate & Bird LLP |

bneihart@adflegal.org

David A. Cortman
GA Bar No. 188810*
**Alliance Defending Freedom**
1000 Hurricane Shoals Road NE
Suite D-1100
Lawrenceville, GA 30043
Telephone: (770) 339-0774
dcortman@adflegal.org

Joshua D. Hershberger
KY Bar No. 94421
**Hershberger Law Office**
P.O. Box 233
Hanover, IN 47243
Telephone: (812) 274-0441
josh@hlo.legal

\* Admission *Pro Hac Vice*
*Attorneys for Plaintiffs*

710 W. Main Street, 4th Floor
Louisville, KY 40202
(502)-416-1630
dkaplan@Kaplanjohnsonlaw.com
chinkle@Kaplanjohnsonlaw.com

*Attorneys for Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I electronically filed the foregoing document with the Clerk of Court and that the foregoing document will be served via the CM/ECF system on all counsel of record.

By: s/ Bryan Neihart

Bryan Neihart
AZ Bar No. 035937*
Alliance Defending Freedom
15100 N. 90th Street
Scottsdale, AZ 85260
Telephone: 480-444-0020
bneihart@ADFlegal.org

*Attorney for Plaintiffs*

* Admitted *Pro Hac Vice*