UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00851-BJB-CHL

**CHELSEY NELSON PHOTOGRAPHY LLC , et al.,**               **Plaintiffs,**

v.

**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.,    Defendants.**

## ORDER

The undersigned held a telephonic status conference in this matter on February 23, 2021. Participating were the following:

  FOR PLAINTIFFS:     Bryan Neihart, Jonathan A. Scruggs

  FOR DEFENDANTS:     Casey L. Hinkle, Jason D. Fowler, John F. Carroll

  COURT REPORTER:     Dena Legg

The Court discussed with the Parties several discovery disputes concerning Plaintiff's requests for production and interrogatories. Based on the discussion during the call, the Court instructed the Parties to continue working with one another to resolve the disputes and granted leave for the Parties to proceed to motions practice to address any remaining issues.

Accordingly,

IT IS HEREBY ORDERED that any discovery motions addressing the disputes discussed above shall be filed on or before **March 5, 2021**. Any responses shall be filed on or before **March 12, 2021**. No replies shall be permitted.

March 1, 2021

Colin H Lindsay, Magistrate Judge
United States District Court

1:00