UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
___Louisville___ DIVISION

Chelsey Nelson Photography LLC and Chelsey Nelson

-vs-

Louisville/Jefferson County Metro Government, et al.

Case No.: 3:19-cv-00851-BJB-CHL

MOTION FOR ADMISSION *PRO HAC VICE*

Comes now ___Hailey M. Vrdolyak___, Applicant herein, and moves this Court to grant my admission to the United States District Court for the Western District of Kentucky *pro hac vice* to represent ___Chelsey Nelson Photography LLC and Chelsey Nelson___ in this case.

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Alliance Defending Freedom

   with offices at

   Mailing address: 440 First Street NW, Suite 600

   City, State, Zip Code: Washington, DC 20001

   Telephone: 202-393-8690

   E-Mail: hvrdolyak@adflegal.org

2. Applicant has been admitted to Bar(s) of the following state(s):

| State: | Admission Date: | Bar No.: |
|---|---|---|
| Illinois | 1/16/2020 | 6333515 |

3. Applicant has attached a certificate of good standing that has been issued no more than ninety (90) days before the date of this motion from the highest court of the state in which Applicant is a resident.

4. Applicant HAS NOT ☑ been disbarred, suspended from practice or subject to any disciplinary action by any court, state, territory or the District of Columbia.

   Applicant HAS ☐ been disbarred, suspended from practice or subject to any disciplinary action by any court, state, territory or the District of Columbia. Please explain

   _____

5. By way of this motion, Applicant consents to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

6. Applicant has completed ECF training as follows: web-page tutorial
   _____

7. Applicant tenders with this Motion the following:
   ☑ The required *pro hac vice* motion fee of $125.00.

8. Upon filing of this Motion, Applicant will submit the Electronic Filing Attorney Registration Form required by the Court's Electronic Case Filing Administrative Policies and Procedures via email to cja@kywd.uscourts

   Wherefore, Applicant prays that this Court enter an order permitting the admission of Hailey M. Vrdolyak to the Western District of Kentucky *pro hac vice* for this case only.

   */s/ Hailey Vrdolyak*
   [Signature of Atty to be admitted - Hand Signed]

   Respectfully submitted,

   Hailey Vrdolyak
   440 First St. NW, Ste 600
   Washington, DC 20001
   202-393-8690
   hvrdolyak@adflegal.org

Motions to appear pro hac vice are governed by LR 83.2 and LCrR 57.2. Pursuant to said rules, the Attorney General or any other bar member of the Department of Justice, or of any federal agency, including federal public defenders or panel attorneys that cross district lines, or any attorney appointed pursuant to the Criminal Justice Act, need not seek admission *pro hac vice*.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
### Louisville DIVISION

Chelsey Nelson Photography LLC and Chelsey Nelson

-vs-                                                                Case No.: 3:19-cv-00851-BJB-CHL

Louisville/Jefferson County Metro Government, et al.

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Hailey M. Vrdolyak, is permitted to argue or try this case in whole or in part as counsel for Chelsey Nelson Photography LLC and Chelsey Nelson.

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Hailey Murphy Vrdolyak

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 01/16/2020 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 25th day of February, 2021.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois