UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO.  3:19-CV-00851-BJB-CHL

CHELSEY NELSON PHOTOGRAPHY LLC , et al.,                    **Plaintiffs,**

v.

LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT , et al.,   Defendants.

## ORDER

Before the Court is Plaintiffs' motion to clarify expert deadlines.  (DN 84.)  In the motion, Plaintiffs note that neither the Court's November 9, 2020 scheduling order (DN 57) nor the Court's April 27, 2021 modification to the scheduling order (DN 75) set a deadline for disclosing rebuttal expert witnesses.  (*Id.*, at PageID # 2172-72.)  Plaintiffs propose a July 26, 2021 deadline, and Defendants do not object to the proposed deadline.  (*Id.*)  Plaintiffs' motion also seeks to confirm that the deadline to file *Daubert* motions was extended along with the deadline to file dispositive motions when the scheduling order was modified.  (*Id.*)

Accordingly,

IT IS HEREBY ORDERED as follows:

1. Plaintiffs' motion to clarify expert deadline (DN 84) is **GRANTED**.

2. Plaintiffs shall make their rebuttal expert disclosures on or before **July 26, 2021**.

3. Any *Daubert* motion shall be filed on or before **August 30, 2021**.

Colin H Lindsay, Magistrate Judge
United States District Court

cc:  Counsel of record

July 19, 2021