**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00851-BJB-CHL**

**CHELSEY NELSON PHOTOGRAPHY LLC , et al.,**               Plaintiffs,

v.

**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT , et al.,**   Defendants.

**ORDER**

Pursuant to the Court's April 27, 2021 order, the dispositive motion deadline in this matter is August 30, 2021. (DN 74, at PageID # 1914.) Because the Parties have not yet received a ruling on their competing discovery motions (DN 63 and DN 64), the Court will stay the deadline pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure.

Accordingly,

IT IS HEREBY ORDERED that the August 30, 2021 dispositive motion deadline is **STAYED** pending further order of the Court.

Colin H Lindsay, Magistrate Judge
United States District Court

August 20, 2021

cc: Counsel of record