## TABLE OF CONTENTS: APPENDIX TO PLAINTIFFS' BRIEF IN SUPPORT OF PLAINTIFFS' SUMMARY JUDGMENT MOTION

| Description | Appendix Page Number(s) |
|---|---|
| Chelsey Nelson Photography LLC's Articles of Organization* | 1 |
| Chelsey Nelson Photography LLC's Operating Agreement | 2–8 |
| Chelsey's Website Pages | 9–31 |
| Chelsey's Blog Posts | 32–88 |
| Chelsey's Facebook Homepage | 89 |
| Chelsey's Instagram Page and Instagram Posts | 90–100 |
| Anchor Bible Church's Doctrinal Statement | 101–102 |
| Katie Rivera Photo Boutique Editing Services Website Pages | 103–105 |
| Edited by Artists Services Website Pages | 106–109 |
| Chelsey Nelson Photography LLC's Form Wedding Celebration Services Agreement | 110–116 |
| Chelsey Nelson Photography LLC's Form Boutique Editing Services Agreement | 117–123 |

---

* Unless context indicates otherwise, the remainder of this Table of Contents refers to Chelsey Nelson Photography LLC and Chelsey Nelson collectively as "Chelsey."

| | |
|---|---|
| Chelsey's Bridal Magazine | 124–197 |
| Chelsey's Online Gallery Example | 198 |
| Chelsey's Keepsake Box Example | 199 |
| Chelsey's Engagement Photographs | 200–214 |
| Chelsey's Wedding Photographs | 215–270 |
| Chelsey's Before and After Editing Wedding Photographs | 271–275 |
| Jenna Kutcher's Blog Post | 276–278 |
| Chelsey's Before and After Boutique Editing Wedding Photographs | 279–291 |
| Chelsey's Before and After Boutique Editing Commercial Photographs | 292–294 |
| Prospective Client Inquiry to Chelsey | 295 |
| David Orr Website Pages and Cosplay Wedding Photographs | 296–301 |
| Matthew Druin + Co Website Pages and Walking Dead Engagement Photographs | 302–311 |
| Erin Morrison Photography Website Pages and Game of Thrones Wedding Photographs | 312–316 |
| Chelsey's Statements Explaining Her Religious Beliefs on Marriage | 318–319 |

| | |
|---|---|
| Chelsey's Facebook Page Ratings | 320 |
| Chelsey's Facebook Page Comments | 321–324 |
| Comments on Chelsey's Blog | 325–327 |
| Courier Journal Op-Ed about Chelsey | 328 |
| Chelsey's Lightroom Video Guide to Auto Mask | 329–330 |
| Defendants' Initial Disclosure Forms | 331–336 |
| Defendants' Responses to Plaintiffs' First Set of Requests for Production and Responsive Documents | 337–350 |
| Defendants' Responses to Plaintiffs' First Set of Requests for Admissions and Associated Exhibits | 351–381 |
| Defendants' Objections and Responses to Plaintiffs' First Set of Interrogatories and Associated Exhibits | 382–399 |
| Chelsey's Deposition Transcript and Associated Exhibits | 400–419 |
| Defendants' Responses to Plaintiffs' Second and Third Set of Discovery Requests, Associated Exhibits, and Responsive Document | 420–434 |
| Defendants' Responses to Plaintiffs' Fourth Set of Discovery Requests and Associated Exhibits | 435–530 |
| Crystal Ludwick's Deposition Transcript and Associated Exhibits | 531–603 |
| Sarah Katherine Davis's Deposition Transcript and Associated Exhibits | 604–653 |

| | |
|---|---|
| Mary Slinger–Carreer's Deposition Transcript and Associated Exhibits | 654–727 |
| Defendants' 30(b)(6) Representative's Deposition Transcript and Associated Exhibits | 728–799 |
| Kendall Boyd's Deposition Transcript and Associated Exhibits | 800–826 |
| Verná Goatley's Deposition Transcript and Associated Exhibits | 827–862 |
| Bryan Neihart's Open Records Request to Chaz English and Responsive Documents | 863–876 |
| Louisville Metro Human Relations Commission Annual Report July 2017–June 2018 | 877–881 |
| Louisville Metro Human Relations Commission Annual Report 2018/2019 | 882–890 |
| Louisville Metro Human Relations Commission's "File a Discrimination Complaint" Website Page | 891–892 |