# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **CHELSEY NELSON PHOTOGRAPHY LLC and CHELSEY NELSON,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.,** <br><br> **Defendants.** | **Case No. 3:19-cv-851-BJB-CHL** |

## [PROPOSED] AGREED ORDER FOR EXTENSION OF BRIEFING DEADLINE

Plaintiffs and Defendants have both filed motions to exclude or limit the testimony to be admitted from the other party's expert witness. *See* Doc. Nos. 90 & 91. Pursuant to Local Rule 7.1(b), the parties have agreed to extend the deadlines for responding to those respective motions up to and including September 29, 2021. In light of the parties' agreement and the Court being otherwise duly advised, it is hereby ORDERED that:

Defendants shall have until September 29, 2021 to respond to Plaintiffs' Motion to Exclude Testimony of Netta Barak-Corren [Doc. 90]; and

Plaintiffs shall have until September 29, 2021 to respond to Defendants' Motion to Limit Testimony by Plaintiffs' Rebuttal Expert, George Yancey [Doc. 91].

Tendered by:

/s/ Bryan Neihart (with permission)  /s/ Casey L. Hinkle

Jonathan A. Scruggs
Katherine L. Anderson
Bryan Neihart
Ryan L. Bangert
ALLIANCE DEFENDING FREEDOM
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@adflegal.org
kanderson@adflegal.org
bneihart@adflegal.org
rbangert@adflegal.org

David A. Cortman
ALLIANCE DEFENDING FREEDOM
1000 Hurricane Shoals Rd. NE
Ste. D-1100
Lawrenceville, GA 30043
(770) 339-0774
dcortman@adflegal.org

Joshua D. Hershberger
HERSHBERGER LAW OFFICE
P.O. Box 233
Hanover, IN 47243
(812) 274-0441
josh@hlo.legal

*Counsel for Plaintiffs*

David S. Kaplan
Casey L. Hinkle
William R. Adams
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
(502)-416-1630
dkaplan@kaplanjohnsonlaw.com
chinkle@kaplanjohnsonlaw.com
radams@kaplanjohnsonlaw.com

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY

John F. Carroll
Jason D. Fowler
Assistant Jefferson County Attorneys
531 Court Place, Ste. 900
Louisville, Kentucky 40202
(502) 574-6321
john.carroll2@louisvilleky.gov
jason.fowler@louisvilleky.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2021, the foregoing was filed via the Court's electronic filing system, which will automatically send notice of such filing to all counsel of record.

/s/ Casey L. Hinkle
*Counsel for Defendants*