UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **CHELSEY NELSON PHOTOGRAPHY LLC and CHELSEY NELSON,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.,**<br><br>**Defendants.** | Case No. 3:19-cv-851-BJB-CHL |

## DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants Louisville/Jefferson County Metro Government, Louisville Metro Human Relations Commission – Enforcement, Louisville Metro Human Relations Commission – Advocacy, Verná Goatley, in her official capacity as Executive Director of the HRC, Marie Dever, Kevin Delahanty, Charles Lanier, Sr., Leslie Faust, William Sutter, Ibrahim Syed, and Leonard Thomas, in their official capacities as members of HRC-Enforcement (collectively, "Defendants"), by counsel, pursuant to Fed. R. Civ. P. 56, hereby move for summary judgment dismissal of all claims asserted by Plaintiffs Chelsey Nelson Photography and Chelsey Nelson (collectively, "Plaintiffs"). The grounds for this motion are fully set forth in the accompanying memorandum of law and attached exhibits, which also constitute Defendants' response to the motion for summary judgment filed by Plaintiffs [Doc. 92]. A proposed judgment has been tendered with this motion.

Respectfully submitted,

/s/ Casey L. Hinkle

David S. Kaplan
Casey L. Hinkle
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
(502)-416-1630
dkaplan@kaplanjohnsonlaw.com
chinkle@kaplanjohnsonlaw.com

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY

John F. Carroll
Jason D. Fowler
Assistant Jefferson County Attorneys
531 Court Place, Ste. 900
Louisville, Kentucky 40202
(502) 574-6321
john.carroll2@louisvilleky.gov
jason.fowler@louisvilleky.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, the foregoing was filed via the Court's electronic filing system, which will automatically send notice of such filing to all counsel of record.

/s/ Casey L. Hinkle
*Counsel for Defendants*