# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **Chelsey Nelson Photography LLC,** and **Chelsey Nelson,**<br><br>  Plaintiffs,<br>   v.<br><br>**Louisville/Jefferson County Metro Government; Louisville Metro Human Relations Commission-Enforcement; Louisville Metro Human Relations Commission-Advocacy; Verná Goatley,** in her official capacity as Executive Director of the Louisville Metro Human Relations Commission-Enforcement; and **Marie Dever, Kevin Delahanty, Charles Lanier, Sr., Leslie Faust, William Sutter, Ibrahim Syed,** and **Leonard Thomas,** in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement,<br><br>  Defendants. | Case No. 3:19-cv-00851-BJB-CHL<br><br>**Joint Motion for Extensions of Time and Page Limits** |

On September 1, 2021, Plaintiffs filed a motion for summary judgment (ECF No. 92-1). On September 22, 2021, Defendants filed a combined response to Plaintiffs' motion for summary judgment and cross-motion for summary judgment (ECF No. 97). On August 30, 2021, Plaintiffs filed a motion to exclude the testimony of Professor Netta Barak-Corren (ECF No. 90), and Defendants filed a motion to exclude the testimony of George Yancey, Ph.D. (ECF No. 91). On September 29, 2021, the parties filed their responses to the other party's motion to exclude (ECF

Nos. 99, 100).

The parties have conferred about the above motions and have agreed to the following briefing schedule and page limits. *See* LR 7.1(b), (d).

*First*, Plaintiffs' combined reply in support of their motion for summary judgment and response to Defendants' cross-motion for summary judgment shall be due on or before October 20, 2021 and shall not exceed 35 pages.

*Second*, Defendants' reply in support of their cross-motion for summary judgment shall be due within 21 days of Plaintiffs' combined motion for summary judgment response, and it shall not exceed 30 pages.

*Third*, the parties' replies in support of their respective motions to exclude shall be due on or before October 25, 2021, with normal page limits.

Extending the page limits for the summary judgment briefs is warranted because this case raises important constitutional and statutory issues. This proposal also streamlines the briefing by eliminating Plaintiffs' reply in support of their summary judgment motion and presents the issues to the Court in the most concise and orderly way. The parties request that this Court grant this motion to extend the deadlines and page limits as set forth above.

Respectfully submitted this 5th day of October, 2021.

By: s/ Bryan D. Neihart

By: s/ Casey L. Hinkle (w/permission)

| | |
|---|---|
| Ryan Bangert<br>TX Bar No. 24045446*<br>Jonathan A. Scruggs<br>AZ Bar No. 030505*<br>Katherine L. Anderson<br>AZ Bar No. 033104*<br>Bryan D. Neihart<br>AZ Bar No. 035937*<br>**Alliance Defending Freedom**<br>15100 N. 90th Street<br>Scottsdale, AZ  85260<br>Telephone: (480) 444-0020<br>rbangert@adflegal.org<br>jscruggs@adflegal.org<br>kanderson@adflegal.org<br>bneihart@adflegal.org<br><br>Hailey M. Vrdolyak<br>IL Bar No. 6333515*<br>**Alliance Defending Freedom**<br>440 First Street NW, Suite 600<br>Washington, DC 20001<br>Telephone: (202 393-8690<br>hvrdolyak@adflegal.org<br><br>David A. Cortman<br>GA Bar No. 188810*<br>**Alliance Defending Freedom**<br>1000 Hurricane Shoals Road NE<br>Suite D-1100<br>dcortman@adflegal.org<br><br>Joshua D. Hershberger<br>KY Bar No. 94421<br>**Hershberger Law Office** | David S. Kaplan<br>Casey L. Hinkle<br>**Kaplan Johnson Abate & Bird LLP**<br>710 W. Main Street, 4th Floor<br>Louisville, KY 40202<br>(502)-416-1630<br>dkaplan@kaplanjohnsonlaw.com<br>chinkle@kaplanjohnsonlaw.com<br><br>**Mike O'Connell**<br>**Jefferson County Attorney**<br><br>John F. Carroll<br>Jason D. Fowler<br>Assistant Jefferson County Attorneys<br>531 Court Place, Ste. 900<br>Louisville, Kentucky 40202<br>(502) 574-6321<br>john.carroll2@louisvilleky.gov<br>jason.fowler@louisvilleky.gov<br><br>*Attorneys for Defendants* |

| | |
|---|---|
| P.O. Box 233<br>Hanover, IN 47243<br>Telephone: (812) 274-0441<br>josh@hlo.legal<br>* Admitted *Pro Hac Vice*<br><br>*Attorneys for Plaintiffs* | |

## Certificate of Service

I hereby certify that on October 5, 2021, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system.

By: s/ Bryan D. Neihart

Bryan Neihart
AZ Bar No. 035937*
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ  85260
Telephone: (480) 444-0020
bneihart@adflegal.org