### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| **Chelsey Nelson Photography LLC,** and **Chelsey Nelson,**<br><br>Plaintiffs,<br>v.<br><br>**Louisville/Jefferson County Metro Government; Louisville Metro Human Relations Commission-Enforcement; Louisville Metro Human Relations Commission-Advocacy; Verná Goatley,** in her official capacity as Executive Director of the Louisville Metro Human Relations Commission-Enforcement; and **Marie Dever, Kevin Delahanty, Charles Lanier, Sr., Leslie Faust, William Sutter, Ibrahim Syed,** and **Leonard Thomas,** in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement,<br><br>Defendants. | Case No. 3:19-cv-00851-BJB-CHL<br><br>**[Proposed] Order Granting Joint Motion for Extensions of Time and Page Limits** |

The parties filed motions for summary judgment and motions to exclude or limit the testimony to be admitted from the other party's expert witness. See Doc. Nos. 90, 91, 92-1, 97. Pursuant to Local Rules 7.1(b) and 7.1(d), the parties have agreed to a briefing schedule and an extension of page limits. The parties filed a joint motion for extension of time and page limits.

In light of the parties' agreement and the Court being otherwise duly advised, it is hereby ORDERED that the parties' joint motion is GRANTED.

Accordingly, it is further ORDERED that:

Plaintiffs' combined reply in support of their motion for summary judgment and response to Defendants' cross-motion for summary judgment shall be due on or before October 20, 2021 and shall not exceed 35 pages.

Defendants' reply in support of their cross-motion for summary judgment shall be due within 21 days of Plaintiffs' combined motion for summary judgment response, and it shall not exceed 30 pages.

The parties' replies in support of their respective motions to exclude shall be due on or before October 25, 2021, with normal page limits.

Done this \_\_\_\_\_ day of _____, 2021.

_____
UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that on October 5, 2021, I electronically filed the foregoing document with the Clerk of Court via the CM/ECF system.

By: s/ Bryan D. Neihart

Bryan Neihart
AZ Bar No. 035937*
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ  85260
Telephone: (480) 444-0020
bneihart@adflegal.org