UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CIVIL ACTION NO. 3:19-CV-00851-BJB-CHL

**CHELSEY NELSON PHOTOGRAPHY LLC , et al.,**                                                    **Plaintiffs,**

**v.**

**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT , et al.,   Defendants.**

### ORDER

Before the Court is Defendants' motion for leave to file excess pages in support of their combined response to Plaintiffs' motion for summary judgment and cross motion for summary judgment (DN 97). (DN 95.) In the motion, Defendants request permission to file five pages in excess of the twenty-five-page limit set forth in Local Rule 7.1(d). (DN 95-1, at PageID # 3807.) The Court notes that Defendants' combined brief ultimately exceeded the page limit by six pages and thus construes their motion as requesting the same. (*See* DN 97.) In support of their request, Defendants state that their "memorandum addresses complex and important issues of constitutional law which warrant comprehensive analysis." (DN 95, at PageID # 3805.) Defendants proffer that "using a combined brief, rather than two 25-page briefs, to respond to Plaintiffs' motion and support Defendants' cross-motion is the most concise and orderly way to present their arguments to the Court." (*Id.*) The Court finds that the request is reasonable.

Accordingly,

IT IS HEREBY ORDERED that DN 95 is **GRANTED**.

Colin H Lindsay, Magistrate Judge
United States District Court

October 25, 2021

cc: Counsel of record