**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**CIVIL ACTION NO.  3:19-CV-00851-BJB-CHL**

**CHELSEY NELSON PHOTOGRAPHY LLC, et al.,**                    **Plaintiffs,**

**v.**

**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.,    Defendants.**

## ORDER

Pursuant to Local Rule 5.6(c),

> Absent a federal statute or federal rule of procedure, local rule, or standing order of this court. a party seeking to file a sealed document must electronically file a motion for leave to seal. The motion must state why sealing is required and must establish that the document sought to be filed under seal is entitled to protection from public disclosure.

L.R. 5.6(c).

On February 22, 2022, Plaintiffs filed a sealed motion.  (DN 119.)  Subsequently, Defendants filed a response to the motion, (DN 120), and Plaintiffs filed a reply, which they also filed under seal.  (DN 121.)  To date, no corresponding motion to seal has been filed.  Therefore, the Court will set a deadline for Plaintiffs to file a motion setting forth the reasons why DN 119 and DN 121 should not be unsealed.  Additionally, the Court understands that the procedures set forth in Local Rule 5.6 do not well serve a situation where the proponent of sealing a document is not the party filing the document.  Therefore, a memorandum and order regarding the sealing of confidential information filed in this case will be entered separately.

Accordingly,

IT IS HEREBY ORDERED that on or before **April 18, 2022**, Plaintiffs shall file a motion to seal the documents filed at DN 119 and DN 121. A memorandum and order regarding the sealing of confidential information filed in this case will be entered separately. Responses and replies shall be governed by that memorandum and order.

Colin H Lindsay, Magistrate Judge
United States District Court

March 29, 2022

cc: Counsel of record

2