Case No. 22-5884/22-5912

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

CHELSEY NELSON; CHELSEY NELSON PHOTOGRAPHY LLC

    Plaintiffs - Appellees Cross-Appellants

v.

LOUISVILLE-JEFFERSON COUNTY, KY METRO GOVERNMENT; LOUISVILLE AND JEFFERSON COUNTY HUMAN RELATIONS COMMISSION-ENFORCEMENT; LOUISVILLE AND JEFFERSON COUNTY HUMAN RELATIONS COMMISSION-ADVOCACY; VERNA GOATLEY, in her official capacity as Executive Director of the Louisville Metro Human Relations Commission - Enforcement; GLENDA BERRY, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement; KEVIN DELAHANTY, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement; LESLIE FAUST, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement; ANDREA HOUSTON, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement; CHARLES ROGERS, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement; WILLIAM SUTTER, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement; LEONARD THOMAS, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement

    Defendants - Appellants Cross-Appellees

Upon consideration of the appellants/cross appellees' motion to hold briefing in abeyance,

It is **ORDERED** that the motion be, and it is hereby **DENIED**.

        **ENTERED PURSUANT TO RULE 45(a),**
        **RULES OF THE SIXTH CIRCUIT**
        Deborah S. Hunt, Clerk

Issued: December 14, 2022