**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 08, 2024

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re: Case No. 22-5884/22-5912*, Chelsey Nelson Photography LLC, et al v. Louisville-Jefferson Co., KY, et al*
Originating Case No. 3:19-cv-00851

Dear Mr. Vilt:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for C. Anthony Milton, Case Manager

cc: Mr. John J. Bursch
Mr. John F. Carroll Jr.
Mr. Leonard Joe Dunman IV
Ms. Aditi Fruitwala
Ms. Casey L. Hinkle
Mr. Richard Brian Katskee
Mr. Matthew Franklin Kuhn
Mr. Alexander Joseph Luchenitser
Mr. Jeffrey Carl Mateer
Mr. Bryan Neihart
Mr. Jonathan Andrew Scruggs
Mr. Corey M. Shapiro

Enclosure

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

---

No: 22-5884/22-5912

---

Filed: May 08, 2024

CHELSEY NELSON; CHELSEY NELSON PHOTOGRAPHY LLC

Plaintiffs - Appellees Cross-Appellants

v.

LOUISVILLE-JEFFERSON COUNTY, KY METRO GOVERNMENT; LOUISVILLE AND JEFFERSON COUNTY HUMAN RELATIONS COMMISSION-ENFORCEMENT; LOUISVILLE AND JEFFERSON COUNTY HUMAN RELATIONS COMMISSION-ADVOCACY; VERNA GOATLEY, in her official capacity as Executive Director of the Louisville Metro Human Relations Commission - Enforcement; GLENDA BERRY, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement; KEVIN DELAHANTY, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement; LESLIE FAUST, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement; ANDREA HOUSTON, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement; CHARLES ROGERS, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement; WILLIAM SUTTER, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement; LEONARD THOMAS, in their official capacities as members of the Louisville Metro Human Relations Commission-Enforcement

Defendants - Appellants Cross-Appellees

MANDATE

Pursuant to the court's disposition that was filed 04/16/2024 the mandate for this case hereby issues today.

COSTS: None