# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

### CASE ACTION NO. 3:19-cv-00851-BJB-CHL

**CHELSEY NELSON PHOTOGRAPHY LLC,** *et al.*                          **PLAINTIFFS**

**vs.**

**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT,** *et al***.**          **DEFENDANTS**

### NOTICE OF WITHDRAWAL OF COUNSEL PURSUANT TO LR 83.6 (b)

Please take notice that counsel John F. Carroll voluntarily withdrawals as counsel of record due to retirement. Pursuant to LR 83.6 (b), the client has been notified of the withdrawal, multiple attorneys are attorneys of record for the client, and at least one of those attorneys remains attorney of record in this matter.

**WHEREFORE,** counsel respectfully requests this Court to withdrawal John F. Carroll as counsel of record.

Respectfully submitted,

MICHAEL J. O'CONNELL,
JEFFERSON COUNTY ATTORNEY


/s/Jason D. Fowler
JASON D. FOWLER
Assistant Jefferson County Attorney
First Trust Centre
200 S. 5th St., Ste. 300N
Louisville, KY  40202
(502) 574-3349
jason.fowler@louisvilleky.gov

### CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will automatically send copies to all counsel of record.

/s/Jason D. Fowler
JASON D. FOWLER