# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| **Chelsey Nelson Photography LLC,** and **Chelsey Nelson,**<br><br>Plaintiffs,<br><br>v.<br><br>**Louisville/Jefferson County Metro Government** and **Louisville Metro Human Relations Commission Enforcement**,<br><br>Defendants. | Case No. 3:19-cv-00851-BJB-CHL<br><br>Notice of Withdrawal as Counsel |

Pursuant to LR83.6(b), this filing gives notice that Ryan L. Bangert withdraws as counsel for Plaintiffs Chelsey Nelson Photography LLC and Chelsey Nelson. Mr. Bangert is no longer active on this case. Plaintiffs will continue to be represented by the following attorneys of record: Jonathan A. Scruggs, Katherine L. Anderson, Bryan D. Neihart, David A. Cortman, and Joshua D. Hershberger.

Respectfully submitted this 9th day of August, 2024.

By: *s/ Ryan L. Bangert*

Joshua D. Hershberger
KY Bar No. 94421
**Hershberger Law Office**
P.O. Box 233
Hanover, IN 47243
Telephone: (812) 274–0441
josh@hlo.legal

Ryan L. Bangert
TX Bar No. 24045446*
Jonathan A. Scruggs
AZ Bar No. 030505*
Katherine L. Anderson
AZ Bar No. 033104*
Bryan D. Neihart
AZ Bar No. 035937*
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ  85260
Telephone: (480) 444–0020
rbangert@adflegal.org

jscruggs@adflegal.org
kanderson@adflegal.org
bneihart@adflegal.org

David A. Cortman
GA Bar No. 188810*
**Alliance Defending Freedom**
1000 Hurricane Shoals Road NE
Suite D–1100
Lawrenceville, GA 30043
Telephone: (770) 339–0774
dcortman@adflegal.org

* Admission *Pro Hac Vice*

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of August, 2024, I electronically filed the foregoing document with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record who are registered users of the ECF system.

By: *s/Ryan L. Bangert*

Ryan L. Bangert
TX Bar No. 24045446*
Jonathan A. Scruggs
AZ Bar No. 030505*
Katherine L. Anderson
AZ Bar No. 033104*
Bryan D. Neihart
AZ Bar No. 035937*
**Alliance Defending Freedom**
15100 N. 90th Street
Scottsdale, AZ  85260
Telephone: (480) 444–0020
rbangert@adflegal.org
jscruggs@adflegal.org
kanderson@adflegal.org
bneihart@adflegal.org

*Attorney for Plaintiffs*
* Admitted *Pro Hac Vice*