

SHOP / BOUTIQUE EDITING / **ABOUT** / BLOG / PHOTOGRAPHY / CONTACT





ABOUT

## ABOUT ME

### Meet the Crew

CNP Supplemental MSJ 0092






Hey there, I'm Chelsey! I'm blessed to do what I enjoy: preserving memories for couples in two of my favorite places - Tallahassee, Florida and Louisville, Kentucky. If you're planning a wedding in one of those areas, I'd love to connect and chat about working together! You can reach out on my Contact page. Most days you can find me stalking my favorite blogs, watching The Office on Netflix with my husband Derrik, reading to our little ones, cuddling our rescue pup Hugo and squeezing in time to curl up with a book in the evenings. I love the opportunity to be creative and show off God's own creativity on this little slice of the web.



I serve people like you who desire timeless photos of the happiest day of their lives. I'm honored to give you the gift of capturing life's precious moments, and the ability to peek back through time at those same images years from now. That's what photography has meant to me: from running straight to the picture collages of our family on the walls of my grandmother's home every time I visited (complete with 90s fashion and chic retro glasses on my aunts and uncles), to keeping my little Kodak point-and-shoot in my purse in high school so I could remember how much fun life was at the time.

When I'm not snapping photos, you can catch me mapping out the most efficient route through Costco, chatting on the phone with

I'm Chelsey - a photographer with a heart for Jesus focused on telling stories about couples in Louisville, Kentucky and Tallahassee, Florida. I'm also a private boutique photo editor serving clients throughout the country.

I blog here about my journey as a creative entrepreneur, lifestyle tips and everyday adventures. I hope this space can be a cozy, safe haven for you to feel refreshed and inspired.

*Chelsey Nelson*

Photography

🔍 Search

CNP Supplemental MSJ 0093

my mom (she's one of my best friends!), and finding excuses to go to the library because ours looks like Hogwarts and I can't get enough of it.

You can read the story behind starting Chelsey Nelson Photography here.

If you'd like to hear more, here are five things you might not already know about me.

## Fun facts:

- I met my husband online through Christian Mingle! I'm a walking billboard and should probably have my own coupon code by now. Best $30 I ever spent! **Here's my blog post about our wedding.**

- Watching Ina Garten on Barefoot Contessa while I make dinner is one of my favorite ways to wind down and relax.

- I am a huge tennis fan. Going to professional tournaments is so much fun!

- While in college, I had roommates from France, China, Japan and Holland. I loved getting to know women from around the world! My roommate from France turned out to be my Maid of Honor.

- My favorite wedding resource, because they focus on planning a beautiful marriage, not just a pretty wedding: **Southern Weddings**. *Edited to add that Southern Weddings will no longer be producing new content, but their archives are still live and can be used as a wonderful resource!*

## Things I Love

Featured by







@mrs.chelseynelson

**CNP Supplemental MSJ 0094**





- Anthropologie

- Fall

- Everything Christmas!

- Solo trips to Target

- Reading (I just finished The Pastor's Wife by Gloria Furman and started Dark Matter by Blake Crouch)

- Podcasts (current favorites: Ask Pastor John, Relatable, At Home With Sally, and Office Ladies)

- My KitchenAid Mixer

- What Not to Wear (my favorite tv show growing up!)

## Have Your Own Side-Hustle?

If you're on your own entrepreneurial journey, I'd love to chat with you!  Being an entrepreneur is one of the most rewarding things in my life but it can be lonely at times.  If you ever need a friend or some advice, let me know how I can support you (really, I mean it!).

Still here?  Let's connect!  You can email me, check out some of my work, and read my blog.

BLOG ARCHIVE

*The Contract Shop image contains an affiliate link.

CNP Supplemental MSJ 0095

**READ THE BLOG**

**BROWSE WEDDING PORTFOLIO**

**LET'S CHAT**

Follow on Instagram @mrs.chelseynelson



   

Serving Louisville, Kentucky and Tallahassee, Florida

Site Use and Privacy Policy

CNP Supplemental MSJ 0096



## Photography

SHOP / BOUTIQUE EDITING / ABOUT / BLOG / PHOTOGRAPHY /

CONTACT





# CONTACT

CONTACT ME

Interested in wedding photography?

Live in the Louisville, KY or Tallahassee, FL area?

I'd love to hear from you.

CNP Supplemental MSJ 0097



Interested in Wedding Photography? Fill out this form and I'll be in touch soon!

## Your name *

Future Mrs.

## Your salutation *

Select an option ⌄

## Your fiancé's name *

Future Mr.

## Your fiancé's salutation *

Select an option ⌄

## Your email address *

## Your Wedding Date

MM/DD/YY 📅

## Tell me about you two! I'd love to know more about your story. *



I'm Chelsey - a photographer with a heart for Jesus focused on telling stories about couples in Louisville, Kentucky and Tallahassee, Florida. I'm also a private boutique photo editor serving clients throughout the country.

I blog here about my journey as a creative entrepreneur, lifestyle tips and everyday adventures. I hope this space can be a cozy, safe haven for you to feel refreshed and inspired.

## *Chelsey Nelson*

Photography

🔍 Search

CNP Supplemental MSJ 0098

Enough about me!  I wai

How did you hear
about me? *

Featured by

KENTUCKY BRIDE







@mrs.chelseynelson

CNP Supplemental MSJ 0099



BLOG ARCHIVE

*The Contract Shop image contains an affiliate link.

Serving Louisville, Kentucky and Tallahassee, Florida

Site Use and Privacy Policy






CNP Supplemental MSJ 0100



SHOP / BOUTIQUE EDITING / ABOUT / **BLOG** / PHOTOGRAPHY /

CONTACT





# Kayla & Brandon's Locust Grove Louisville Engagement Session

CNP Supplemental MSJ 0101





I'm Chelsey - a photographer with a heart for Jesus focused on telling stories about couples in Louisville, Kentucky and Tallahassee, Florida. I'm also a private boutique photo editor serving clients throughout the country.

I blog here about my journey as a creative entrepreneur, lifestyle tips and everyday adventures. I hope this space can be a cozy, safe haven for you to feel refreshed and inspired.

*Chelsey Nelson*

Photography

🔍 Search



Going to **Locust Grove** is like being greeted from another time, and that time feels like somewhere in a Jane Austen novel (Locust Grove has been the place of choice for a national **Jane Austen Festival**!). It was the final home of Louisville's founder, George Rogers Clark.

Locust Grove is one of my favorite places in Louisville, Kentucky. It holds a rich history, and even though it's just minutes from the heart of the city, you feel tucked away to enjoy it all to yourself. Some of my best memories photographing weddings and engagement sessions come from this special place.

CNP Supplemental MSJ 0102

Locust Grove was the perfect backdrop for Kayla and Brandon's engagement session. This couple immediately makes you feel like a friend.

They've weathered unexpected changes in the wedding planning process (like having to change venues and adjust their wedding date, to name just two), but they see it as the Lord's providence in growing their trust in Him while they anticipate officially becoming husband and wife.

It's such an encouragement to me when I see a couple with the desire to honor God in how they plan their wedding so that their marriage points to the ultimate union - Christ and his bride, the church.

Featured by







@mrs.chelseynelson





BLOG ARCHIVE

*The Contract Shop image contains an affiliate link.

CNP Supplemental MSJ 0104



👤 Chelsey Nelson     0 Likes     Share

‹ KENNEDY & JORDAN'S TALLAH/ JORDAN & KENNEDY'S TALLAHASSI

Follow Along on Instagram

CNP Supplemental MSJ 0105





## Serving Louisville, Kentucky and Tallahassee, Florida

Site Use and Privacy Policy

   

CNP Supplemental MSJ 0106



Photography

SHOP / BOUTIQUE EDITING / ABOUT / **BLOG** / PHOTOGRAPHY /

CONTACT





# Kayla & Brandon's Fall

# Kentucky Wedding

CNP Supplemental MSJ 0107





I'm Chelsey - a photographer with a heart for Jesus focused on telling stories about couples in Louisville, Kentucky and Tallahassee, Florida. I'm also a private boutique photo editor serving clients throughout the country.

I blog here about my journey as a creative entrepreneur, lifestyle tips and everyday adventures. I hope this space can be a cozy, safe haven for you to feel refreshed and inspired.

**Venue -** The Signature Club of Landsdowne

**Videography -** Zvi Spears

**Wedding Cake -** Nothing Bundt Cakes

**Catering -** Bella Notte

**Wedding Dress -** carefully crafted by the Kayla's mother (!)

If you haven't had a chance to see Brandon and Kayla's engagement photos, you can see those here.

*Chelsey Nelson*

Photography

🔍 Search

CNP Supplemental MSJ 0108

Kayla and Brandon's wedding day gave a perfect preview to Kentucky's beautiful fall weather! It definitely got me in the mood to go apple picking at **Huber's Orchard**.

It's such a blessing to meet wonderful people through what I do. Kayla and Brandon have been a bright spot for me both personally and professionally, and I found myself feeling a little sad saying goodbye inside right before their sparkler exit! But thankfully, staying in touch with clients who become friends is another blessing of what I do, and I'm excited to see how the Lord grows both Brandon and Kayla in their commitment to Him through their marriage.

Grab a cup of something warm and cozy - I could not easily narrow down my favorites. Couldn't the world always use a little more beauty? Just look at Kayla's dress (hand-crafted by her mother!), and the feminine details (see her earrings passed down for generations). And the way Brandon gazes at his bride...y'all. I was truly honored to preserve the memories of the official first day of their family. My heart was full when I drove away.

Featured by







@mrs.chelseynelson

CNP Supplemental MSJ 0109





  

BLOG ARCHIVE

*The Contract Shop image contains
an affiliate link.

CNP Supplemental MSJ 0110



CNP Supplemental MSJ 0111



The First Look

CNP Supplemental MSJ 0112



CNP Supplemental MSJ 0113



CNP Supplemental MSJ 0114



CNP Supplemental MSJ 0115



CNP Supplemental MSJ 0116



Wedding Ceremony

CNP Supplemental MSJ 0117



CNP Supplemental MSJ 0118



CNP Supplemental MSJ 0119



CNP Supplemental MSJ 0120



CNP Supplemental MSJ 0121



CNP Supplemental MSJ 0122



Reception

CNP Supplemental MSJ 0123



CNP Supplemental MSJ 0124





CNP Supplemental MSJ 0125



👤 Chelsey Nelson  /                           0 Likes       Share

☰ BLOG                        KENNEDY & JORDAN'S TALLAHASSI

## Follow Along on Instagram

CNP Supplemental MSJ 0126



   

Serving Louisville, Kentucky and Tallahassee, Florida

Site Use and Privacy Policy

CNP Supplemental MSJ 0127



Photography

SHOP / BOUTIQUE EDITING / ABOUT / BLOG / PHOTOGRAPHY /

CONTACT





# Jordan & Kennedy's Tallahassee Engagement Session

**CNP Supplemental MSJ 0128**





I'm Chelsey - a photographer with a heart for Jesus focused on telling stories about couples in Louisville, Kentucky and Tallahassee, Florida. I'm also a private boutique photo editor serving clients throughout the country.

I blog here about my journey as a creative entrepreneur, lifestyle tips and everyday adventures. I hope this space can be a cozy, safe haven for you to feel refreshed and inspired.



Q  Search

Photographing Kennedy and Jordan's engagement session was unique for me because Kennedy is a friend, and I've seen her strength as she trusted the Lord after unexpectedly finding herself navigating life as a single Mom.

I remember her telling me about Jordan for the first time at a photography session I did for her and her little one in Lafayette Park as the amber leaves floated by us. I particularly remember her giddy laugh as as she wore a silky pink dress and she told me Jordan had started playing tennis with her Mom each week (how cute is that?!).

CNP Supplemental MSJ 0129

After that, I prayed, and prayed. Prayed that the Lord to work in Jordan's heart so that he would love Him above all else. Prayed that Kennedy would find her joy in closeness with the God who was sovereign over her circumstances.

I feel such joy when I think about the redemptive arch God has weaved into their love story.

Kennedy said it well as she reminisced on that fall photography session I did with her just after she'd met Jordan last fall, while comparing them to these engagement pictures we took in the spring...

*"These pictures were taken just a couple months after Jordan and I started dating. (In fact, swipe all the way to see the pics @mrs.chelseynelson snapped when Jordan came up in conversation...         ) Little did I know that it was the beginning of the end for mine and A\*\*\* J\*\*\*'s pink era.        I am SO excited to marry Jordan and am so thrilled that A\*\*\* J\*\*\* will have a strong, loving man in her life. I am so thankful that God brought us together when He did - A\*\*\* J\*\*\* won't remember a day without Jordan.        As we get closer to our wedding day, I can't help but look back on the time that was just me and A\*\*\* J\*\*\*. Getting through each day. Wondering what the Lord had in store for us. Thankful for His rescue and provision. Enamored by A\*\*\* J\*\*\*'s life and in awe of God's sovereignty.*

*Although A\*\*\* J\*\*\*s first 18 months of life were some of the most tragic and brokenhearted, I will look back on them with a smile on my face because it created a beautiful bond with my daughter and showed me more of Jesus as promise-keeper and trusted friend.*

*"I waited patiently for the Lord; he turned to me and heard my cry. He lifted me out of the slimy pit, out of the mud and mire; he set my feet on a rock and gave me a firm place to stand. He put a*



CNP Supplemental MSJ 0130

*new song in my mouth, a hymn of praise to our God. Many will see and fear the Lord and put their trust in him." Psalms 40:1-3"*





**BLOG ARCHIVE**

*The Contract Shop image contains an affiliate link.

**CNP Supplemental MSJ 0131**



Chelsey Nelson /

 0 Likes     Share

‹ KAYLA & BRANDON'S LOCUST (  RACHAEL & CASEY'S WEDDING ›

*Follow Along on Instagram*

CNP Supplemental MSJ 0132





## Serving Louisville, Kentucky and Tallahassee, Florida

Site Use and Privacy Policy

   

**CNP Supplemental MSJ 0133**



SHOP / BOUTIQUE EDITING / ABOUT / **BLOG** / PHOTOGRAPHY /

CONTACT





# Kennedy & Jordan's Tallahassee Summer Wedding Photos

**CNP Supplemental MSJ 0134**





I'm Chelsey - a photographer with a heart for Jesus focused on telling stories about couples in Louisville, Kentucky and Tallahassee, Florida. I'm also a private boutique photo editor serving clients throughout the country.

I blog here about my journey as a creative entrepreneur, lifestyle tips and everyday adventures. I hope this space can be a cozy, safe haven for you to feel refreshed and inspired.



Chelsey Nelson
Photography

Floral Design - Eats by Elyse

Bridal hair design - Erin Stoner

Officiant - Paul Gilbert, Lead Pastor of Four Oaks Killearn
(Kennedy's childhood pastor)

Venue - Hayward House American Bistro

If you missed Kennedy and Jordan's Engagement Session along with some of their story, you might want to check that out first! Kennedy and Jordan enjoyed an intimate wedding ceremony at

🔍 Search

CNP Supplemental MSJ 0135

Kennedy's charming childhood home followed by a reception at
Hayward House American Bistro in downtown Tallahassee.

It's a blessing to become friends with clients while we work closely
together leading up to their wedding, but in this case, we started
out that way on the front end! Play dates with our littles, girl nights
discussing our favorite books (hello Emma Lion...).

After praying for Jordan and Kennedy in every stage of their
blossoming relationship, getting to be their wedding photographer
was a full circle moment.

Ask anyone in their families and you'd hear a similar sentiment –
they pair so well together! God's sovereignty in their story was
evident in so many ways, and this wedding was a celebration of
God's work of redemption in both their lives.

Many prayers by those who love and care for them led to this
special day; the official first day of their family.

Psalm 145 seems a fitting tribute to our great God, who poured out
his blessing of marriage on these dear friends.

## Great Is the Lord

### A Song of Praise. Of David.

**145** I will extol you, my God and King,
   and bless your name forever and ever.
**2** Every day I will bless you
   and praise your name forever and ever.
**3** Great is the Lord, and greatly to be praised,
   and his greatness is unsearchable.

**4** One generation shall commend your works to another,
   and shall declare your mighty acts.
**5** On the glorious splendor of your majesty,
   and on your wondrous works, I will meditate.
**6** They shall speak of the might of your awesome deeds,

Featured by





@mrs.chelseynelson

CNP Supplemental MSJ 0136

and I will declare your greatness.

7 They shall pour forth the fame of your abundant goodness
and shall sing aloud of your righteousness.

8 The Lord is gracious and merciful,
slow to anger and abounding in steadfast love.

9 The Lord is good to all,
and his mercy is over all that he has made.

10 All your works shall give thanks to you, O Lord,
and all your saints shall bless you!

11 They shall speak of the glory of your kingdom
and tell of your power,

12 to make known to the children of man your[b] mighty deeds,
and the glorious splendor of your kingdom.

13 Your kingdom is an everlasting kingdom,
and your dominion endures throughout all generations.

[The Lord is faithful in all his words
and kind in all his works.][c]

14 The Lord upholds all who are falling
and raises up all who are bowed down.

15 The eyes of all look to you,
and you give them their food in due season.

16 You open your hand;
you satisfy the desire of every living thing.

17 The Lord is righteous in all his ways
and kind in all his works.

18 The Lord is near to all who call on him,
to all who call on him in truth.

19 He fulfills the desire of those who fear him;
he also hears their cry and saves them.

20 The Lord preserves all who love him,
but all the wicked he will destroy.

21 My mouth will speak the praise of the Lord,
and let all flesh bless his holy name forever and ever.



## BLOG ARCHIVE

*The Contract Shop image contains an affiliate link.

Psalm 145

CNP Supplemental MSJ 0137



CNP Supplemental MSJ 0138



The First Look

CNP Supplemental MSJ 0139



CNP Supplemental MSJ 0140



CNP Supplemental MSJ 0141



Wedding Ceremony

CNP Supplemental MSJ 0142



CNP Supplemental MSJ 0143



CNP Supplemental MSJ 0144



CNP Supplemental MSJ 0145



## Hayward House Reception

Floral Design by Eats by Elyse - Tablescapes | Dinner Parties | Gatherings

Venue - Hayward House American Bistro

CNP Supplemental MSJ 0146





👤 Chelsey Nelson /                     0 Likes     Share

❮ KAYLA & BRANDON'S FALL KEN KAYLA & BRANDON'S LOCUST GRO

*Follow Along on Instagram*

CNP Supplemental MSJ 0147





Serving Louisville, Kentucky and Tallahassee, Florida

Site Use and Privacy Policy






CNP Supplemental MSJ 0148



Photography

SHOP / BOUTIQUE EDITING / ABOUT / BLOG / PHOTOGRAPHY /

CONTACT





# MISSISSIPPI COAST ENGAGEMENT PHOTOS

CNP Supplemental MSJ 0149





I'm Chelsey - a photographer with a heart for Jesus focused on telling stories about couples in Louisville, Kentucky and Tallahassee, Florida. I'm also a private boutique photo editor serving clients throughout the country.

I blog here about my journey as a creative entrepreneur, lifestyle tips and everyday adventures. I hope this space can be a cozy, safe haven for you to feel refreshed and inspired.



The word that comes to mind when I think of Rachael and Casey's engagement session is "giddy"!

These two were definitely feeling the sweet anticipation of their wedding (and really, just finally becoming husband and wife!), and I'm so glad I was there to preserve these moments for them.

This session was extra special because Rachael is family! It's always an honor to when friends and family trust me to thoughtfully document their milestones. The Mississippi coast was a beautiful backdrop on a warm day.



CNP Supplemental MSJ 0150



Featured by

# KENTUCKY BRIDE









@mrs.chelseynelson

CNP Supplemental MSJ 0151







BLOG ARCHIVE

*The Contract Shop image contains an affiliate link.



CNP Supplemental MSJ 0152



Chelsey Nelson     1 Likes     Share

‹ SUMMER WEDDING          LOUISVILLE KY SUMMER WEDDING

Follow Along on Instagram

CNP Supplemental MSJ 0153





## Serving Louisville, Kentucky and Tallahassee, Florida

Site Use and Privacy Policy

   

CNP Supplemental MSJ 0154



Photography

SHOP / BOUTIQUE EDITING / ABOUT / **BLOG** / PHOTOGRAPHY /

CONTACT





## RACHAEL & CASEY'S WEDDING

CNP Supplemental MSJ 0155





I was honored when Rachael called to ask about hiring me to be her wedding photographer because, well, she's family! As a wedding photographer, I'm there for many of the most intimate moments of the wedding day. It was special to share those moments with the people I love.

Leading up to their wedding, Rachael and Casey were sweetly giddy about getting married, a covenant they approached with joy and reverence.

Their demeanor was filled with elation, which I hope shows through in these photos from beginning to end.

I'm Chelsey - a photographer with a heart for Jesus focused on telling stories about couples in Louisville, Kentucky and Tallahassee, Florida. I'm also a private boutique photo editor serving clients throughout the country.

I blog here about my journey as a creative entrepreneur, lifestyle tips and everyday adventures. I hope this space can be a cozy, safe haven for you to feel refreshed and inspired.

*Chelsey Nelson*

Photography

🔍 Search

CNP Supplemental MSJ 0156



Featured by

# KENTUCKY BRIDE







@mrs.chelseynelson

CNP Supplemental MSJ 0157







BLOG ARCHIVE

*The Contract Shop image contains an affiliate link.



CNP Supplemental MSJ 0158



CNP Supplemental MSJ 0159



CNP Supplemental MSJ 0160



CNP Supplemental MSJ 0161



CNP Supplemental MSJ 0162



CNP Supplemental MSJ 0163



CNP Supplemental MSJ 0164



CNP Supplemental MSJ 0165



CNP Supplemental MSJ 0166



CNP Supplemental MSJ 0167



CNP Supplemental MSJ 0168



CNP Supplemental MSJ 0169



CNP Supplemental MSJ 0170





## Vendors

Venue & Catering: Oak Crest Mansion Inn

Wedding Dress: Satin and Lace Bridal and Formal Wear in Ocean Springs, MS

DJ: Superior Sound and Lighting

Wedding Cake and Groom's Cake: Sugar Tribe Sweets And Events

Chelsey Nelson                    1 Likes         Share     CNP Supplemental MSJ 0171

‹ JORDAN & KENNEDY'S TALLAH/          SUMMER WEDDING ›

## Follow Along on Instagram



   

## Serving Louisville, Kentucky and Tallahassee, Florida

Site Use and Privacy Policy

**CNP Supplemental MSJ 0172**



SHOP  /  BOUTIQUE EDITING  /  ABOUT  /  **BLOG**  /  PHOTOGRAPHY  /

CONTACT





## SUMMER WEDDING

**CNP Supplemental MSJ 0173**





I'm Chelsey - a photographer with a heart for Jesus focused on telling stories about couples in Louisville, Kentucky and Tallahassee, Florida. I'm also a private boutique photo editor serving clients throughout the country.

I blog here about my journey as a creative entrepreneur, lifestyle tips and everyday adventures. I hope this space can be a cozy, safe haven for you to feel refreshed and inspired.

*Chelsey Nelson*
Photography

When I first saw Dami on his wedding day and asked how he was feeling, he said, "I'm feeling alive!" What a great description of all the many feelings and expectations of a wedding day bundled into a single phrase!

Dami and Abby expressed how they viewed one another as an expression of God's love in their lives, and I'm pretty sure almost everyone in the room needed a tissue (I defiinitely did).

It was an honor to capture the day Dami and Abby's family was formed. The privilege is never lost on me.

🔍 Search

CNP Supplemental MSJ 0174





Featured by

## KENTUCKY BRIDE







@mrs.chelseynelson

CNP Supplemental MSJ 0175





BLOG ARCHIVE

*The Contract Shop image contains
an affiliate link.

CNP Supplemental MSJ 0176



CNP Supplemental MSJ 0177



CNP Supplemental MSJ 0178



CNP Supplemental MSJ 0179



CNP Supplemental MSJ 0180



 Chelsey Nelson     0 Likes    Share

‹  RACHAEL & CASEY'S WEDDING MISSISSIPPI COAST ENGAGEMENT F

## Follow Along on Instagram

CNP Supplemental MSJ 0181





## Serving Louisville, Kentucky and Tallahassee, Florida

Site Use and Privacy Policy

   

CNP Supplemental MSJ 0182



mrs.chelseynelson • Follow
Locust Grove - Historic Locust Grove, Inc.

mrs.chelseynelson O Lord, for ever will thy free forgiveness live that was gained on the mount of blood; in the midst of a world of pain it is a subject for praise in every place, a song on earth, an anthem in heaven, its love and virtue knowing no end.

I have a longing for the world above
where multitudes sing the great song,
for my soul was never created to love
the dust of earth.

Though here my spiritual state is frail and poor, I shall go on singing Calvary's anthem.

May I always know that a clean heart full of goodness is more beautiful than the lily, that only a clean heart can sing by night and by day, that such a heart is mine when I abide at Calvary.

Valley of Vision

37w

mrskennedywatters I love Valley of Vision!!! A friend recently introduced it to me and it's been so edifying.

37w  Reply

—— View replies (1)

truthinlovewithwords Beautiful photo and words, Chelsey

37w  1 like  Reply

33 likes
March 30

Add a comment...

CNP Supplemental MSJ 0183



mrs.chelseynelson • Follow
Red River Gorge

mrs.chelseynelson I personally think Red River Gorge is one of the most beautiful places in Kentucky when the leaves start to change. I remember photographing this session with a little one in my womb, thinking I couldn't wait to show them the magic of fall.

58w

15 likes
October 31, 2023

Add a comment...

CNP Supplemental MSJ 0184



mrs.chelseynelson • Follow

mrs.chelseynelson Sometimes I just can't help but smile right along as I'm photographing a couple that is absolutely giddy with excitement to get married. I smile because I know that by God's kindness, a deeper love awaits for the couple whose eyes are fixed on Christ and choose to surrender to the sanctifying process of marriage.

#marthastewartweddings #mykentuckybride #louisvillebride #louisvilleweddingphotographer #candidweddingphotographer #kentuckywedding #theknot #engaged #mastinlabs #weddinginspo #scontobemrs #southernwedding #createfreely
62w

7 likes
October 3, 2023

Add a comment...

CNP Supplemental MSJ 0185



**mrs.chelseynelson** • Follow
Locust Grove – Historic Locust Grove, Inc.

**mrs.chelseynelson** Locust Grove is my favorite venue in Louisville. Photographing a wedding there on a cool, crisp October day is one of my best memories in the city. It's also one of my favorite places to go with my family for holidays (especially around the 4th of July for Independence Day).

#marthastewartweddings #mykentuckybride #louisvillebride #louisvilleweddingphotographer #candidweddingphotographer #kentuckywedding #theknot #engaged #mastinlabs #weddinginspo #soontobemrs #southernwedding #createfreely

66w

**11 likes**
September 5, 2023

Add a comment...

CNP Supplemental MSJ 0186

## Wedding Photography Service Agreement

Agreement is entered into on ⎯Apr 19, 2024⎯ .

Engagement Session is scheduled for June 2024

Wedding is scheduled for ⎯Sep 7, 2024⎯ .

**Parties:**

**Chelsey Nelson Photography, LLC**

Known as "Photographer,"

And with

Kayla █████

████████████ Lexington, KY 40509

████████@gmail.com

██████████

with

Brandon █████

████████ Nicholasville, KY 40356

███████@gmail.com

████████

Known as "Client"

Collectively, all of the above people or businesses entering this Agreement will be referred to as the "Parties."

### *Purpose of the Agreement*

Client desires photography, photograph editing, and blogging for the purpose of their wedding.

Photographer has agreed to provide such services according to the terms set forth below.

### Services, Products and Locations.

**Package.** Client chooses Photographer's **Custom Wedding Collection** photography package.

**Services.** In this Agreement, "Services" means any and/or all of the services included in this section. Photographer shall provide Client with:

- **One pre-wedding consultation in person, by phone or via video call**
- **Bridal Guide Magazine**
- **Timeline Consultation**
- **One Engagement Session and online gallery**
- **8 hours of coverage on the wedding day**
- **Sample High-Resolution Images delivered via an online gallery the day after the wedding date**
- **Blog post highlighting the Photographer's favorite images from the engagement and wedding**
- **High-Resolution Images delivered via online gallery by October 19, 2024**

CNP Supplemental MSJ 0187
CONFIDENTIAL                    CNP 01860

**Schedule.** Photographer is engaged to provide Client with **15 minutes of photography coverage** on <u>Sep 7, 2024</u> to provide Client with Services. Client will provide Photographer and their assistant with a meal of the same food served to guests and a reserved place to sit, either with guests or a specific location near the reception area. Photographer will eat during the same period the Client (Bride and Groom) eats.

**Image Storage.** Digital copies of photographs produced in the course of fulfilling this Agreement will be stored until delivery of final images and/or products. After <u>**October 19, 2024**</u>, Client releases Photographer from any and all liability for lost or damaged files or photographs.

<strong>Cost, Fees and Payment.</strong>

**Cost.** The total cost ("Total Cost") for all Services is **$2,499.48** and due in full by **August 19, 2024.**

Client shall pay the Total Cost to Photographer as follows:

**Fees.** Photographer's hourly rate is **$350** per each hour spent on Client's Services over the allotted amount of time purchased. Photographer makes reasonable efforts to retouch and edit Client's images in a tasteful and professional manner before delivery of Client's final images. If Client requests further retouching or edits after delivery of Client's final images, then Client agrees to pay Photographer for any additional changes Photographer makes at Photographer's hourly rate. If Client implicitly or explicitly requests Photographer to continue Services beyond the hours set forth in this Agreement, Photographer will invoice Client for additional time.

**Late Fees.** If Photographer does not receive payment from Client within fourteen calendar days of any payment date, then Client will be charged a late fee of 1.5% of the outstanding amount per each day that Photographer does not receive payment.

- For example, if Client owes Photographer $1000 due on April 1 and fails to pay by April 14th. On April 15th, Client owes Photographer $1015. On April 16th, Client owes Photographer $1030.23. On April 17th, Client owes Photographer $1045.68, and so on.

**Expenses.** Client is responsible for paying for and delivering any third party products Client wishes Photographer to utilize by **September 7, 2024.** At Photographer's discretion, Photographer will make reasonable efforts to integrate Client's suggestions.

<strong>Intellectual Property.</strong>

**Copyright Ownership.** Photographer owns the copyright in any and all images he/she takes pursuant to federal copyright law (Title 17, Chapter 2, §201-02, of the United States Code.) Any and all photographs produced in connection with, or in the process of fulfilling this agreement, are expressly and solely owned by Photographer to use in the reasonable course of business.

**Non-exclusive License.** Photographer grants to Client a non-exclusive, worldwide license of photographs produced with and for Client for personal use and for public use so long as Client provides Photographer with attribution each time Client uses Photographer's property publicly unless and until Photographer assigns her copyright to Client. Photographs will be deemed properly attributed to Photographer when it would be obvious to any reasonable observer, reader or viewer that <u>**Chelsey Nelson Photography**</u> provided the photograph for Client's use.

**Prohibited Uses of Photographs.** Some uses of Photographer's property are expressly prohibited in order to maintain the integrity and quality of Photographer's reputation and work.

- Any resale of the photographs through direct or indirect means, including, but not limited to: selling the photos as stock photography; selling or allowing use of the photos by a third party such as a

CNP Supplemental MSJ 0188
CNP 01861

- Any illegal assignment of Photographer's work, such as selling third party use of a photograph online or in print without attribution.
- Any use of photographs, personally or otherwise, which does not include attribution to **Chelsey Nelson Photography**.
- Client expressly agrees not to produce derivative works of Photographer's property, such as, but not limited to, photographs of a photograph, scans into a computer, unauthorized photo collages or other works that incorporate a substantial portion of Photographer's property in a way that distorts or denigrates the photograph's high resolution.
- Any use deemed unreasonable or defamatory, at the discretion of Photographer.
- Any retouched or further edits of photographs that materially alters the composition of the photograph, such as by applying filters, changing the colors or other means of degradation, as determined by Photographer.
- Client will not purposefully try to hide or otherwise conceal attribution to Photographer, such as by printing attribution in such small print or font that the source of the photograph is not readily apparent to the reasonable viewer.

## Appropriate Conduct

**Appropriate Conduct/ Safe Working Environment:** The Client(s) expressly agree(s) to ensure the appropriate behavior of all attendees at the wedding/event, and additionally agree(s) to undertake best efforts to ensure that all parties involved in the event, including but not limited to the Client(s), vendors, the bridal party, all guests, and any and all attendees, behave in a manner that provides the Photographer with a safe and comfortable work environment. Any threatening, hostile, inappropriate, or offensive behavior of any kind, and any other behavior that compromises the safety or well-being of the Photographer or photography equipment or constitutes a hostile work environment will not be tolerated. What constitutes such behavior is up to the sole discretion of the Photographer in accordance with the standard of a reasonably prudent person, and will be dealt with as follows: (a) after the first offense, the Photographer will verbally notify the offending person and either the Client(s) or family member of the Client(s); (b) after the second offense, the Photographer will verbally notify the Client(s), and the Client(s) will remove the offending person for the remainder of the event (c) after the third offense, the Photographer will end wedding coverage immediately and leave the event. If the Photographer leaves the event after a third offense, the Photographer shall be entitled to retain all monies paid hereunder, the Client(s) will not be entitled to any refund, and the Client(s) agree to relieve and hold Photographer harmless as a result of incomplete wedding or event photography coverage, or for a lapse in the quality of the work.

## Releases and Limit of Liability

**Exclusivity.** Client understands and agrees she has hired Photographer exclusive of any other service provider for the Services listed in this Agreement, and no other photographers, other than any assistant or third party that Photographer has hired to complete the Services, are permitted to provide the same Services, paid or unpaid, unless prior permission is granted by Photographer. Client accepts and agrees that third party photographers, whether professional or not, may impede Photographer's access to the bridal couple and/or clients for crucial photos, and it is Client's responsibility to ensure Photographer always has the best angle and/or position as determined by the Photographer. If the Photographer feels its work is being compromised, Photographer has Client's permission to approach Client(s) to ask them to remove the obstructive party or parties. **Client initials:** K⬛ , B⬛

CNP Supplemental MSJ 0189
CONFIDENTIAL    CNP 01862

**Artistic Release.** Client has spent a satisfactory amount of time reviewing Photographer's work and has reasonable expectation that its services will produce a similar manner and style of aesthetic for Client.

Photographer will also make efforts to make the Client's marriage photos and videos consistent with Photographer's current portfolio and Photographer will try to incorporate any suggestions Client makes. However, Client understands and agrees that:

- Every client and wedding is different, with different tastes, budgets, and performance needs; and
- Styling is a subjective art and Photographer is an artist with a unique vision, with an ever evolving style and technique; and
- Photographer will use his/her personal artistic judgment to create styled areas for Client, which may not include strict adherence to Client's suggestions; and
- Dissatisfaction with Photographer's aesthetic judgment or artistic ability are not valid reasons for termination of this Agreement or request of any monies returned.
- Client is responsible for delivering any props or furniture Client wishes to have by **September 7, 2024.**

**Loss of Images.** In the rare event that any or all images are lost, such as damage to camera or equipment, stolen camera or equipment or damaged film rolls, Photographer shall refund Client the corresponding percentage of lost images. For example, if 30% of the original images taken are lost, Photographer shall refund 30% of the Total Cost.

**Maximum Damages.** Client agrees that the maximum amount of damages he or she is entitled to in any claim relating to this Agreement or Services provided in this Agreement are not to exceed the Total Cost of Services provided by Photographer.

**Indemnification.** Client agrees to indemnify and hold harmless Photographer, its related companies, parties, affiliates, agents, independent contractors, assigns, directors, employees and officers from any and all claims, causes of action, damages or other losses arising out of, or related to, the Services provided in this Agreement. Client agrees to either secure a reasonable amount of insurance coverage to pay for any claims, causes of action, damage, attorney fees or other losses as a result of accident or negligence on behalf of the Parties to this Agreement, or if no insurance is secured, Client waives its right to directly or indirectly ask or force Photographer to pay for any such damages. **Client initials:** K███ , B███ .

**Non-disparagement.** The Parties mutually agree not to make public defamatory statements that would materially harm the reputation or business activities of any Parties to this Agreement.

**Model Release.** Please see attached as Exhibit A.

### Cancellation, Rescheduling and No-Shows

**Cancellation, Rescheduling of Services or No-Show Client.** If Client desires to cancel Services, reschedule Services, or if it becomes impossible for Photographer to render Services due to the fault of the Client or parties related to Client, such as failure of one or more essential parties to the course to provide support or documents in a timely manner, Client shall provide notice to Photographer as soon as possible via the Notice provisions detailed in this Agreement. Upon cancellation or unreasonable delay, all outstanding fees are immediately due and payable to Photographer.

**Weather Delay.** In the event of a rain or weather delay, Client will be notified within 24 hours of any wedding that it Services may be reasonably altered to fit the circumstances of the situation at the discretion of the Photographer.

**Force Majeure.** Notwithstanding the above, either party may choose to be excused of any further performance obligations in the event of a disastrous occurrence outside the control of either party that materially affects the Services provided in this Agreement, including:

- A natural disaster (fires, explosions, earthquakes, hurricane, flooding, storms or infestation); or

CNP Supplemental MSJ 0190
CONFIDENTIAL
CNP 01863

- War, Invasion, Act of Foreign Enemy, Hostilities, Civil War, Rebellion, Revolution, Insurrection or
- Any hazardous situation created outside the control of either party such as a riot, disorder, nuclear leak or explosion, or act or threat of terrorism.

**Bad Faith Inducement:** Photographer is not obligated to accept all projects. In accepting Client's request for services, Photographer determined that providing its photography services for Client's wedding and surrounding events are consistent with and does not conflict with Photographer's religious and artistic beliefs and judgment and editorial discretion. However, Photographer may terminate this agreement if Photographer later determines that providing such services will effectively communicate or advance messages that conflict with Photographer's religious or artistic beliefs. If this occurs due to Client's material misrepresentation or fraudulent inducement, Photographer shall be entitled to compensation for the services as they would have been rendered.

**Failure to Perform Services.** In the event Photographer cannot or will not perform its obligations in any or all parts of this Agreement, it (or a responsible party) will:

- Immediately give Notice to Client via the Notice provisions detailed in this Agreement; and
- Issue a refund or credit based on a reasonably accurate percentage of Services rendered or find a reasonable replacement to render Services; and
- Excuse Client of any further performance and/or payment obligations in this Agreement.

## General Provisions

**Governing Law.** The laws of Kentucky govern all matters arising out of or relating to this Agreement, including torts.

**Severability.** If any portion of this Agreement is deemed to be illegal or unenforceable, the remaining provisions of this Agreement remain in full force.

**Notice.** Parties shall provide effective notice ("Notice") to each other via either of the following methods of delivery at the date and time which the Notice is sent:

1. **Email**
   1. **Photographer Email: chelsey**██████████
   2. **Client Email(s):**████████████@gmail.com
   3. ████████████@gmail.com
2. **Mail**
   1. **Photographer's Address: 3044 Bardstown Road #206 Louisville, KY 40205**
   2. **Client Address(es):** ████████████ Lexington, KY 40509 ,
   3. ████████████ Nicholasville, KY 40356

**Merger.** This Agreement constitutes the final, exclusive agreement between the parties relating to the Services contained in this Agreement. All earlier and contemporaneous negotiations and agreements between the parties on the matters contained in this Agreement are expressly merged into and superseded by this Agreement.

**Amendment.** The parties may amend this Agreement only by the parties' written consent via proper Notice.

**Dispute Resolution.** If the Parties cannot find a resolution to a dispute or potential claim by means of good-faith negotiation, then the Parties will make a reasonable attempt to resolve their dispute through Alternative Dispute Resolution or Mediation before filing a civil cause of action.



CNP Supplemental MSJ 0191
CONFIDENTIAL    CNP 01864

**Headings.** Headings and titles are provided in this Agreement for convenience only and will not be construed as part of this Agreement.

Future Use. Photographer may publish or submit for publication any photograph she owns that is produced in the course of fulfilling this Agreement for any reasonable and related purpose of Photographer's business, such as, but not limited to publication in:

● Photographer's own blog;
● third party blogs;
● magazines;
● publications;
● advertisements;
● stock photography sales; and
● any other reasonable commercial purpose.

**Notification of Use.** Photographer is not obligated to notify Client or anyone in photographs of Photographer's publication or other use of any image or images.

**Model Release.** Client releases her image and likeness for use in any of Photographer's images and understands these images may be used for any purpose of or relating to Photographer's business.



Other subjects agree and understand as signed below:

Signatures



Chelsey Nelson Photography, LLC

Signed: Apr 22, 2024

chelsey▮▮▮▮▮▮▮

Kayla ▮▮▮▮▮

Signed: Apr 22, 2024

▮▮▮▮▮▮@gmail.com

Brandon ▮▮▮▮▮

Signed: Apr 22, 2024

▮▮▮▮▮▮@gmail.com

CNP Supplemental MSJ 0192
CONFIDENTIAL
CNP 01865



**BE** Bruce ████
New Inquiry Added | Bruce Evans                                    Thu, Nov 21, 2019

**This project is ready for liftoff**
Use the "send email" line above to start a conversation

Your name: **Bruce ████**

Your salutation: **Mr.**

Your fiancé's name: **Mark ████**

Your fiancé's salutation: **Mr.**

Your email address: ████████

Your Wedding Date: **1/17/2020**

Tell me about you two! I'd love to know more about your story.: **Let's talk!**

How did you hear about me?: **Facebook**



**Chelsey Nelson Photography** added **Bruce ████** to this workspace                           Thu, Nov 21, 2019

You can respond to messages here or via email
New workspace created by Chelsey Nelson Photography, LLC on Thu, Nov 21, 2019

**CNP Supplemental MSJ 0193**

**CONFIDENTIAL**

**CNP 01332**

 **Dan Robbins**
New Inquiry Added | Dan Robbins

Sat, Jul 29, 2023

**This project is ready for liftoff**

Use the "send email" line above to start a conversation

Your name: **Dan** ▓▓▓▓▓

Your salutation: **Mr.**

Your fiancé's name: **Sean** ▓▓▓▓▓▓

Your fiancé's salutation: **Mr.**

Your email address:

▓▓▓▓▓▓▓▓▓▓▓▓

Your Wedding Date: **10/13/2023**

Tell me about you two! I'd love to know more about your story.: **Love is love**

How did you hear about me?: **your notorious website sign "I don't photograph same-sex weddings." You're a pig**

**Chelsey Nelson Photography, LLC** Sat, Jul 29, 2023
added **Dan** ▓▓▓▓▓
to this workspace

You can respond to messages here or via email
New workspace created by Chelsey Nelson Photography, LLC on Sat, Jul 29, 2023

CNP Supplemental MSJ 0194

CONFIDENTIAL

CNP 01350



**David**
New Inquiry Added |
David

Fri, Dec 22, 2023

**This project is ready for liftoff**

Use the "send email" line above to start a conversation

Your name: **David**

Your salutation: **Mr.**

Your fiancé's name: **John**

Your fiancé's salutation: **Mr.**

Your email address:

████████████████████

Your Wedding Date: **1/6/2024**

Tell me about you two! I'd love to know more about your story.: **Two men who love each other that wouldn't use you, if you were the last photographer available, B..ch!**

How did you hear about me?:
**Americans United for Separation of Church and State**

**Chelsey Nelson Photography, LLC**  Fri, Dec 22, 2023
added **David** to this workspace

You can respond to messages here or via email

New workspace created by Chelsey Nelson Photography, LLC on Fri, Dec 22, 2023

**CNP Supplemental MSJ 0195**

**CONFIDENTIAL**

**CNP 01347**



**Josie**
New Inquiry Added | Josie

Fri, Nov 22, 2019

**This project is ready for liftoff**
Use the "send email" line above to start a conversation

Your name: **Josie**

Your salutation: **Ms.**

Your fiancé's name: **Sharon**

Your fiancé's salutation: **Ms.**

Your email address: ████████████████

Your Wedding Date: **11/27/2020**

Tell me about you two! I'd love to know more about your story.: **We are so much in love and can't wait to be married**

How did you hear about me?: **Friend**

 **Chelsey Nelson Photography** added **Josie**
to this workspace

Fri, Nov 22, 2019

You can respond to messages here or via email
New workspace created by Chelsey Nelson Photography, LLC on Fri, Nov 22,
2019

**CNP Supplemental MSJ 0196**

**CONFIDENTIAL**

**CNP 01365**



**Jim**
New Inquiry Added |    Wed, Jul 26,
Jim                         2023

**This project is ready for liftoff**

Use the "send email" line above to start a
conversation

Your name: **Jim**

Your salutation: **Mr.**

Your fiancé's name: **Mike**

Your fiancé's salutation: **Mr.**

Your email address:

▬▬▬▬▬▬▬▬▬▬

Your Wedding Date: **3/9/2024**

Tell me about you two! I'd love to know
more about your story.: **we love each
other. Isn't that enough?**

How did you hear about me?: **a
newspaper article about your bigotry**

**Chelsey Nelson
Photography, LLC**    Wed, Jul 26, 2023
added **Jim** to this
workspace

You can respond to messages here or via
email
New workspace created by Chelsey Nelson
Photography, LLC on Wed, Jul 26, 2023

**CNP Supplemental MSJ 0197**

**CONFIDENTIAL**

**CNP 01372**

 **Paul**
New Inquiry Added | Paul                    Tue, Jul 18, 2023

**This project is ready for liftoff**

Use the "send email" line above to start a conversation

Your name: **Paul**

Your salutation: **Mr.**

Your fiancé's name: **Charles**

Your fiancé's salutation: **Mr.**

Your email address:

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Your Wedding Date: **7/14/2024**

Tell me about you two! I'd love to know more about your story.: **We are celebrating our 15th wedding anniversary! We would have gotten married earlier, but government discriminated against us. In celebration of our special event, we would love for you to photograph our special day.**

How did you hear about me?: **Website.**

**Chelsey Nelson Photography, LLC** added **Paul** to this workspace          Tue, Jul 18, 2023

You can respond to messages here or via email

New workspace created by Chelsey Nelson

**CNP Supplemental MSJ 0198**

**CONFIDENTIAL**

**CNP 01408**



Danielle ███████ Project

Other ⌄   TBD

Visible to you + **1 participant**



You   DS   Danielle ███
           CLIENT

➕ ADD

📅 SCHEDULE      **CREATE FILE**

**Activity**      Files      Payments      Notes      Details

Reply to: 'Thank you for reaching out'   ✦

RECENT ACTIVITY



**Chelsey Nelson Photography, LLC**
Re: Thank you for reaching out

Fri, Jul 28, 2023

Hi Danielle,

Thanks for reaching out and for your kind words. Congrats to you and Daniel! How did you meet each other? I'd love to hear the proposal story!

Are you local to the Louisville area or do you plan to get married elsewhere? That might help me clarify availability to travel on my end as October tends to be a pretty full month for me.

**CNP Supplemental MSJ 0199**

**CONFIDENTIAL**

**CNP 01499**

Have a great weekend!

Chelsey





**Chelsey Nelson Photography, LLC**
Thank you for reaching out

Tue, Jul 25, 2023

Hi Danielle,

Thanks for reaching out! You can expect a detailed reply within 2-3 business days.

Warmly,
Chelsey Nelson



DS

**Danielle** ▮▮▮▮
New Inquiry Added |
Danielle Shelstrom

Tue, Jul 25, 2023

**This project is ready for liftoff**
Use the "send email" line above to start a conversation

Your name: **Danielle** ▮▮▮▮

Your salutation: **Ms.**

Your fiancé's name: **Daniel** ▮▮▮▮

Your fiancé's salutation: **Mr.**

Your email address:

▮▮▮▮▮▮▮▮▮▮▮▮▮

Your Wedding Date: **10/19/2024**

CNP Supplemental MSJ 0200

CONFIDENTIAL

CNP 01500

Tell me about you two! I'd love to know more about your story.: **Hello, your photographs are beautiful and we would love for you to photograph our wedding. I see that you are a godly woman, and we are Christian too. Dan was married before, though. I just want to make sure you are fine with that him being divorced and all. His ex-wife was not a nice person, let's leave it at that. We are pretty casual people, although who doesn't like a little flare on their wedding day?**

How did you hear about me?:
**Instagram**

**Chelsey Nelson Photography, LLC** added **Danielle Shelstrom** to this workspace

Tue, Jul 25, 2023

You can respond to messages here or via email
New workspace created by Chelsey Nelson Photography, LLC on Tue, Jul 25, 2023

CNP Supplemental MSJ 0201

CONFIDENTIAL

CNP 01501



## Abigail's Project
Other ⌄   TBD

Visible to you + **1 participant**

 You    A **Abigail** CLIENT   + ADD

🗓 SCHEDULE       **CREATE FILE**

**Activity**    Files    Payments         Notes       Details    

 Reply to: 'Thank you for reaching out'   

**RECENT ACTIVITY**

 **Chelsey Nelson Photography, LLC**   Mon, Oct 2, 2023
Re: Thank you for reaching out

Hi Abigail,

It's great to hear from you! Thanks for giving me all that background info. My husband also taught at SBTS for about 5 years (adjunct) in the music department. It's a wonderful community!

Josiah sounds like an impressive young man! ▮▮▮▮▮▮▮▮▮▮▮

**CNP Supplemental MSJ 0202**
**CONFIDENTIAL**
**CNP 01503**

██████████████████████████████
██████████████████████████ How
wonderful the the Lord orchestrated
him meeting Abigail early on in life. Are
they planning to get married on campus
or a different venue? I've always loved
photographing ceremonies at Broadus
Chapel (here's a SBTS wedding feature
from my website from a beautiful, rainy
December day).

Here are links to a full wedding gallery
and a full engagement session gallery
in case they'd like to see full sessions.

These blog posts give a broad sample
of what they could expect from an
engagement session and a wedding
day:
Larissa & Parker's Wedding
Rachael & Casey's Wedding
Spring Engagement Photos at
Cherokee Park
Locust Grove Engagement Session

I've attached a Welcome Packet with all
the details on what it really looks like to
work with me from signing on through
receiving the final wedding gallery.

In my 7 years of photographing
weddings, I've always had a soft spot
for families in the SBTS community,
particularly families like yours who give
of themselves to train others to further
the gospel. My goal is to always
customize what's offered in these
collections to a price point that feels
comfortable after getting a better
understanding of a couple's priorities
(second photographer, add-ons, how
much coverage they really need, etc.)

CNP Supplemental MSJ 0203
CONFIDENTIAL
CNP 01504

Please don't hesitate to circle back if you have any follow up questions. I'm just an email away.

Warmly,
Chelsey

 **2023-24 Chelsey ...**



---

 **Chelsey Nelson Photography, LLC**  Fri, Sep 29, 2023
Thank you for reaching out

Hi Abigail,

Thanks for reaching out! You can expect a detailed reply within 2-3 business days.

Warmly,
Chelsey Nelson



---

 **Abigail**    Fri, Sep 29, 2023
New Inquiry Added | Abigail

**This project is ready for liftoff**
Use the "send email" line above to start a conversation

**CNP Supplemental MSJ 0204**

**CONFIDENTIAL**

**CNP 01505**

Your name: **Abigail**

Your salutation: **Ms.**

Your fiancé's name: **Josiah**

Your fiancé's salutation: **Mr.**

Your email address:

██████████████████

Your Wedding Date: **6/8/2024**

Tell me about you two! I'd love to know more about your story.: **I'm actually the mother of the groom helping our kiddos get wedding quotes for photography. Josiah is about to be 18 and it's a senior in high school and an entrepreneur. Abigail graduated last year and she is 18. She and her mom are planning the wedding and her mom, Alicia reached out to me and asked if I could email some photographers. Photographers. Since I am a photographer myself, she likes having my input. They met when they were around 9 and they've been in love since. They've dated for about 5 years. They want to have a small wedding on her parents' land.**

How did you hear about me?: **Well my husband teaches systematic theology at SBTS and I found your name when I searched on the Facebook page SBTS women only :) for wedding photographers. I look forward to hearing from you! Once We have some quotes and samples. I will send them their way and they will pick. Thank you so much!**

**CNP Supplemental MSJ 0205**

**CONFIDENTIAL**

**CNP 01506**

**Chelsey Nelson Photography, LLC** Fri, Sep 29, 2023
added **Abigail** to this workspace

You can respond to messages here or via email

New workspace created by Chelsey Nelson Photography, LLC on Fri, Sep 29, 2023

CNP Supplemental MSJ 0206

CONFIDENTIAL

CNP 01507



**KS**  **Kayla▮▮▮**
Re: Updated Proposal                 Wed, May 1, 2024

Hi Chelsey,

If you could make any time soon to chat with me for a few
minutes on the phone, it would be much appreciated!

My number is ▮▮▮▮▮▮▮▮

Kayla

---

**Chelsey Nelson Photography,**    Mon, Apr 22,
**LLC**                             2024
Re: Updated Proposal

Hi Kayla,

No worries at all! Your engagement session is on
the calendar for June 29th!

Let's plan to meet at Big Rock Park (2199 Park
Boundary Rd, Louisville, KY 40205). I'll be in touch
closer to June 29th to firm up our start time as I'm
able get a better idea of the weather conditions,
but go ahead and pencil in 7pm ET as a
placeholder (if it's a clear day, we may start closer
to 7:30pm for that golden glowy light!).

Can't wait to meet you both in person soon!

Look our for a little something from me in the mail
in the next few weeks

I'm here if you need anything!

Warmly,
Chelsey

**CNP Supplemental MSJ 0207**

**CONFIDENTIAL**

**CNP 01570**

or if something more custom at a lower price point fits your needs best (some love to add on physical prints in an heirloom glass box for instance, while others highest priority is remaining in a particular price range overall in which case we can play around with a number of things like hours of coverage). Are you planning to get married in Louisville or somewhere nearby?

I'd love to know who sent you my way so I can thank them!

Warmly,
Chelsey



**Chelsey Nelson Photography, LLC**
Thank you for reaching out

Sun, Mar 31, 2024

Hi Kayla,

Thanks for reaching out! You can expect a detailed reply within 2-3 business days.

Warmly,
Chelsey Nelson



**KS   Kayla ▮▮▮**
New Inquiry Added | Kayla ▮▮▮     Sun, Mar 31, 2024

**This project is ready for liftoff**
Use the "send email" line above to start a conversation

Your name: **Kayla ▮▮▮**

Your salutation: **Ms.**

Your fiancé's name: **Brandon ▮▮▮**

Your fiancé's salutation: **Mr.**

Your email address:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Your Wedding Date: **9/21/2024**

Tell me about you two! I'd love to know more about your story.: **Hi there! Brandon and I are just a couple excited to spend our life together and glorify God in our marriage! We're looking for someone to capture our special day! Brandon and I met in our senior year of college, where we got to know each other by going on dates, and got engaged this past December. It's sweet for you to ask a little about your story, thank you!**

How did you hear about me?: **Referral**

**CNP Supplemental MSJ 0208**

**CONFIDENTIAL**

**CNP 01578**



# Abby ███████ Project

Other ⌄    TBD

Visible to you · 1 participant

| You | AK | Abby ███████ CLIENT | + ADD | 🗓 SCHEDULE | CREATE FILE |

**Activity**    Files    Payments    Notes    Details

 Processing your email...    ✦

## RECENT ACTIVITY

**Chelsey Nelson Photography, LLC**    Mon, Oct 21, 2024

### Re: Thank you for reaching out

Hi Abby!

Thank you for the high compliment! Working with (and becoming friends with!) Kayla and Brandon was a delight. Their blog feature went live on Friday in case you haven't already had a peek.

I remember the feeling of relief when you've found "your person" :) I'm thrilled that in his wisdom, the Lord brought you and Parker together!

I do currently have November 1st open! Hopping on a Zoom call is a great way to walk through your hopes and expectations for your wedding day so I can discern if my wedding packages are a best fit, or if something more custom at a lesser or higher price point fits your needs best (some love to add on physical prints in an heirloom glass box for instance, while others highest priority is remaining in a particular price range overall in which case we can play around with a number of

CNP Supplemental MSJ 0209
CONFIDENTIAL    CNP 01855

things like hours of coverage). Are you planning to look for venues around Lexington or somewhere nearby?

Would any of these times work well for a call?

10/23
7:15pm - 8pm ET

10/24
7:15pm - 8pm ET

10/28
7:15pm - 8pm ET

10/30
7:15pm - 8pm ET

If you have any questions you think of in the meantime, just let me know and I'll make sure we touch on them!

Warmly,
Chelsey

---

 **Chelsey Nelson Photography, LLC**                                    ⚙    Fri, Oct 18, 2024

**Thank you for reaching out**

Hi Abby,

Thanks for reaching out! You can expect a detailed reply within 2-3 business days.

Warmly,
Chelsey Nelson

✉

---

AK    Abby ███████                                                  Fri, Oct 18, 2024

**New Inquiry Added | Abby** ███████

CNP Supplemental MSJ 0210
CONFIDENTIAL
CNP 01856

**This project is ready for liftoff**

Use the "send email" line above to start a conversation

Your name: **Abby** ⬛⬛⬛⬛⬛

Your salutation: **Ms.**

Your fiancé's name: **Parker** ⬛⬛⬛

Your fiancé's salutation: **Mr.**

Your email address: ⬛⬛⬛⬛⬛**.com**

Your Wedding Date: **11/1/2025**

Tell me about you two! I'd love to know more about your story.: **My fiancé and I just recently got engaged in September, so we are in the early stages of wedding planning. We met while we were in school at the University of Kentucky. I was finishing up my degree in accounting and he was finishing pharmacy school. We worked together in one of UK's pharmacies (I was a tech and he was an intern). We worked together for a while, and then he asked me on a date shortly before I graduated and started my accounting job. After a couple of dates we knew that we had each found our person, and we have had the best time loving each other since! We are so excited for our wedding, which we plan to have next fall.**

How did you hear about me?: **You recently did one of my close friends' wedding - Kayla and Brandon, and the pictures she's shared so far are beautiful. You captured their love for each other so perfectly!**

 **Chelsey Nelson Photography, LLC** added **Abby** ⬛⬛⬛⬛⬛ to this workspace

Fri, Oct 18, 2024

You can respond to messages here or via email
New workspace created by Chelsey Nelson Photography, LLC on Fri, Oct 18, 2024

**CNP Supplemental MSJ 0211**

**CONFIDENTIAL**          **CNP 01857**

CONTRACT

SERVICE CONTRACT

### Wedding Photography Service Agreement

Agreement is entered into on  Nov 22, 2024 .

Engagement Session is planned for Spring 2025

Wedding is scheduled for  Oct 18, 2025  **CNP Supplemental MSJ 0212**

**Parties:**

Known as  "Photographer,"

And with

Abby ████████████
████████████ Georgetown KY ████
█████████████.com
█████████████

with

Parker ████████
████████████ Georgetown KY 4████
██████████████████
████████████

Known as "Client"

Collectively, all of the above people or businesses entering this Agreement will be referred to as the "Parties."

### *Purpose of the Agreement*

Client desires photography, photograph editing, and blogging for the purpose of their wedding. Photographer has agreed to provide such services according to the terms set forth below.

### **Services, Products and Locations.**

**Package.** Client chooses Photographer's **Custom Wedding Collection** photography package.

**Services.**  In this Agreement, "Services" means any and/or all of the services included in this section. Photographer shall provide Client with:

- **One pre-wedding consultation in person, by phone or via video call**
- **Bridal Guide Magazine**
- **Timeline Consultation**
- **One Engagement Session and online gallery**
- **6 hours of coverage on the wedding day**
- **Sample High-Resolution Images delivered via an online gallery the day after the wedding date**
- **Blog post highlighting the Photographer's favorite images from the engagement and wedding**
- **High-Resolution Images delivered via online gallery by November 28, 2025**

**Schedule.** Photographer shall arrive no later than **15 minutes before the start time of photography coverage** on   Oct 18, 2025   to provide Client with Services.  Client will provide Photographer and their assistant with a meal of the same food served to guests and a reserved place to sit, either with guests or a specific location near the reception area.  Photographer will eat during the same period the Client (Bride and Groom) eats.

**Image Storage.** Digital copies of photographs produced in the course of fulfilling this Agreement will be stored until delivery of final images and/or products. After **November 28, 2025**, Client releases Photographer from any and all liability for lost or damaged files or photographs.

CNP Supplemental MSJ 0213

### **Cost, Fees and Payment.**

**Cost.** The total Cost of Photographer's Services to Client is **$2,099.48**, to be delivered in full by **October 25, 2025.** Client shall pay the Total Cost to Photographer as follows:

**Fees.** Photographer's hourly rate is **$350** per each hour spent on Client's Services over the allotted amount of time purchased. Photographer makes reasonable efforts to retouch and edit Client's images in a tasteful and professional manner before delivery of Client's final images. If Client requests further retouching or edits after delivery of Client's final images, then Client agrees to pay Photographer for any additional changes Photographer makes at Photographer's hourly rate. If Client implicitly or explicitly requests Photographer to continue Services beyond the hours set forth in this Agreement, Photographer will invoice Client for additional time.

**Late Fees.** If Photographer does not receive payment from Client within fourteen calendar days of any payment date, then Client will be charged a late fee of 1.5% of the outstanding amount per each day that Photographer does not receive payment.

- For example, if Client owes Photographer $1000 due on April 1 and fails to pay by April 14th. On April 15th, Client owes Photographer $1015. On April 16th, Client owes Photographer $1030.23. On April 17th, Client owes Photographer $1045.68, and so on.

**Expenses.** Client is responsible for paying for and delivering any third party products Client wishes Photographer to utilize by **October 18, 2025.** At Photographer's discretion, Photographer will make reasonable efforts to integrate Client's suggestions.

Intellectual Property.

**Copyright Ownership.** Photographer owns the copyright in any and all images he/she takes pursuant to federal copyright law (Title 17, Chapter 2, §201-02, of the United States Code.) Any and all photographs produced in connection with, or in the process of fulfilling this agreement, are expressly and solely owned by Photographer to use in the reasonable course of business.

**Non-exclusive License.** Photographer grants to Client a non-exclusive, worldwide license of photographs produced with and for Client for personal use and for public use so long as Client provides Photographer with attribution each time Client uses Photographer's property publicly unless and until Photographer assigns her copyright to Client. Photographs will be deemed properly attributed to Photographer when it would be obvious to any reasonable observer, reader or viewer that **Chelsey Nelson Photography** provided the photograph for Client's use.

**Prohibited Uses of Photographs.** Some uses of Photographer's property are expressly prohibited in order to maintain the integrity and quality of Photographer's reputation and work.

- Any resale of the photographs through direct or indirect means, including, but not limited to: selling the photos as stock photography; selling or allowing use of the photos by a third party such as a corporation or advertiser.
- Any illegal assignment of Photographer's work, such as allowing third party use of a photograph online or in print without attribution.
- Any use of photographs, personally or otherwise, which does not include attribution to **Chelsey Nelson Photography**.
- Client expressly agrees not to produce derivative works of Photographer's property, such as, but not limited to, photographs of a photograph, scans into a computer, unauthorized photo collages or other works that incorporate a substantial portion of Photographer's property in a way that distorts or denigrates the photograph's high resolution.
- Any use deemed unreasonable or defamatory, at the discretion of Photographer.

CNP Supplemental MSJ 0214

- Any retouching will only enhance the photograph in a manner consistent with the original photograph, such as by applying filters, changing the colors, or other means of degradation, as determined by Photographer.
- Client will not purposefully try to hide or otherwise conceal attribution to Photographer, such as by printing attribution in such small print or font that the source of the photograph is not readily apparent to the reasonable viewer.

## Appropriate Conduct

**Appropriate Conduct/ Safe Working Environment:** The Client(s) expressly agree(s) to ensure the appropriate behavior of all attendees at the wedding/event, and additionally agree(s) to undertake best efforts to ensure that all parties involved in the event, including but not limited to the Client(s), vendors, the bridal party, all guests, and any and all attendees, behave in a manner that provides the Photographer with a safe and comfortable work environment. Any threatening, hostile, inappropriate, or offensive behavior of any kind, and any other behavior that compromises the safety or well-being of the Photographer or photography equipment or constitutes a hostile work environment will not be tolerated. What constitutes such behavior is up to the sole discretion of the Photographer in accordance with the standard of a reasonably prudent person, and will be dealt with as follows: (a) after the first offense, the Photographer will verbally notify the offending person and either the Client(s) or family member of the Client(s); (b) after the second offense, the Photographer will verbally notify the Client(s), and the Client(s) will remove the offending person for the remainder of the event (c) after the third offense, the Photographer will end wedding coverage immediately and leave the event. If the Photographer leaves the event after a third offense, the Photographer shall be entitled to retain all monies paid hereunder, the Client(s) will not be entitled to any refund, and the Client(s) agree to relieve and hold Photographer harmless as a result of incomplete wedding or event photography coverage, or for a lapse in the quality of the work.

## Releases and Limit of Liability

**Exclusivity.** Client understands and agrees she has hired Photographer exclusive of any other service provider for the Services listed in this Agreement, and no other photographers, other than any assistant or third party that Photographer has hired to complete the Services, are permitted to provide the same Services, paid or unpaid, unless prior permission is granted by Photographer. Client accepts and agrees that third party photographers, whether professional or not, may impede Photographer's access to the bridal couple and/or clients for crucial photos, and it is Client's responsibility to ensure Photographer always has the best angle and/or position as determined by the Photographer. If the Photographer feels its work is being compromised, Photographer has Client's permission to approach Client(s) to ask them to remove the obstructive party or parties. **Client initials:**  A██........ , P██........

**Artistic Release.** Client has spent a satisfactory amount of time reviewing Photographer's work and has a reasonable expectation that its services will produce a similar manner and style of aesthetic for Client. Photographer will use reasonable efforts to ensure Client's services are carried out in a style and manner consistent with Photographer's current portfolio and Photographer will try to incorporate any suggestions Client makes. However, Client understands and agrees that:

- Every client and wedding is different, with different tastes, budgets, and performance needs; and
- Styling is a subjective art and Photographer is an artist with a unique vision, with an ever-evolving style and technique; and
- Photographer will use his/her personal artistic judgment to create styled shots for Client, which may not include strict adherence to Client's suggestions; and

CNP Supplemental MSJ 0215

- Dissatisfaction with Photographer's aesthetic judgment or artistic results are not a basis for
  termination of this Agreement or request of any monies due.
- Client is responsible for delivering any props or furniture Client wishes to have by **October 18, 2025.**

**Loss of Images.** In the rare event that any or all images are lost, such as damage to camera or equipment, stolen camera or equipment or damaged film rolls, Photographer shall refund Client the corresponding percentage of lost images. For example, if 30% of the original images taken are lost, Photographer shall refund 30% of the Total Cost.

**Maximum Damages.** Client agrees that the maximum amount of damages he or she is entitled to in any claim relating to this Agreement or Services provided in this Agreement are not to exceed the Total Cost of Services provided by Photographer.

**Indemnification.** Client agrees to indemnify and hold harmless Photographer, its related companies, parties, affiliates, agents, independent contractors, assigns, directors, employees and officers from any and all claims, causes of action, damages or other losses arising out of, or related to, the Services provided in this Agreement. Client agrees to either secure a reasonable amount of insurance coverage to pay for any claims, causes of action, damage, attorney fees or other losses as a result of accident or negligence on behalf of the Parties to this Agreement, or if no insurance is secured, Client waives its right to directly or indirectly ask or force Photographer to pay for any such damages. **Client initials:** A▮▮____ , P▮▮____ .

**Non-disparagement.** The Parties mutually agree not to make public defamatory statements that would materially harm the reputation or business activities of any Parties to this Agreement.

**Model Release.** Please see attached as Exhibit A.

Cancellation, Rescheduling and No-Shows

**Cancellation, Rescheduling of Services or No-Show Client.** If Client desires to cancel Services, reschedule Services, or if it becomes impossible for Photographer to render Services due to the fault of the Client or parties related to Client, such as failure of one or more essential parties to the course to provide support or documents in a timely manner, Client shall provide notice to Photographer as soon as possible via the Notice provisions detailed in this Agreement. Upon cancellation or unreasonable delay, all outstanding fees are immediately due and payable to Photographer.

**Weather Delay.** In the event of a rain or weather delay, Client will be notified within 24 hours of any wedding that it Services may be reasonably altered to fit the circumstances of the situation at the discretion of the Photographer.

**Force Majeure.** Notwithstanding the above, either party may choose to be excused of any further performance obligations in the event of a disastrous occurrence outside the control of either party that materially affects the Services provided in this Agreement, including:

- A natural disaster (fires, explosions, earthquakes, hurricane, flooding, storms or infestation); or
- War, Invasion, Act of Foreign Enemies, Embargo, or other Hostility (whether declared or not); or
- Any hazardous situation created outside the control of either party such as a riot, disorder, nuclear leak or explosion, or act or threat of terrorism.

**Bad Faith Inducement:** Photographer is not obligated to accept all projects. In accepting Client's request for services, Photographer determined that providing its photography services for Client's wedding and surrounding events are consistent with and does not conflict with Photographer's religious and artistic beliefs and judgment and editorial discretion. However, Photographer may terminate its agreement if Photographer later determines that providing such services will effectively communicate or advance messages that conflict with Photographer's religious or artistic beliefs. If this occurs due to Client's material

CNP Supplemental MSJ 0216

misrepresentation and/or fraud, Photographer will consider the remaining balance due as payment for services as they would have been rendered.

**Failure to Perform Services.** In the event Photographer cannot or will not perform its obligations in any or all parts of this Agreement, it (or a responsible party) will:

- Immediately give Notice to Client via the Notice provisions detailed in this Agreement; and
- Issue a refund or credit based on a reasonably accurate percentage of Services rendered or find a reasonable replacement to render Services; and
- Excuse Client of any further performance and/or payment obligations in this Agreement.

## General Provisions

**Governing Law.** The laws of Kentucky govern all matters arising out of or relating to this Agreement, including torts.

**Severability.** If any portion of this Agreement is deemed to be illegal or unenforceable, the remaining provisions of this Agreement remain in full force.

**Notice.** Parties shall provide effective notice ("Notice") to each other via either of the following methods of delivery at the date and time which the Notice is sent:

1. **Email**
    1. **Photographer Email:** c███████████████████
    2. **Client Email(s):** ████████████.com
    3. ███████████████.......
2. **Mail**
    1. **Photographer's Address: 3044 Bardstown Road #206 Louisville, KY 40205**
    2. **Client Address(es):** █████████████ Georgetown KY █████.......,
    3. █████████████ Georgetown KY █████.......

**Merger.** This Agreement constitutes the final, exclusive agreement between the parties relating to the Services contained in this Agreement. All earlier and contemporaneous negotiations and agreements between the parties on the matters contained in this Agreement are expressly merged into and superseded by this Agreement.

**Amendment.** The parties may amend this Agreement only by the parties' written consent via proper Notice.

**Dispute Resolution.** If the Parties cannot find a resolution to a dispute or potential claim by means of good-faith negotiation, then the Parties will make a reasonable attempt to resolve their dispute through Alternative Dispute Resolution or Mediation before filing a civil cause of action.

**Headings.** Headings and titles are provided in this Agreement for convenience only and will not be construed as part of this Agreement.

### Exhibit A
Model Release

Future Use. Photographer may publish or submit for publication any photograph she owns that is produced in the course of fulfilling this Agreement for any reasonable and related purpose of Photographer's business, such as, but not limited to publication in:

- Photographer's own blog;
- third party blogs;
- magazines;
- publications;
- advertisements;

CNP Supplemental MSJ 0217

● stock photography, or

● any other reasonable commercial purpose.

**Notification of Use.** Photographer is not obligated to notify Client or anyone in photographs of Photographer's publication or other use of any image or images.

**Model Release.** Client releases her image and likeness for use in any of Photographer's images and understands these images may be used for any purpose of or relating to Photographer's business.

A███████ . P███████

Other subjects agree and understand as signed below:

Signatures

---

*Chelsey Nelson*

Chelsey Nelson Photography, LLC                    Signed:
███████████████.com                                Nov 27, 2024

*Abby* ████████████████

Abby ████████                                      Signed:
██████████.com                                     Nov 26, 2024

*Parker* ████████████

Parker ██████                                      Signed:
████████████████                                   Nov 26, 2024

███████████████.com | www.chelseynelson.com | 3044 Bardstown Road #206, Louisville, KY 40205

**CNP Supplemental MSJ 0218**



# Chelsey Nelson Photography
## Chelsey Nelson Photography, LLC

| ITEMS | QTY | UNIT | PRICE | TAX | TOTAL |
|---|---|---|---|---|---|



**Custom Bridal Guide Magazine**

This Guide was crafted with you in mind! It answers all of your questions and guides you in how to plan for a photography-friendly wedding day. This magazine also features past work to give you an idea of what you can expect!



**Engagement Session with Online Gallery**

Your engagement session is our chance to get a feel for what it's like to work together before your wedding!



**Timeline Consulting**

Working together is about much more than just showing up on your wedding day! I want to set you up for success and help you be the heroes of your wedding day, which is why I help give feedback (when needed and invited) for crafting a general wedding day timeline. To save you the work and time, I include a sample timeline in the Bridal Guide Magazine so you can use it as a template!



### 6 Hours of Wedding Day Coverage

I'll capture the important highlights of your wedding day.



### Sneak Peek (delivered the day after your wedding)

This is a wonderful way to get professional photos, fast! You'll have edited images ready to share the very next day.



### Feature on the CNP Blog

Your blog post feature is a perfect way to share highlights of your wedding with family and friends. Rather than sending all of your friends a link to your online gallery with all of your photos (that can be pretty overwhelming for someone!), this provides my favorite photos to tell the story of your wedding day.



### High-Resolution Image Online Gallery

"High-Resolution" is a technical term that basically means the files I'm delivering to you are of such high quality that you could use the file to order large canvases of your favorite images. Have you ever seen a photo blown up that looks fuzzy and pixelated? High-resolution images avoid this problem! Instructions on how to use your Online Gallery are in the Bridal Guide Magazine. Your images are delivered within just 6 weeks of your wedding.

|   | 1 | $1,698 | ✔ | $1,698 |
|---|---|--------|---|--------|

|  | Subtotal | $1,698 |
|--|----------|--------|

HoneyBoo  F es

| | | |
|---|---|---|
| Tax  6% | | $101.88 |
| **Grand Total** | | **$1,799.88** |

## 📅💲 PAYMENT SCHEDULE

| AMOUNT | WHEN | INVOICE # | STATUS |
|---|---|---|---|
| $1,799.88 | Jun 13, 2023 | ███████ | PAID |

CONTRACT
SERVICE CONTRACT

**Wedding Photography Service Agreement**

Agreement is entered into on   June 5, 2023   .

Engagement Session is scheduled for July 2023

Wedding is scheduled for   Jul 9, 2023   .

**Parties:**

**Chelsey Nelson Photography, LLC**

Known as  "Photographer,"

And with

Rachael ██████

████████████████ MS ████

███████@gmail.com

████████

with

Casey ███████

███████████ MS, ████

████████@yahoo.com

████████

HoneyBoo    F   es

Known as "Client"

Collectively, all of the above people or businesses entering this Agreement will be referred to as the "Parties."

### Purpose of the Agreement

Client desires photography, photograph editing, and blogging for the purpose of their wedding. Photographer has agreed to provide such services according to the terms set forth below.

### Services, Products and Locations.

**Package.** Client chooses Photographer's **Custom Wedding Collection** photography package.

**Services.**  In this Agreement, "Services" means any and/or all of the services included in this section. Photographer shall provide Client with:

- **One pre-wedding consultation in person, by phone or via video call**
- **Bridal Guide Magazine**
- **Timeline Consultation**
- **One Engagement Session and online gallery**
- **6 hours of coverage on the wedding day**
- **Sample High-Resolution Images delivered via an online gallery the day after the wedding date**
- **Blog post highlighting the Photographer's favorite images from the engagement and wedding**
- **High-Resolution Images delivered via online gallery by August 21, 2023**

**Schedule.** Photographer shall arrive no later than <u>**15 minutes before the start time of photography coverage**</u> on   Jul 9, 2023    to provide Client with Services.  Client will provide Photographer and their assistant with a meal of the same food served to guests and a reserved place to sit, either with guests or a specific location near the reception area. Photographer will eat during the same period the Client (Bride and Groom) eats.

**Image Storage.** Digital copies of photographs produced in the course of fulfilling this Agreement will be stored until delivery of final images and/or products. After <u>**July 23, 2021**</u>, Client releases Photographer from any and all liability for lost or damaged files or photographs.

### Cost, Fees and Payment.

**Cost.** The total cost ("Total Cost") for all Services is **$1,799.88** and due in full by **June 9, 2023.**

Client shall pay the Total Cost to Photographer as follows:

**Fees.** Photographer's hourly rate is <u>**$350**</u> per each hour spent on Client's Services over the allotted amount of time purchased. Photographer makes reasonable efforts to retouch and

HoneyBoo  F es

edit Client's images in a tasteful and professional manner before delivery of Client's final images. If Client requests further retouching or edits after delivery of Client's final images, then Client agrees to pay Photographer for any additional changes Photographer makes at Photographer's hourly rate. If Client implicitly or explicitly requests Photographer to continue Services beyond the hours set forth in this Agreement, Photographer will invoice Client for additional time.

**Late Fees.** If Photographer does not receive payment from Client within fourteen calendar days of any payment date, then Client will be charged a late fee of 1.5% of the outstanding amount per each day that Photographer does not receive payment.

- For example, if Client owes Photographer $1000 due on April 1 and fails to pay by April 14th. On April 15th, Client owes Photographer $1015. On April 16th, Client owes Photographer $1030.23. On April 17th, Client owes Photographer $1045.68, and so on.

**Expenses.** Client is responsible for paying for and delivering any third party products Client wishes Photographer to utilize by **July 8, 2023.** At Photographer's discretion, Photographer will make reasonable efforts to integrate Client's suggestions.

**Intellectual Property.**

**Copyright Ownership.** Photographer owns the copyright in any and all images he/she takes pursuant to federal copyright law (Title 17, Chapter 2, §201-02, of the United States Code.) Any and all photographs produced in connection with, or in the process of fulfilling this agreement, are expressly and solely owned by Photographer to use in the reasonable course of business.

**Non-exclusive License.** Photographer grants to Client a non-exclusive, worldwide license of photographs produced with and for Client for personal use and for public use so long as Client provides Photographer with attribution each time Client uses Photographer's property publicly unless and until Photographer assigns her copyright to Client. Photographs will be deemed properly attributed to Photographer when it would be obvious to any reasonable observer, reader or viewer that **Chelsey Nelson Photography** provided the photograph for Client's use.

**Prohibited Uses of Photographs.** Some uses of Photographer's property are expressly prohibited in order to maintain the integrity and quality of Photographer's reputation and work.

- Any resale of the photographs through direct or indirect means, including, but not limited to: selling the photos as stock photography; selling or allowing use of the photos by a third party such as a corporation or advertiser.
- Any illegal assignment of Photographer's work, such as allowing third party use of a photograph online or in print without attribution.
- Any use of photographs, personally or otherwise, which does not include attribution

to **Chelsey Nelson Photography**.

- Client expressly agrees not to produce derivative works of Photographer's property, such as, but not limited to, photographs of a photograph, scans into a computer, unauthorized photo collages or other works that incorporate a substantial portion of Photographer's property in a way that distorts or denigrates the photograph's high resolution.
- Any use deemed unreasonable or defamatory, at the discretion of Photographer.
- Any retouched or further edits of photographs that materially alters the composition of the photograph, such as by applying filters, changing the colors or other means of degradation, as determined by Photographer.
- Client will not purposefully try to hide or otherwise conceal attribution to Photographer, such as by printing attribution in such small print or font that the source of the photograph is not readily apparent to the reasonable viewer.

## Appropriate Conduct

**Appropriate Conduct/ Safe Working Environment:** The Client(s) expressly agree(s) to ensure the appropriate behavior of all attendees at the wedding/event, and additionally agree(s) to undertake best efforts to ensure that all parties involved in the event, including but not limited to the Client(s), vendors, the bridal party, all guests, and any and all attendees, behave in a manner that provides the Photographer with a safe and comfortable work environment. Any threatening, hostile, inappropriate, or offensive behavior of any kind, and any other behavior that compromises the safety or well-being of the Photographer or photography equipment or constitutes a hostile work environment will not be tolerated. What constitutes such behavior is up to the sole discretion of the Photographer in accordance with the standard of a reasonably prudent person, and will be dealt with as follows: (a) after the first offense, the Photographer will verbally notify the offending person and either the Client(s) or family member of the Client(s); (b) after the second offense, the Photographer will verbally notify the Client(s), and the Client(s) will remove the offending person for the remainder of the event (c) after the third offense, the Photographer will end wedding coverage immediately and leave the event. If the Photographer leaves the event after a third offense, the Photographer shall be entitled to retain all monies paid hereunder, the Client(s) will not be entitled to any refund, and the Client(s) agree to relieve and hold Photographer harmless as a result of incomplete wedding or event photography coverage, or for a lapse in the quality of the work.

## Releases and Limit of Liability

**Exclusivity.** Client understands and agrees she has hired Photographer exclusive of any other service provider for the Services listed in this Agreement, and no other photographers, other than any assistant or third party that Photographer has hired to complete the Services, are permitted to provide the same Services, paid or unpaid, unless prior permission is granted by

HoneyBoo   F  es

Photographer. Client accepts and agrees that third party photographers, whether professional or not, may impede Photographer's access to the bridal couple and/or clients for crucial photos, and it is Client's responsibility to ensure Photographer always has the best angle and/or position as determined by the Photographer. If the Photographer feels its work is being compromised, Photographer has Client's permission to approach Client(s) to ask them to remove the obstructive party or parties. **Client initials:** ▮▮▮▮ , ▮▮▮▮

**Artistic Release.** Client has spent a satisfactory amount of time reviewing Photographer's work and has a reasonable expectation that its services will produce a similar manner and style of aesthetic for Client. Photographer will use reasonable efforts to ensure Client's services are carried out in a style and manner consistent with Photographer's current portfolio and Photographer will try to incorporate any suggestions Client makes. However, Client understands and agrees that:

- Every client and wedding is different, with different tastes, budgets, and performance needs; and
- Styling is a subjective art and Photographer is an artist with a unique vision, with an ever-evolving style and technique; and
- Photographer will use his/her personal artistic judgment to create styled areas for Client, which may not include strict adherence to Client's suggestions; and
- Dissatisfaction with Photographer's aesthetic judgment or artistic ability are not valid reasons for termination of this Agreement or request of any monies returned.
- Client is responsible for delivering any props or furniture Client wishes to have by **July 8, 2023.**

**Loss of Images.** In the rare event that any or all images are lost, such as damage to camera or equipment, stolen camera or equipment or damaged film rolls, Photographer shall refund Client the corresponding percentage of lost images. For example, if 30% of the original images taken are lost, Photographer shall refund 30% of the Total Cost.

**Maximum Damages.** Client agrees that the maximum amount of damages he or she is entitled to in any claim relating to this Agreement or Services provided in this Agreement are not to exceed the Total Cost of Services provided by Photographer.

**Indemnification.** Client agrees to indemnify and hold harmless Photographer, its related companies, parties, affiliates, agents, independent contractors, assigns, directors, employees and officers from any and all claims, causes of action, damages or other losses arising out of, or related to, the Services provided in this Agreement. Client agrees to either secure a reasonable amount of insurance coverage to pay for any claims, causes of action, damage, attorney fees or other losses as a result of accident or negligence on behalf of the Parties to this Agreement, or if no insurance is secured, Client waives its right to directly or indirectly ask or force Photographer to pay for any such damages. **Client initials:** ▮▮▮▮ , ▮▮▮▮ .

**Non-disparagement.** The Parties mutually agree not to make public defamatory statements that would materially harm the reputation or business activities of any Parties to this Agreement.

**Model Release.** Please see attached as Exhibit A.

### Cancellation, Rescheduling and No-Shows

**Cancellation, Rescheduling of Services or No-Show Client.** If Client desires to cancel Services, reschedule Services, or if it becomes impossible for Photographer to render Services due to the fault of the Client or parties related to Client, such as failure of one or more essential parties to the course to provide support or documents in a timely manner, Client shall provide notice to Photographer as soon as possible via the Notice provisions detailed in this Agreement. Upon cancellation or unreasonable delay, all outstanding fees are immediately due and payable to Photographer.

**Weather Delay.** In the event of a rain or weather delay, Client will be notified within 24 hours of any wedding that it Services may be reasonably altered to fit the circumstances of the situation at the discretion of the Photographer.

**Force Majeure.** Notwithstanding the above, either party may choose to be excused of any further performance obligations in the event of a disastrous occurrence outside the control of either party that materially affects the Services provided in this Agreement, including:

- A natural disaster (fires, explosions, earthquakes, hurricane, flooding, storms or infestation); or
- War, Invasion, Act of Foreign Enemies, Embargo, or other Hostility (whether declared or not); or
- Any hazardous situation created outside the control of either party such as a riot, disorder, nuclear leak or explosion, or act or threat of terrorism.

**Bad Faith Inducement:** Photographer is not obligated to accept all projects. In accepting Client's request for services, Photographer determined that providing its photography services for Client's wedding and surrounding events are consistent with and does not conflict with Photographer's religious and artistic beliefs and judgment and editorial discretion. However, Photographer may terminate this agreement if Photographer later determines that providing such services will effectively communicate or advance messages that conflict with Photographer's religious or artistic beliefs. If this occurs due to Client's material misrepresentation or fraudulent inducement, Photographer shall be entitled to compensation for the services as they would have been rendered.

**Failure to Perform Services.** In the event Photographer cannot or will not perform its obligations in any or all parts of this Agreement, it (or a responsible party) will:

HoneyBoo  F es

- Immediately give Notice to Client via the Notice provisions detailed in this Agreement; and
- Issue a refund or credit based on a reasonably accurate percentage of Services rendered or find a reasonable replacement to render Services; and
- Excuse Client of any further performance and/or payment obligations in this Agreement.

## General Provisions

**Governing Law.** The laws of Kentucky govern all matters arising out of or relating to this Agreement, including torts.

**Severability.** If any portion of this Agreement is deemed to be illegal or unenforceable, the remaining provisions of this Agreement remain in full force.

**Notice.** Parties shall provide effective notice ("Notice") to each other via either of the following methods of delivery at the date and time which the Notice is sent:

1. **Email**
   1. **Photographer Email:** █████████████
   2. **Client Email(s):** ████████@gmail.com
   3. ████████@yahoo.com
2. **Mail**
   1. **Photographer's Address:** █████████████ #206 Louisville, KY 40205
   2. **Client Address(es):**
      ████████████ MS ██████ ,
   3. ████████ MS, ██████

**Merger.** This Agreement constitutes the final, exclusive agreement between the parties relating to the Services contained in this Agreement. All earlier and contemporaneous negotiations and agreements between the parties on the matters contained in this Agreement are expressly merged into and superseded by this Agreement.

**Amendment.** The parties may amend this Agreement only by the parties' written consent via proper Notice.

**Dispute Resolution.** If the Parties cannot find a resolution to a dispute or potential claim by means of good-faith negotiation, then the Parties will make a reasonable attempt to resolve their dispute through Alternative Dispute Resolution or Mediation before filing a civil cause of action.

**Headings.** Headings and titles are provided in this Agreement for convenience only and will not be construed as part of this Agreement.

**Exhibit A**

Model Release

**Future Use.** Photographer may publish or submit for publication any photograph she owns that is produced in the course of fulfilling this Agreement for any reasonable and related purpose of Photographer's business, such as, but not limited to publication in:

●Photographer's own blog;

●third party blogs;

●magazines;

●publications;

●advertisements;

●stock photography sales; and

●any other reasonable commercial purpose.

**Notification of Use.** Photographer is not obligated to notify Client or anyone in photographs of Photographer's publication or other use of any image or images.

**Model Release.** Client releases her image and likeness for use in any of Photographer's images and understands these images may be used for any purpose of or relating to Photographer's business. █████ - █████

Other subjects agree and understand as signed below:

Signatures

*Chelsey Nelson*

------------------------------
Chelsey Nelson Photography, LLC

Signed: Jun 14, 2023

█████████

*Rachael*

------------------------------
Rachael █████

Signed: Jun 13, 2023

█████@gmail.com

*Casey*

------------------------------
Casey █████

Signed: Jun 13, 2023

█████@yahoo.com

CNP Supplemental MSJ 0228

HoneyBoo  F es

██████████████  |  www.chelseynelson.com  |  ██████████████ #206,
Louisville, KY 40205



# Chelsey Nelson Photography
## Chelsey Nelson Photography, LLC

| ITEMS | QTY | UNIT | PRICE | TAX | TOTAL |
|-------|-----|------|-------|-----|-------|



### 1.75 Hours of Wedding Day Coverage

I'll capture the important highlights of your wedding day while I'm there.



### High-Resolution Image Online Gallery

"High-Resolution" is a technical term that basically means the files I'm delivering to you are of such high quality that you could use the file to order large canvases of your favorite images. Have you ever seen a photo blown up that looks fuzzy and pixelated? High-resolution images avoid this problem! Instructions on how to use your Online Gallery are in the Bridal Guide Magazine. Your images are delivered within just 6 weeks of your wedding.

|  | 1 |  | $471 | ✓ | $471 |
|--|---|--|------|---|------|

| | Subtotal | $471 |
|--|----------|------|
| | Tax 6% | $28.26 |

CNP Supplemental MSJ 0230

HoneyBoo   F  es

|  | Grand Total | $499.26 |
|---|---|---|

## 📅$ PAYMENT SCHEDULE

| AMOUNT | WHEN | INVOICE # | STATUS |
|---|---|---|---|
| $499.26 | Jul 15, 2023 | ███████ | PAID |

CONTRACT

SERVICE CONTRACT

**Wedding Photography Service Agreement**

Agreement is entered into on   Jun 29, 2023   .

Wedding is scheduled for   Aug 5, 2023   .

**Parties:**

**Chelsey Nelson Photography, LLC**

Known as  "Photographer,"

And with

Abiokpoyanam ██████

████████████ Blacksburg, VA ████

████████@gmail.com

██████████

with

Damilola ███████

███████████████ Tallahassee, FL █████

█████████@gmail.com

██████████

Known as "Client"

Collectively, all of the above people or businesses entering this Agreement will be referred to as the "Parties."

**CNP Supplemental MSJ 0231**     Page 2 of 9

### *Purpose of the Agreement*

Client desires photography, photograph editing, and blogging for the purpose of their wedding. Photographer has agreed to provide such services according to the terms set forth below.

### Services, Products and Locations.

**Package.** Client chooses Photographer's **Custom Wedding Collection** photography package.

**Services.**  In this Agreement, "Services" means any and/or all of the services included in this section. Photographer shall provide Client with:

- **1.75 hours of coverage on the wedding day**
- **High-Resolution Images delivered via online gallery by September 18, 2023**

**Schedule.** Photographer shall arrive no later than **15 minutes before the start time of photography coverage** on ___Aug 5, 2023___ to provide Client with Services.  Client will provide Photographer and their assistant with a meal of the same food served to guests and a reserved place to sit, either with guests or a specific location near the reception area. Photographer will eat during the same period the Client (Bride and Groom) eats.

**Image Storage.** Digital copies of photographs produced in the course of fulfilling this Agreement will be stored until delivery of final images and/or products. After **September 18, 2023**, Client releases Photographer from any and all liability for lost or damaged files or photographs.

### Cost, Fees and Payment.

**Cost.** The total cost ("Total Cost") for all Services is **$499.26** and due in full by **July 14, 2023.**

Client shall pay the Total Cost to Photographer as follows:

**Fees.** Photographer's hourly rate is **$350** per each hour spent on Client's Services over the allotted amount of time purchased. Photographer makes reasonable efforts to retouch and edit Client's images in a tasteful and professional manner before delivery of Client's final images. If Client requests further retouching or edits after delivery of Client's final images, then Client agrees to pay Photographer for any additional changes Photographer makes at Photographer's hourly rate. If Client implicitly or explicitly requests Photographer to continue Services beyond the hours set forth in this Agreement, Photographer will invoice Client for additional time.

**Late Fees.** If Photographer does not receive payment from Client within fourteen calendar days of any payment date, then Client will be charged a late fee of 1.5% of the outstanding amount per each day that Photographer does not receive payment.

- For example, if Client owes Photographer $1000 due on April 1 and fails to pay by April

HoneyBoo   F  es

14th. On April 15th, Client owes Photographer $1015. On April 16th, Client owes Photographer $1030.23. On April 17th, Client owes Photographer $1045.68, and so on.

**Expenses.** Client is responsible for paying for and delivering any third party products Client wishes Photographer to utilize by **August 4, 2023.** At Photographer's discretion, Photographer will make reasonable efforts to integrate Client's suggestions.

**Intellectual Property.**

**Copyright Ownership.** Photographer owns the copyright in any and all images he/she takes pursuant to federal copyright law (Title 17, Chapter 2, §201-02, of the United States Code.) Any and all photographs produced in connection with, or in the process of fulfilling this agreement, are expressly and solely owned by Photographer to use in the reasonable course of business.

**Non-exclusive License.** Photographer grants to Client a non-exclusive, worldwide license of photographs produced with and for Client for personal use and for public use so long as Client provides Photographer with attribution each time Client uses Photographer's property publicly unless and until Photographer assigns her copyright to Client. Photographs will be deemed properly attributed to Photographer when it would be obvious to any reasonable observer, reader or viewer that **<u>Chelsey Nelson Photography</u>** provided the photograph for Client's use.

**Prohibited Uses of Photographs.** Some uses of Photographer's property are expressly prohibited in order to maintain the integrity and quality of Photographer's reputation and work.

- Any resale of the photographs through direct or indirect means, including, but not limited to: selling the photos as stock photography; selling or allowing use of the photos by a third party such as a corporation or advertiser.
- Any illegal assignment of Photographer's work, such as allowing third party use of a photograph online or in print without attribution.
- Any use of photographs, personally or otherwise, which does not include attribution to **<u>Chelsey Nelson Photography</u>**.
- Client expressly agrees not to produce derivative works of Photographer's property, such as, but not limited to, photographs of a photograph, scans into a computer, unauthorized photo collages or other works that incorporate a substantial portion of Photographer's property in a way that distorts or denigrates the photograph's high resolution.
- Any use deemed unreasonable or defamatory, at the discretion of Photographer.
- Any retouched or further edits of photographs that materially alters the composition of the photograph, such as by applying filters, changing the colors or other means of degradation, as determined by Photographer.
- Client will not purposefully try to hide or otherwise conceal attribution to Photographer, such as by printing attribution in such small print or font that the source of the

HoneyBoo    F  es

photograph is not readily apparent to the reasonable viewer.

# Appropriate Conduct

**Appropriate Conduct/ Safe Working Environment:** The Client(s) expressly agree(s) to ensure the appropriate behavior of all attendees at the wedding/event, and additionally agree(s) to undertake best efforts to ensure that all parties involved in the event, including but not limited to the Client(s), vendors, the bridal party, all guests, and any and all attendees, behave in a manner that provides the Photographer with a safe and comfortable work environment. Any threatening, hostile, inappropriate, or offensive behavior of any kind, and any other behavior that compromises the safety or well-being of the Photographer or photography equipment or constitutes a hostile work environment will not be tolerated. What constitutes such behavior is up to the sole discretion of the Photographer in accordance with the standard of a reasonably prudent person, and will be dealt with as follows: (a) after the first offense, the Photographer will verbally notify the offending person and either the Client(s) or family member of the Client(s); (b) after the second offense, the Photographer will verbally notify the Client(s), and the Client(s) will remove the offending person for the remainder of the event (c) after the third offense, the Photographer will end wedding coverage immediately and leave the event. If the Photographer leaves the event after a third offense, the Photographer shall be entitled to retain all monies paid hereunder, the Client(s) will not be entitled to any refund, and the Client(s) agree to relieve and hold Photographer harmless as a result of incomplete wedding or event photography coverage, or for a lapse in the quality of the work.

# Releases and Limit of Liability

**Exclusivity.** Client understands and agrees she has hired Photographer exclusive of any other service provider for the Services listed in this Agreement, and no other photographers, other than any assistant or third party that Photographer has hired to complete the Services, are permitted to provide the same Services, paid or unpaid, unless prior permission is granted by Photographer. Client accepts and agrees that third party photographers, whether professional or not, may impede Photographer's access to the bridal couple and/or clients for crucial photos, and it is Client's responsibility to ensure Photographer always has the best angle and/or position as determined by the Photographer. If the Photographer feels its work is being compromised, Photographer has Client's permission to approach Client(s) to ask them to remove the obstructive party or parties. **Client initials:** ▓▓▓▓......., ▓▓▓.......

**Artistic Release.** Client has spent a satisfactory amount of time reviewing Photographer's work and has a reasonable expectation that its services will produce a similar manner and style of aesthetic for Client. Photographer will use reasonable efforts to ensure Client's services are carried out in a style and manner consistent with Photographer's current portfolio and Photographer will try to incorporate any suggestions Client makes. However, Client

CNP Supplemental MSJ 0234

understands and agrees that:

- Every client and wedding is different, with different tastes, budgets, and performance needs; and
- Styling is a subjective art and Photographer is an artist with a unique vision, with an ever-evolving style and technique; and
- Photographer will use his/her personal artistic judgment to create styled areas for Client, which may not include strict adherence to Client's suggestions; and
- Dissatisfaction with Photographer's aesthetic judgment or artistic ability are not valid reasons for termination of this Agreement or request of any monies returned.
- Client is responsible for delivering any props or furniture Client wishes to have by **August 4, 2023.**

**Loss of Images.** In the rare event that any or all images are lost, such as damage to camera or equipment, stolen camera or equipment or damaged film rolls, Photographer shall refund Client the corresponding percentage of lost images. For example, if 30% of the original images taken are lost, Photographer shall refund 30% of the Total Cost.

**Maximum Damages.** Client agrees that the maximum amount of damages he or she is entitled to in any claim relating to this Agreement or Services provided in this Agreement are not to exceed the Total Cost of Services provided by Photographer.

**Indemnification.** Client agrees to indemnify and hold harmless Photographer, its related companies, parties, affiliates, agents, independent contractors, assigns, directors, employees and officers from any and all claims, causes of action, damages or other losses arising out of, or related to, the Services provided in this Agreement. Client agrees to either secure a reasonable amount of insurance coverage to pay for any claims, causes of action, damage, attorney fees or other losses as a result of accident or negligence on behalf of the Parties to this Agreement, or if no insurance is secured, Client waives its right to directly or indirectly ask or force Photographer to pay for any such damages. **Client initials:** ▮▮▮......., ▮▮▮........ .

**Non-disparagement.** The Parties mutually agree not to make public defamatory statements that would materially harm the reputation or business activities of any Parties to this Agreement.

**Model Release.** Please see attached as Exhibit A.

### Cancellation, Rescheduling and No-Shows

**Cancellation, Rescheduling of Services or No-Show Client.** If Client desires to cancel Services, reschedule Services, or if it becomes impossible for Photographer to render Services due to the fault of the Client or parties related to Client, such as failure of one or more essential parties to the course to provide support or documents in a timely manner, Client shall provide notice to Photographer as soon as possible via the Notice provisions

HoneyBoo   F es

detailed in this Agreement. Upon cancellation or unreasonable delay, all outstanding fees are immediately due and payable to Photographer.

**Weather Delay.** In the event of a rain or weather delay, Client will be notified within 24 hours of any wedding that it Services may be reasonably altered to fit the circumstances of the situation at the discretion of the Photographer.

**Force Majeure.** Notwithstanding the above, either party may choose to be excused of any further performance obligations in the event of a disastrous occurrence outside the control of either party that materially affects the Services provided in this Agreement, including:

- A natural disaster (fires, explosions, earthquakes, hurricane, flooding, storms or infestation); or
- War, Invasion, Act of Foreign Enemies, Embargo, or other Hostility (whether declared or not); or
- Any hazardous situation created outside the control of either party such as a riot, disorder, nuclear leak or explosion, or act or threat of terrorism.

**Bad Faith Inducement:** Photographer is not obligated to accept all projects. In accepting Client's request for services, Photographer determined that providing its photography services for Client's wedding and surrounding events are consistent with and does not conflict with Photographer's religious and artistic beliefs and judgment and editorial discretion. However, Photographer may terminate this agreement if Photographer later determines that providing such services will effectively communicate or advance messages that conflict with Photographer's religious or artistic beliefs. If this occurs due to Client's material misrepresentation or fraudulent inducement, Photographer shall be entitled to compensation for the services as they would have been rendered.

**Failure to Perform Services.** In the event Photographer cannot or will not perform its obligations in any or all parts of this Agreement, it (or a responsible party) will:

- Immediately give Notice to Client via the Notice provisions detailed in this Agreement; and
- Issue a refund or credit based on a reasonably accurate percentage of Services rendered or find a reasonable replacement to render Services; and
- Excuse Client of any further performance and/or payment obligations in this Agreement.

## General Provisions

**Governing Law.** The laws of Kentucky govern all matters arising out of or relating to this Agreement, including torts.

**Severability.** If any portion of this Agreement is deemed to be illegal or unenforceable, the

remaining provisions of this Agreement remain in full force.

**Notice.** Parties shall provide effective notice ("Notice") to each other via either of the following methods of delivery at the date and time which the Notice is sent:

1. **Email**
    1. **Photographer Email: chelsey@chelseynelson.com**
    2. **Client Email(s):** ▮▮▮▮▮▮▮▮▮▮ @gmail.com
    3. ▮▮▮▮▮▮▮▮▮ @gmail.com
2. **Mail**
    1. **Photographer's Address:** ▮▮▮▮▮▮▮▮▮ **#206 Louisville, KY 40205**
    2. **Client Address(es):**
        ▮▮▮▮▮▮▮▮▮ Blacksburg, VA ▮▮▮▮ ,
    3. ▮▮▮▮▮▮▮▮▮▮▮ Tallahassee, FL ▮▮▮▮

**Merger.** This Agreement constitutes the final, exclusive agreement between the parties relating to the Services contained in this Agreement. All earlier and contemporaneous negotiations and agreements between the parties on the matters contained in this Agreement are expressly merged into and superseded by this Agreement.

**Amendment.** The parties may amend this Agreement only by the parties' written consent via proper Notice.

**Dispute Resolution.** If the Parties cannot find a resolution to a dispute or potential claim by means of good-faith negotiation, then the Parties will make a reasonable attempt to resolve their dispute through Alternative Dispute Resolution or Mediation before filing a civil cause of action.

**Headings.** Headings and titles are provided in this Agreement for convenience only and will not be construed as part of this Agreement.

### Exhibit A
Model Release

Future Use. Photographer may publish or submit for publication any photograph she owns that is produced in the course of fulfilling this Agreement for any reasonable and related purpose of Photographer's business, such as, but not limited to publication in:
●Photographer's own blog;
●third party blogs;
●magazines;
●publications;
●advertisements;
●stock photography sales; and
●any other reasonable commercial purpose.
**Notification of Use.** Photographer is not obligated to notify Client or anyone in photographs

CNP Supplemental MSJ 0237

HoneyBoo  F  es

of Photographer's publication or other use of any image or images.

**Model Release.** Client releases her image and likeness for use in any of Photographer's images and understands these images may be used for any purpose of or relating to Photographer's business. ▇▇ · ▇▇

Other subjects agree and understand as signed below:

Signatures

---

*Chelsey Nelson*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Chelsey Nelson Photography, LLC      Signed: Jul 14, 2023

▇▇▇▇▇▇▇▇

*Abiokpoyanam*
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
Abiokpoyanam ▇▇▇▇      Signed:
                        Jun 29, 2023
▇▇▇▇@gmail.com

*Damilola*
- - - - - - - - - - - - - - - - - - - - - - - - - - - -
Damilola ▇▇      Signed:
                 Jun 29, 2023
▇▇▇▇@gmail.com

▇▇▇▇▇▇  |  www.chelseynelson.com  |  ▇▇▇▇▇▇ #206,
                                        Louisville, KY 40205

CONTRACT

SERVICE CONTRACT

### Wedding Photography Service Agreement

Agreement is entered into on  Jun 21, 2024  .

Engagement Session is scheduled for April 2024

Wedding is scheduled for  Aug 3, 2024  .

**Parties:**

**Chelsey Nelson Photography, LLC**

Known as  "Photographer,"

**CNP Supplemental MSJ 0239**

**CNP 01867**

CONFIDENTIAL

And with

Kennedy ▬▬▬▬

▬▬▬▬▬▬▬▬ Tallahassee, FL ▬▬▬▬ United States

▬▬▬▬▬▬▬▬▬@gmail.com

▬▬▬▬▬▬▬

with

Jordan ▬▬▬▬

▬▬▬▬▬▬▬▬▬ Tallahassee, FL ▬▬▬▬ USA

▬▬▬▬▬▬▬@gmail.com

▬▬▬▬▬▬

Known as "Client"

Collectively, all of the above people or businesses entering this Agreement will be referred to as the "Parties."

### Purpose of the Agreement

Client desires photography, photograph editing, and blogging for the purpose of their wedding. Photographer has agreed to provide such services according to the terms set forth below.

### Services, Products and Locations.

**Package.** Client chooses Photographer's **Custom Wedding Collection** photography package.

**Services.**  In this Agreement, "Services" means any and/or all of the services included in this section. Photographer shall provide Client with:

- **One pre-wedding consultation in person, by phone or via video call**
- **Bridal Guide Magazine**
- **Timeline Consultation**
- **One Engagement Session and online gallery**
- **5.5 hours of coverage on the wedding day**
- **Sample High-Resolution Images delivered via an online gallery the day after the wedding date**
- **Blog post highlighting the Photographer's favorite images from the engagement and wedding**
- **High-Resolution Images delivered via online gallery by September 13, 2024**

**Schedule.** Photographer shall arrive no later than <u>**15 minutes before the start time of photography coverage**</u> on   Aug 3, 2024   to provide Client with Services.  Client will provide Photographer and their assistant with a meal of the same food served to guests and a reserved place to sit, either with guests or a specific location near the reception area.  Photographer will eat during the same period the Client (Bride and Groom) eats.

**Image Storage.** Digital copies of photographs produced in the course of fulfilling this Agreement will be stored until delivery of final images and/or products. After <u>**September 13, 2024**</u>, Client releases Photographer from any and all liability for lost or damaged files or photographs.

### Cost, Fees and Payment.

**Cost.** The total cost ("Total Cost") for all Services is **$1,325.00** and due in full by Aug 3, 2024. Client shall pay the Total Cost to Photographer as follows:

CNP Supplemental MSJ 0240
CONFIDENTIAL                    CNP 01868

**Fees.** Photographer's time is valuable. Photographer bills for each hour she works as Services are allotted by the amount of time purchased. Photographer makes reasonable efforts to retouch and edit Client's images in a tasteful and professional manner before delivery of Client's final images. If Client requests further retouching or edits after delivery of Client's final images, then Client agrees to pay Photographer for any additional changes Photographer makes at Photographer's hourly rate. If Client implicitly or explicitly requests Photographer to continue Services beyond the hours set forth in this Agreement, Photographer will invoice Client for additional time.

**Late Fees.** If Photographer does not receive payment from Client within fourteen calendar days of any payment date, then Client will be charged a late fee of 1.5% of the outstanding amount per each day that Photographer does not receive payment.

- For example, if Client owes Photographer $1000 due on April 1 and fails to pay by April 14th. On April 15th, Client owes Photographer $1015. On April 16th, Client owes Photographer $1030.23. On April 17th, Client owes Photographer $1045.68, and so on.

**Expenses.** Client is responsible for paying for and delivering any third party products Client wishes Photographer to utilize by **August 2, 2024.** At Photographer's discretion, Photographer will make reasonable efforts to integrate Client's suggestions.

**Intellectual Property.**

**Copyright Ownership.** Photographer owns the copyright in any and all images he/she takes pursuant to federal copyright law (Title 17, Chapter 2, §201-02, of the United States Code.) Any and all photographs produced in connection with, or in the process of fulfilling this agreement, are expressly and solely owned by Photographer to use in the reasonable course of business.

**Non-exclusive License.** Photographer grants to Client a non-exclusive, worldwide license of photographs produced with and for Client for personal use and for public use so long as Client provides Photographer with attribution each time Client uses Photographer's property publicly unless and until Photographer assigns her copyright to Client. Photographs will be deemed properly attributed to Photographer when it would be obvious to any reasonable observer, reader or viewer that **Chelsey Nelson Photography** provided the photograph for Client's use.

**Prohibited Uses of Photographs.** Some uses of Photographer's property are expressly prohibited in order to maintain the integrity and quality of Photographer's reputation and work.

- Any resale of the photographs through direct or indirect means, including, but not limited to: selling the photos as stock photography; selling or allowing use of the photos by a third party such as a corporation or advertiser.
- Any illegal assignment of Photographer's work, such as allowing third party use of a photograph online or in print without attribution.
- Any use of photographs, personally or otherwise, which does not include attribution to **Chelsey Nelson Photography**.
- Client expressly agrees not to produce derivative works of Photographer's property, such as, but not limited to, photographs of a photograph, scans into a computer, unauthorized photo collages or other works that incorporate a substantial portion of Photographer's property in a way that distorts or denigrates the photograph's high resolution.
- Any use deemed unreasonable or defamatory, at the discretion of Photographer.
- Any retouched or further edits of photographs that materially alters the composition of the photograph, such as by applying filters, changing the colors or other means of degradation, as determined by Photographer.

CNP Supplemental MSJ 0241
CNP 01869

- Client will take no unlawful action, or otherwise communicate with, or reference to, Photographer as basis for printing attribution in such small print or font that the usage of the photograph is not readily apparent to the reasonable viewer.

## Appropriate Conduct

**Appropriate Conduct/ Safe Working Environment:** The Client(s) expressly agree(s) to ensure the appropriate behavior of all attendees at the wedding/event, and additionally agree(s) to undertake best efforts to ensure that all parties involved in the event, including but not limited to the Client(s), vendors, the bridal party, all guests, and any and all attendees, behave in a manner that provides the Photographer with a safe and comfortable work environment. Any threatening, hostile, inappropriate, or offensive behavior of any kind, and any other behavior that compromises the safety or well-being of the Photographer or photography equipment or constitutes a hostile work environment will not be tolerated. What constitutes such behavior is up to the sole discretion of the Photographer in accordance with the standard of a reasonably prudent person, and will be dealt with as follows: (a) after the first offense, the Photographer will verbally notify the offending person and either the Client(s) or family member of the Client(s); (b) after the second offense, the Photographer will verbally notify the Client(s), and the Client(s) will remove the offending person for the remainder of the event (c) after the third offense, the Photographer will end wedding coverage immediately and leave the event. If the Photographer leaves the event after a third offense, the Photographer shall be entitled to retain all monies paid hereunder, the Client(s) will not be entitled to any refund, and the Client(s) agree to relieve and hold Photographer harmless as a result of incomplete wedding or event photography coverage, or for a lapse in the quality of the work.

## Releases and Limit of Liability

**Exclusivity.** Client understands and agrees she has hired Photographer exclusive of any other service provider for the Services listed in this Agreement, and no other photographers, other than any assistant or third party that Photographer has hired to complete the Services, are permitted to provide the same Services, paid or unpaid, unless prior permission is granted by Photographer. Client accepts and agrees that third party photographers, whether professional or not, may impede Photographer's access to the bridal couple and/or clients for crucial photos, and it is Client's responsibility to ensure Photographer always has the best angle and/or position as determined by the Photographer. If the Photographer feels its work is being compromised, Photographer has Client's permission to approach Client(s) to ask them to remove the obstructive party or parties. **Client initials:** K█████ , ┘█████

**Artistic Release.** Client has spent a satisfactory amount of time reviewing Photographer's work and has a reasonable expectation that its services will produce a similar manner and style of aesthetic for Client. Photographer will use reasonable efforts to ensure Client's services are carried out in a style and manner consistent with Photographer's current portfolio and Photographer will try to incorporate any suggestions Client makes. However, Client understands and agrees that:

- Every client and wedding is different, with different tastes, budgets, and performance needs; and
- Styling is a subjective art and Photographer is an artist with a unique vision, with an ever evolving style and technique; and
- Photographer will use his/her personal artistic judgment to create styled areas for Client, which may not include strict adherence to Client's suggestions; and
- Dissatisfaction with Photographer's aesthetic judgment or artistic ability are not valid reasons for termination of this Agreement or request of any monies returned.
- Client is responsible for delivering any props or furniture Client wishes to have by **August 2, 2024.**

CNP Supplemental MSJ 0242
CONFIDENTIAL    CNP 01870

**Loss of Images.** In the event of a loss of Client's images due to technical errors or equipment failure, a stolen camera or equipment or damaged film rolls, Photographer shall refund Client the corresponding percentage of lost images. For example, if 30% of the original images taken are lost, Photographer shall refund 30% of the Total Cost.

**Maximum Damages.** Client agrees that the maximum amount of damages he or she is entitled to in any claim relating to this Agreement or Services provided in this Agreement are not to exceed the Total Cost of Services provided by Photographer.

**Indemnification.** Client agrees to indemnify and hold harmless Photographer, its related companies, parties, affiliates, agents, independent contractors, assigns, directors, employees and officers from any and all claims, causes of action, damages or other losses arising out of, or related to, the Services provided in this Agreement. Client agrees to either secure a reasonable amount of insurance coverage to pay for any claims, causes of action, damage, attorney fees or other losses as a result of accident or negligence on behalf of the Parties to this Agreement, or if no insurance is secured, Client waives its right to directly or indirectly ask or force Photographer to pay for any such damages. **Client initials:** K█████ , _█████ .

**Non-disparagement.** The Parties mutually agree not to make public defamatory statements that would materially harm the reputation or business activities of any Parties to this Agreement.

**Model Release.** Please see attached as Exhibit A.

## Cancellation, Rescheduling and No-Shows

**Cancellation, Rescheduling of Services or No-Show Client.** If Client desires to cancel Services, reschedule Services, or if it becomes impossible for Photographer to render Services due to the fault of the Client or parties related to Client, such as failure of one or more essential parties to the course to provide support or documents in a timely manner, Client shall provide notice to Photographer as soon as possible via the Notice provisions detailed in this Agreement. Upon cancellation or unreasonable delay, all outstanding fees are immediately due and payable to Photographer.

**Weather Delay.** In the event of a rain or weather delay, Client will be notified within 24 hours of any wedding that it Services may be reasonably altered to fit the circumstances of the situation at the discretion of the Photographer.

**Force Majeure.** Notwithstanding the above, either party may choose to be excused of any further performance obligations in the event of a disastrous occurrence outside the control of either party that materially affects the Services provided in this Agreement, including:

- A natural disaster (fires, explosions, earthquakes, hurricane, flooding, storms or infestation); or
- War, Invasion, Act of Foreign Enemies, Embargo, or other Hostility (whether declared or not); or
- Any hazardous situation created outside the control of either party such as a riot, disorder, nuclear leak or explosion, or act or threat of terrorism.

**Bad Faith Inducement:** Photographer is not obligated to accept all projects. In accepting Client's request for services, Photographer determined that providing its photography services for Client's wedding and surrounding events are consistent with and does not conflict with Photographer's religious and artistic beliefs and judgment and editorial discretion. However, Photographer may terminate this agreement if Photographer later determines that providing such services will effectively communicate or advance messages that conflict with Photographer's religious or artistic beliefs. If this occurs due to Client's material misrepresentation or fraudulent inducement, Photographer shall be entitled to compensation for the services as they would have been rendered.

CNP Supplemental MSJ 0243

CONFIDENTIAL                    CNP 01871

**Failure to Perform.** If Photographer cannot or will not perform its obligations in any or all parts of this Agreement, it (or a responsible party) will:

- Immediately give Notice to Client via the Notice provisions detailed in this Agreement; and
- Issue a refund or credit based on a reasonably accurate percentage of Services rendered or find a reasonable replacement to render Services; and
- Excuse Client of any further performance and/or payment obligations in this Agreement.

## General Provisions

**Governing Law.** The laws of Kentucky govern all matters arising out of or relating to this Agreement, including torts.

**Severability.** If any portion of this Agreement is deemed to be illegal or unenforceable, the remaining provisions of this Agreement remain in full force.

**Notice.** Parties shall provide effective notice ("Notice") to each other via either of the following methods of delivery at the date and time which the Notice is sent:

1. **Email**
   1. **Photographer Email: chelsey@chelseynelson.com**
   2. **Client Email(s):** ███████████@gmail.com
   3. ███████████@gmail.com
2. **Mail**
   1. **Photographer's Address: 3044 Bardstown Road #206 Louisville, KY 40205**
   2. **Client Address(es):** ████████████ Tallahassee, FL ██████ United States ,
   3. ████████████ Tallahassee, FL ██████ USA

**Merger.** This Agreement constitutes the final, exclusive agreement between the parties relating to the Services contained in this Agreement. All earlier and contemporaneous negotiations and agreements between the parties on the matters contained in this Agreement are expressly merged into and superseded by this Agreement.

**Amendment.** The parties may amend this Agreement only by the parties' written consent via proper Notice.

**Dispute Resolution.** If the Parties cannot find a resolution to a dispute or potential claim by means of good-faith negotiation, then the Parties will make a reasonable attempt to resolve their dispute through Alternative Dispute Resolution or Mediation before filing a civil cause of action.

**Headings.** Headings and titles are provided in this Agreement for convenience only and will not be construed as part of this Agreement.

### Exhibit A
Model Release

Future Use. Photographer may publish or submit for publication any photograph she owns that is produced in the course of fulfilling this Agreement for any reasonable and related purpose of Photographer's business, such as, but not limited to publication in:

- Photographer's own blog;
- third party blogs;
- magazines;
- publications;
- advertisements;
- stock photography sales; and
- any other reasonable commercial purpose.

CNP Supplemental MSJ 0244
CONFIDENTIAL                    CNP 01872

**Notification of Use.** Client is entitled to _____ prints of someone of

**Photographer's** publication or other use of any image or _____

**Model Release.** Client releases her image and likeness for use in any of Photographer's images and understands these images may be used for any purpose of or relating to Photographer's business.

K█████  .  J█████

Other subjects agree and understand as signed below:

Signatures

Chelsey Nelson Photography, LLC

████████████.com

*Kennedy* █████████

Kennedy █████            **Signed:**
                          **Jun 22, 2024**

████████@gmail.com

Jordan █████

████████@gmail.com

████████████.com | www.chelseynelson.com | 3044 Bardstown Road #206, Louisville, KY 40205

**CNP Supplemental MSJ 0245**

**CONFIDENTIAL**            **CNP 01873**



# ☰ OL return for 31-Dec-2023

Welcome, Chelsey Nelson    ⚙ Settings    🔒 Log Off

🏠 Home  ›  OL return for 31-Dec-2023

## 📑 Submission

NELSON, CHELSEY
1012-711830

OL Net Profit Tax
101271-1831

31-Dec-2023

> Submission
**OL - Net Profits Return v20**

## ℹ Status

✔ **Processed**

Confirmation #0-000-810-458

Submitted 14-Oct-2024 15:59:01

Processed 14-Oct-2024 15:59:34

## 📄 I Want To

View Submission

024 City of Louisville, Kentucky. All rights reserved.



CONFIDENTIAL

**CNP Supplemental MSJ 0246**

CNP 01706

LOUISVILLE METRO REVENUE COM

**Louisville Metro Revenue Commission**
617 W. Jefferson Street
Louisville, KY 40202

502-574-4860
Monday - Friday, 8am - 5pm
www.metrorevenue.org

MRS. CHELSEY NELSON
3044 BARDSTOWN RD # 206
LOUISVILLE KY  40205-3020

| Taxpayer ID | 1012-711830 |
|---|---|
| Notice ID | L0002051634 |
| Notice Date | October 15, 2024 |

**Notice of Payment Plan Completion**

Dear Taxpayer,

Thank you for making the final payment towards your payment plan agreement. Your payment plan agreement with the Louisville Metro Revenue Commission is considered satisfied for those tax periods included in the plan. Please keep this notice for your records.

For additional information or questions, please visit eMINTS online (emints.metrorevenue.org) or contact us at 502-574-4860.

Sincerely,

Louisville Metro Revenue Commission

Enforcement Division

CNP Supplemental MSJ 0247
CNP 01852

Nos. 22-5884 / 22-5912

UNITED STATES COURT OF APPEALS FOR THE SIXTH CIRCUIT
—————————————————————————

CHELSEY NELSON PHOTOGRAPHY LLC, ET AL.,

*Plaintiffs-Appellees and Cross-Appellants*

v.

LOUISVILLE-JEFFERSON COUNTY, KY METRO GOVERNMENT, ET AL.

*Defendants-Appellants and Cross-Appellees*
—————————————————————————

On Appeal from the United States District Court
for the Western District of Kentucky
Case No. 3:19-cv-00851
—————————————————————————

**FIRST BRIEF OF APPELLANTS / CROSS-APPELLEES**
**LOUISVILLE-JEFFERSON COUNTY, KY METRO GOVERNMENT, ET AL.**
—————————————————————————

John F. Carroll, Jr.
ASST. JEFFERSON COUNTY ATTORNEY
MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY
200 South 5th St., Suite 300N
Louisville, KY 40202
(502) 574-6321
john.carroll2@louisvilleky.gov

Casey L. Hinkle
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
(502) 416-1636
chinkle@kaplanjohnsonlaw.com

CNP Supplemental MSJ 0288

# TABLE OF CONTENTS

TABLE OF CONTENTS..................................................................................i

TABLE OF AUTHORITIES ....................................................................... iii

STATEMENT IN SUPPORT OF ORAL ARGUMENT ...........................1

STATEMENT OF JURISDICTION...........................................................1

STATEMENT OF ISSUES ........................................................................1

STATEMENT OF THE CASE....................................................................2

   I.    Louisville's Prohibition of Discrimination Based on Sexual Orientation.......4

   II.   Nelson's Attempt to Manufacture Standing ...................................7

   III.   Procedural History ........................................................................10

SUMMARY OF THE ARGUMENT ....................................................11

ARGUMENT ..............................................................................................13

   I.    The District Court Erred in Deciding that Nelson Has Standing to Pursue Her Claims ...........................................................................13

   II.   The District Court Erred in Deciding that Nelson's Claims Are Ripe..........21

   III.   The District Court Erred in Deciding that Enforcement of the Ordinance Violates Nelson's First Amendment Right to Free Speech..........................23

        A.  The Ordinance Regulates Nelson's Conduct, Not the Content of Her Speech............................................................................................23

        B.  The Ordinance Is Not Content- or Viewpoint- Based........................27

        C.  Any Burden on Expression Is Incidental to the Ordinance's Regulation of the Conduct of Providing Goods and Services ...........31

        D.  The Ordinance Satisfies Any Level of Scrutiny .................................34

        E.  The Free Speech Clause Does Not Protect a Public Accommodation's Right to Publish Its Unlawful Policy of Discrimination ....................40

i

CNP Supplemental MSJ 0289

IV.    The District Court Erred in Deciding that Enforcement of the Ordinance
Violates Nelson's Rights Under KRFRA .......................................................41

V.    The District Court Erred in Granting Nelson's Motion to Exclude Expert
Testimony from Prof. Barak-Corren .........................................................44

       A. Prof. Barak-Corren's Opinion is Sufficiently Reliable ......................45

       B. Prof. Barak-Corren's Opinion is Relevant ..........................................51

CONCLUSION ........................................................................................................53

CERTIFICATE OF COMPLIANCE .....................................................................54

CERTIFICATE OF SERVICE ..............................................................................54

ADDENDUM ..........................................................................................................55

CNP Supplemental MSJ 0290

message, the Ordinance instead requires businesses to offer their goods and services for sale on an equal basis.

The District Court's strained analogy to *Miami Herald Pub. Co. v. Tornillo*, 418 U.S. 241 (1974) cannot withstand scrutiny. In *Tornillo*, a right-of-reply statute required newspapers that published articles attacking the character of a political candidate to afford the candidate free space for a written reply. The state regulation favored opposing speech in a content-based way: The right of reply was triggered by certain content (editorials critical of political candidates), and the regulation imposed a content-based penalty (replies to the criticism). Here, the Ordinance has merely told all Louisville businesses open to the public that whatever goods and services they offer to heterosexual couples they must also offer to lesbian and gay customers and vice versa. The obligation to serve customers equally is determined by the identity of the customer, not the content of the product. Any effect on speech is entirely incidental.

### D. The Ordinance Satisfies Any Level of Scrutiny.

The District Court erred in applying strict scrutiny[4] to the Ordinance, but it also erred in holding that the Ordinance does not satisfy strict scrutiny analysis.

---

[4] The District Court correctly concluded that the Ordinance would survive rational-basis review, given its widely accepted nondiscrimination goals. RE 130, PageID # 5391.

CNP Supplemental MSJ 0291

All agree that Louisville Metro's interest is compelling. "Historical discrimination against homosexual persons is readily apparent and cannot reasonably be disputed." *Love v. Beshear*, 989 F. Supp. 2d 536, 545 (W.D. Ky. 2014). The Supreme Court has repeatedly held that the government has a compelling interest in "eliminating discrimination and assuring its citizens equal access to publicly available goods and services." *See, e.g., Roberts*, 468 U.S. at 624; *see also id.* at 628 (discrimination "cause[s] unique evils that government has a compelling interest to prevent"). No court considering the issue has concluded otherwise.

Public accommodations laws "are well within the State's usual power to enact when a legislature has reason to believe that a given group is the target of discrimination, and they do not, as a general matter, violate the First or Fourteenth Amendments." *Hurley*, 515 U.S. at 572. In *Masterpiece Cakeshop*, the U.S. Supreme Court affirmed that such laws are a "valid exercise of state power," and that it is "unexceptional" that the "law can protect gay persons, just as it can protect other classes of individuals, in acquiring whatever products and services they choose on the same terms and conditions as are offered to other members of the public." 138 S. Ct. at 1724, 1728.

The Ordinance does not target speech, but rather regulates commercial conduct: the discriminatory sale of products by a business open to the public. The Ordinance allows businesses to choose whatever products and services they want to

CNP Supplemental MSJ 0292

offer, and merely requires that a business not deny those goods or services based on a customer's protected characteristic. The Ordinance is therefore tailored to avoid any burden on expressive conduct that does not precisely correspond to the business's refusal to provide equal access.

The District Court pointed to exemptions in other parts of Louisville Metro's antidiscrimination law for small housing rentals and religious organizations to conclude that the challenged Ordinance is both over- and under-inclusive. On the one hand, the District Court lauded these exemptions as an example of the type of exemption that could be provided to Nelson's photography business, while on the other hand criticizing the exemptions as rendering the Ordinance fatally underinclusive. RE 130, PageID # 5379-5383. The provisions of the Ordinance challenged by Nelson contain no exemptions. *See* Louisville Metro Ordinance § 92.05(A) & (B). Louisville Metro's policy choices relating to laws prohibiting other types of discrimination are not relevant to the analysis of Nelson's claims.

Uniform enforcement of the Accommodations Provision is the least restrictive means for furthering Metro's interest in ensuring equal access to goods and services, because every single instance of discrimination in public accommodations renders access unequal, inflicts humiliation, and creates stigma. *See Heckler v. Mathews*, 465 U.S. 728, 739-40 (1984) ("[D]iscrimination itself, . . . by stigmatizing members of the disfavored group[,] . . . can cause serious non-economic injuries to those

CNP Supplemental MSJ 0293

persons who are personally denied equal treatment solely because of their membership in a disfavored group."); *Daniel v. Paul*, 395 U.S. 298, 307-08 (1969) (describing "the daily affront and humiliation involved in discriminatory denials of access to facilities ostensibly open to the general public" (internal quotation marks omitted)). As the Supreme Court recognized, prohibiting exclusion on the basis of protected classifications "responds precisely to the substantive problem" that anti-discrimination laws seek to address—the denial of equal access to public accommodations—and thus burdens First Amendment rights no more "than is necessary to accomplish that purpose." *Roberts*, 468 U.S. at 629.

The District Court suggested that there would be no problem with providing an exemption to the Ordinance for expressive businesses. But such an exemption would be unworkable, as it is difficult to define what constitutes an "expressive" business. Is a business who makes wedding dresses expressive? What about the company who makes the ring? *See* Excerpts from Transcript of Preliminary Injunction Hearing (Aug. 7, 2020), RE 97-10, PageID # 4019-4023 (dialogue between Hon. Justin Walker and counsel for Nelson, which demonstrates how difficult it would be for Courts, not to mention civil servants tasked with enforcing antidiscrimination laws, to determine whether a business is "expressive"). Application of this type of exemption would invite constitutional challenge to perceived discretionary exemptions and replace the Ordinance's guarantee of equal

CNP Supplemental MSJ 0294

treatment with uncertain lines vulnerable to subjective preferences. *See Tandon v. Newsom*, 141 S. Ct. 1294, 1298 (2021).

The District Court also suggested that Louisville Metro could exempt from the Ordinance all businesses relating to weddings or marriage. *See* RE 130, PageID # 5380-5381 (citing approvingly Miss. Code. Ann. § 11-62-5(5)). But the only court to evaluate the constitutionality of that statute concluded that it violates the establishment clause. *See Barber v. Bryant*, 193 F. Supp. 3d 677, 688 (S.D. Miss. 2016) ("the State has put its thumb on the scale to favor some religious beliefs over others"), rev'd, 860 F.3d 345 (5th Cir. 2017) (due to lack of standing).

Nelson does not need an exemption because she has never been and likely never will be asked to provide services for a same sex wedding. But another reason to deny Nelson an exemption from Metro's antidiscrimination law is that such an exemption could lead to an increase in real-world discrimination that would harm same-sex couples in Louisville Metro. Professor Netta Barak-Corren, an accomplished legal scholar and cognitive scientist focused on empirical and behavioral analysis of constitutional and public law, conducted a field experiment during the pendency of the U.S. Supreme Court's decision in *Masterpiece Cakeshop,* which was designed to measure the impact of the Court's decision on wedding vendors' willingness to provide services to same-sex couples (the "*Masterpiece* experiment"). Professor Barak-Corren's Expert Report, RE 97-11, at PageID # 4029.

38

CNP Supplemental MSJ 0295

As explained below, the District Court erred when it granted Nelson's motion to exclude Prof. Barak-Corren's expert opinion.

Professor Barak-Corren found that the *Masterpiece* ruling, which was decided in favor of a baker that refused to create a wedding cake for a same-sex couple, significantly reduced the agreement to serve same-sex couples as compared with opposite-sex couples, even among previously willing vendors. *Id.* at PageID # 4030. The *Masterpiece* effect was equally strong in urban areas, which are often assumed to be particularly inclusive of same-sex couples, and did not vary with the political conservativeness of the county. *Id.* However, the effect varies with the religiosity of the environment, such that businesses in areas dense with religious congregations, and particularly Evangelical congregations, like Louisville, Kentucky, were more likely to change their behavior to same-sex couples post-*Masterpiece*. *Id.* Professor Barak-Corren's expert opinion suggests that exempting even one religious objector can embolden even previously willing vendors to refuse services to same-sex couples, which supports Louisville Metro's unwillingness to grant Nelson an exemption to the Ordinance.

By regulating only businesses open to the public, where those businesses are free to choose what goods or services to sell, the Ordinance interferes with Nelson's expression as little as possible while advancing Louisville Metro's interest in equal

CNP Supplemental MSJ 0296

access. The Ordinance is therefore constitutional as applied to Nelson. *See Roberts*,

468 U.S. at 628.

### E. The Free Speech Clause Does Not Protect a Public Accommodation's Right to Publish Its Unlawful Policy of Discrimination.

The Ordinance does not prohibit Nelson from advertising her religious beliefs;

only that portion of Nelson's marketing statement which states "I don't photograph

same-sex weddings" violates the Publication Provision. Just as there is no

constitutional right to discriminate, there is no concomitant right to advertise an

illegal policy of discrimination. The U.S. Supreme Court has explicitly disapproved

of businesses posting signs saying "no goods or services will be sold if they will be

used for gay marriages," as such signs would "impose a serious stigma on gay

persons." *Masterpiece Cakeshop*, 138 S. Ct. at 1728-29. In *FAIR*, the Court

explained that the government "can prohibit employers from discriminating in hiring

on the basis of race. The fact that this will require an employer to take down a sign

reading 'White Applicants Only' hardly means that the law should be analyzed as

one regulating the employer's speech rather than conduct." 547 U.S. at 62. Were it

otherwise, longstanding bans on discriminatory advertisements in employment,

housing, and public accommodations throughout the country would have to be struck

down on free speech grounds. *See, e.g.*, 42 U.S.C. § 3604(c).

CNP Supplemental MSJ 0297

that even an individual exemption can have a significant and robust impact on a market and its customers.

## CONCLUSION

For the foregoing reasons, this Court should reverse the District Court's grant of summary of judgment to Chelsey Nelson, vacate the injunction entered by the District Court, and remand the case to District Court with a direction to enter judgment in favor of Louisville Metro, dismissing Chelsey Nelson's claims with prejudice.

Respectfully submitted,

/s/ Casey L. Hinkle

Casey L. Hinkle
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
(502)-416-1636
chinkle@kaplanjohnsonlaw.com

John F. Carroll, Jr.
ASSISTANT JEFFERSON COUNTY ATTORNEY
MICHAEL J. O'CONNELL
JEFFERSON COUNTY ATTORNEY
200 South 5th Street, Suite 300N
Louisville, KY 40202
(502) 574-6321
john.carroll2@louisvilleky.gov

*Counsel for Defendants-Appellants*
*and Cross-Appellees*

53

CNP Supplemental MSJ 0298

Nos. 22-5884, 22-5912

---

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

CHELSEY NELSON PHOTOGRAPHY, LLC; CHELSEY NELSON,

*Plaintiffs-Appellees/Cross-Appellants,*

v.

LOUISVILLE-JEFFERSON COUNTY, KY METRO GOVERNMENT, ET AL.,

*Defendants-Appellants/Cross-Appellees.*

---

On Appeal from the United States District Court
for the Western District of Kentucky, Louisville Division
Case No. 3:19-cv-00851

---

## CHELSEY NELSON PHOTOGRAPHY, LLC'S AND CHELSEY
## NELSON'S REPLY (FOURTH) BRIEF

---

Jonathan A. Scruggs
Bryan D. Neihart
ALLIANCE DEFENDING FREEDOM
15100 N. 90th Street
Scottsdale, AZ 85260
(480) 444-0020
jscruggs@ADFlegal.org
bneihart@ADFlegal.org

John J. Bursch
ALLIANCE DEFENDING FREEDOM
440 First Street NW, Suite 600
Washington, DC 20001
(616) 450-4235
jbursch@ADFlegal.org

*Attorneys for Plaintiffs-Appellees/Cross-Appellants*

**CNP Supplemental MSJ 0299**

This Court should facially enjoin the Unwelcome Clause, consider Nelson's supplemental records, and order the district court to award Nelson nominal damages and determine her compensatory damages. The district court's order and judgment should otherwise be affirmed.

## SUMMARY OF THE ARGUMENT

Louisville's Unwelcome Clause is overbroad, vague, and gives officials unbridled enforcement discretion. *Infra* § I. Louisville already applied that clause to silence political speech *for the very reason* that the speech may have ruffled feathers. Now before this Court, Louisville tries to take a different tack. But its alternative approach fares no better. Under its current interpretation, the Unwelcome Clause acts like a statutory eclipse—covering exactly what the Denial Clause already prohibits. This new interpretation makes part of Louisville's law redundant and reveals that the Unwelcome Clause is so vague that it befuddles Louisville's own attorneys.

In reaching that conclusion and others here, this Court should consider Nelson's supplemental evidence. *Infra* § II. Those records help explain the Unwelcome Clause's deficiencies and also provide more undisputed facts that support Nelson's standing and her free-speech and Kentucky Religious Freedom Restoration Act claims. The district court never said these records were inadmissible, and this Court applies de novo review to evidentiary mootness questions. Applying that type of

2

CNP Supplemental MSJ 0300

review is appropriate here for many reasons, including that courts independently examine the record in First Amendment cases. *See Hurley v. Irish-Am. Gay, Lesbian & Bisexual Grp. of Bos.*, 515 U.S. 557, 567 (1995).

Finally, Nelson suffered an injury-in-fact when she chilled her speech to avoid being prosecuted under Louisville's law. *Infra* § III. That chill was objectively reasonable given the credible threat two district court judges found. That chill caused Nelson a constitutional injury—silenced speech—and entitles her to at least nominal damages. And Nelson pled compensatory damages and should be allowed to pursue those as well.[1]

---

[1] After Louisville filed its Third Brief, Nelson moved outside Kentucky because her husband found a new job. But that does not affect this Court's jurisdiction. This appeal seeks damages for past injuries. And Nelson's claims for injunctive relief remain live because her business remains open and operating in Louisville, she still receives requests to photograph weddings in Louisville, she just hired a digital marketing assistant who lives and works for her in Louisville to attract more clients there, she still markets her photography in Louisville, and she intends to return to Louisville when hired to provide her wedding celebration services there. Louisville meanwhile interprets its law to cover businesses who "serve their customers by … internet" and to "commercial photography business[es] that provide[ ] services to the public and advertise on the internet." Defs.' MPI Resp., R.15–1, PageID#773. And Louisville admitted that Nelson's desired statements—which she still displays in Louisville—violate the law. Nelson.Br.22. The other reasons that Nelson faces a credible threat remain applicable too. Nelson.Br.19–35. So Nelson needs the permanent injunction to operate her business in Louisville.

**CNP Supplemental MSJ 0301**

TRANSCRIPTION FROM AUDIO

1A PODCAST

INTERVIEW WITH LOUISVILLE MAYOR CRAIG GREENBERG

PODCAST DATE: JULY 13, 2023

Transcribed by:  STEVEN TAYLOR



TAYLOR COURT REPORTING KENTUCKY
2901 SIX MILE LANE
LOUISVILLE, KENTUCKY 40220

CNP Supplemental MSJ 0302

```
1
2                        INTRODUCTION
3
4               MS. WHITE:  More than 20 states
5       across the country have public accommodation
6       laws.  These laws prevent businesses from
7       discriminating against customers based on race,
8       gender, religion, or sexual orientation.  But a
9       recent Supreme Court decision could put these
10      protections at risk.
11                   (BEGINNING OF AUDIO CLIP)
12              MS. SMITH:  I create speech for a
13      living.  When speech is involved, speech should
14      be protected.  This protects not just me, the
15      LGBT website designer, the Jewish calligrapher,
16      the Democrat speechwriter, the pro-life
17      photographer.  We all benefit from the Court's
18      ruling yesterday.
19                       (END OF AUDIO CLIP)
20              MS. WHITE:  That was Lorie Smith.
21      She's the plaintiff in 303 Creative v. Elenis.
22      She worried that Colorado's anti-discrimination
23      law would force her to design a web page for a
24      same-sex couple's wedding, if asked.
25                   Last month, the Court ruled 6 to 3
```

CNP Supplemental MSJ 0303

1    in Smith's favor.  The majority decided it would

2    be unconstitutional under the First Amendment,

3    for her to have to create a message she opposes.

4                What counts as expressive or

5    creative speech under the First Amendment?  What

6    does this decision mean for anti-discrimination

7    laws across the country?

8                Louisville, Kentucky might be about

9    to find out.  The city passed a Fairness

10   Ordinance protecting LGBTQ people in 1999.  The

11   mayor promised to defend the law after a wedding

12   photographer sued, saying it violates her first

13   amendment rights.  After the break, we head to

14   Kentucky and hear from Louisville's mayor.

15               I'm Jenn White.  You're listening

16   to the 1A Podcast, where we get to the heart of

17   the story.  This conversation is part of our

18   Remaking America collaboration.  Remaking

19   America looks at how our democracy is and isn't

20   working for all of us.

21               We'll be back with more after the

22   break.

23

24                       *      *      *

25

CNP Supplemental MSJ 0304

4

```
 1
 2                      INTERVIEW
 3
 4            MS. WHITE:  Let's get into it.
 5   Joining us from Louisville is Mayor Craig
 6   Greenberg.  He's a Democrat who took office in
 7   January this year.
 8                Mayor Greenberg, welcome to 1A.
 9                MAYOR GREENBERG:  Great to be with
10   you today.
11                MS. WHITE:  So explain exactly what
12   Louisville's Fairness Ordinance does.
13                MAYOR GREENBERG: Sure.  Well, as
14   you just mentioned, since 1999, we have had a
15   Fairness Ordinance in Louisville that provides
16   protection for -- for employment protections.
17   It was later expanded to public accommodations,
18   including goods and services, and also housing.
19                And so it is something that we are
20   very proud to have here in Louisville.  It's
21   been expanded to other cities in Kentucky as
22   well.  And I am proud to continue defending the
23   Fairness Ordinance so that we have a city where
24   every member of our diverse city is treated with
25   the respect and dignity they deserve, and offers
```

CNP Supplemental MSJ 0305

```
 1    the same rights and protections to everyone.
 2                  MS. WHITE:  What was your reaction
 3    to this recent Supreme Court decision?
 4                  MAYOR GREENBERG:  I was very
 5    disappointed.  And unfortunately, I was not
 6    particularly surprised, but I was very
 7    disappointed.
 8                  You know, what I thought about
 9    originally is that the arguments that we've been
10    hearing about the Fairness Ordinance or other
11    similar laws around the country, the arguments
12    against them and against treating all citizens
13    with respect are not new.  These are tired and
14    old arguments from a past that most of us are
15    very happy to leave behind.
16                  But I was unfortun- -- very
17    disappointed to see the Supreme Court did not
18    agree with this, and that, in my opinion, they
19    are moving us backwards as a city, as a state,
20    as a country.
21                  And so I think it's important that
22    cities like Louisville continue to defend our
23    fairness ordinances and other statute, to be an
24    inclusive city where everyone is welcome and
25    everyone has -- is protected.
```

CNP Supplemental MSJ 0306

1          MS. WHITE:  But what does this

2     decision mean for your ability to enforce your

3     Fairness Ordinance in Louisville?

4          MAYOR GREENBERG:  Well, that's --

5     that's a really good question.  There is not

6     clarity on that right now.  And so we actually

7     have another case that has not the same set of

8     facts, but that is currently pending through the

9     judicial system right now.

10          And we are going to continue to

11     pursue that case because we want clarity.  We

12     want clarity on what, in Louisville, we are

13     prohibited from doing under the Supreme Court's

14     ruling, and where we can still continue to

15     enforce the Fairness Ordinance.

16          And so we do not believe that the

17     Supreme Court is giving businesses a license to

18     discriminate, and so we're going to continue to

19     defend our Fairness Ordinance.

20          MS. WHITE:  You're referring to the

21     case around Chelsey Nelson.  She's a Louisville

22     wedding photographer who argued the city could

23     not force her to provide services for a same sex

24     wedding.  And she was represented by the

25     Alliance Defending Freedom.  That's a

CNP Supplemental MSJ 0307

```
 1    conservative group.
 2                    Last year, a federal district judge
 3    in Kentucky ruled in her favor.  Louisville
 4    appealed the district judge's ruling, then the
 5    Kentucky Attorney General, Daniel Cameron, sent
 6    you a letter last week asking you to drop that
 7    appeal.
 8                    Cameron wrote, quote, I call on you
 9    to change course and to uphold the bedrock of
10    our democracy, the right of every American,
11    every Kentuckian, every Louisvillian, to speak
12    according to his or her conscience, end quote.
13                    And that case is scheduled to be
14    argued before the Sixth Circuit Court of Appeals
15    on July 28th.
16                    As you said, you will fight this in
17    court.  Why?
18                    MAYOR GREENBERG:  Because I think
19    it's the right thing to do.  I mean, what you
20    just read, that letter from the Attorney
21    General, that sounded like arguments from the
22    1950s or even earlier.  Those are just outdated
23    views on what cities like Louisville, what our
24    country should be about.
25                    We are -- we are a country that
```

CNP Supplemental MSJ 0308

8

```
 1   respects everyone, regardless of their sexual
 2   orientation or gender identity, and we want to
 3   be very clear to our citizens and the country
 4   that we are going to continue to defend this,
 5   and we will continue to fight.
 6               And -- and we're just seeking
 7   clarity as well.  I mean, there is a lot of
 8   confusion on -- after this case.  To get clarity
 9   on what expressive conduct means.
10               For example, Subway, one of the
11   nation's largest restaurants in the country,
12   they -- they call all of their folks that work
13   and serve us sandwiches every day, sandwich
14   artists.
15               Does that mean that -- does this
16   case now mean that Subway can refuse to sell
17   sandwiches to certain people because their
18   employees are sandwich artists?  I mean, what
19   does that mean?
20               And the way that you can take this
21   ruling into really, really bad territories, we
22   want to try to try to put a stop to and provide
23   clarity for the rest of the country.
24               MS. WHITE:  I want to return to
25   that Supreme Court case.  Lorie Smith, the
```

CNP Supplemental MSJ 0309

1    plaintiff in 303 Creative v. Elenis, was again,

2    represented -- represented by the Alliance

3    Defending Freedom.

4                    And after that Supreme Court

5    decision, they shared a statement, writing,

6    quote, The Supreme Court made clear that the

7    government can't force Smith to create speech

8    that violates her beliefs, just as it cannot

9    force a pro-abortion filmmaker to make a

10   documentary supporting the pro-life movement, a

11   lesbian artist to draw illustrations for a

12   Christian book on marriage, or a Democrat

13   publicist to pen Republican talking points, end

14   quote.

15                   What do you think the limits of

16   free expression should be?

17                   MAYOR GREENBERG:  Well, I -- I

18   think the -- the hypotheticals that you just

19   cited are very different than providing services

20   or goods to individuals.  Certainly, if somebody

21   is a true artist, you know, they're -- they're

22   deciding what the content is.

23                   But here we're talking about

24   providing a good or a service to another

25   individual.  That is very different from writing

CNP Supplemental MSJ 0310

1    a book or drawing a painting or writing a

2    speech.  Those are very different things.  We

3    all know this.  I mean, this is just

4    gamesmanship.

5              This is an effort for people to

6    have the Supreme Court authorize their

7    discrimination, and I think our country is tired

8    of these games.

9              MS. WHITE:  Do you fear any legal

10   repercussions from implementing this ordinance

11   in light of the Supreme Court's decision?

12             MAYOR GREENBERG:  No.  I mean, we

13   have certainly very good lawyers in our city

14   government to make sure what we are doing is

15   constitutional and appropriate.

16             And that's also part of the reason

17   why we continue to defend our law and continue

18   to see this case that is pending in the Sixth

19   Circus right -- the Sixth Circuit right now

20   through completion, because we want to make sure

21   what we're doing is lawful.

22             We are going to continue to

23   advocate our position, but at the same time, we

24   also respect the rule of law.  And so we are

25   doing both of those things with our current

```
 1    approach.

 2                    MS. WHITE:  So again, the -- the

 3    case that originated in Louisville is scheduled

 4    to be argued betw- -- before the Sixth Circuit

 5    Court of Appeals on July 28th.  What will you be

 6    doing between now and then?

 7                    MAYOR GREENBERG:  Well, our

 8    responses are all due on July 13th, I believe.

 9    And so, you know, we are -- we are preparing

10    those.

11                    And we are going to be very clear

12    to the Court about why this case is different

13    from the Supreme Court's case and the Supreme

14    Court ruling that -- that just came down, and

15    continue to advocate for what we believe is a

16    very important ordinance in our city, the

17    Fairness Ordinance.

18                    MS. WHITE:  Are -- are you seeing

19    any impact of the Supreme Court's decision in

20    Louisville?

21                    MAYOR GREENBERG:  Not yet, no.  The

22    only thing that the Supreme Court decision has

23    done is cause a lot of people from all walks of

24    life around our entire city to reach out to our

25    office and thank us for continuing this appeal,
```

CNP Supplemental MSJ 0312

1   for continuing to support the Fairness

2   Ordinance.

3               Other than the Attorney General, I

4   have heard no one who was against our approach.

5               MS. WHITE:  That's Craig Greenberg.

6   He's the mayor of Louisville, Kentucky.  He's a

7   Democrat who took office in January this year.

8               Mayor Greenberg, thanks for joining

9   us.

10              MAYOR GREENBERG:  Thanks for having

11   me.

12

13                    *     *     *

14              (End of recording.)

15                    *     *     *

16

17

18

19

20

21

22

23

24

25

CNP Supplemental MSJ 0313

```
1    STATE OF KENTUCKY      )
                            )  SS.
2    COUNTY OF JEFFERSON    )

3

4            I, STEVEN TAYLOR, a Notary Public

5    within and for the State at Large, do hereby

6    certify that the foregoing recording was

7    transcribed by me; that the foregoing is a full,

8    true and correct transcript of said recording to

9    the best of my abilities.

10

11           WITNESS MY SIGNATURE this 9th day of

12   December, 2024.

13           My commission expires January 5, 2026.

14                   /s/ Steven Taylor
15                   STEVEN TAYLOR
                     Court Reporter
16                   Notary Public, State At Large
                     Notary ID 42425
17

18   ST

19

20

21

22

23

24

25
```

CNP Supplemental MSJ 0314



LOU METRO 016283

**CNP Supplemental MSJ 0315**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **CHELSEY NELSON PHOTOGRAPHY LLC and CHELSEY NELSON,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 3:19-cv-851-BJB-CHL** |
| **LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.,** | |
| **Defendants.** | |

## DEFENDANTS' RESPONSES TO PLAINTIFFS'
## FIRST SET OF RENEWED REQUESTS FOR PRODUCTION

Defendants Louisville/Jefferson County Metro Government, Louisville Metro Human Relations Commission – Enforcement, Louisville Metro Human Relations Commission – Advocacy, Verná Goatley, in her official capacity as Executive Director of the Louisville Metro Human Relations Commission, and the members of the Louisville Metro Human Relations Commission-Enforcement in their official capacities (collectively, "Defendants"), by counsel, pursuant to Federal Rules of Civil Procedure 26 and 34, for their objections and responses to the First Set of Renewed Requests for Production to Defendants (the "Requests") served by Plaintiffs Chelsey Nelson Photography LLC and Chelsey Nelson (collectively, "Plaintiffs" or "Chelsey Nelson"), state as follows:

## GENERAL OBJECTIONS

1.  Defendants object to the Requests to the extent they seek a broader scope of discovery than is relevant to the issues to be decided by the Court on remand from the Sixth Circuit.

2.  Defendants generally object to the production of case files and information

**CNP Supplemental MSJ 0316**

regarding individual cases for the reasons set forth in Defendants' Motion for Protective Order [Doc. 64]. Defendants acknowledge the Court's Memorandum Opinion and Order dated August 25, 2021 [Doc. 89] and will endeavor to comply with these requests in accordance with that ruling.

3.      Defendants object to the Instructions to the extent that they would impose any obligations beyond those set forth under the Federal Rules of Civil Procedure, the Local Rules, and the Orders of this Court. Defendants will work in good faith with the Plaintiffs to resolve any questions or disputes that may arise with respect to these Responses.

4.      Defendants object to the requests to the extent they seek information reasonably and equally available to both parties.

5.      Defendants object to Instruction No. 3 as unduly burdensome and purporting to require more information than necessary for Defendants and/or the Court to evaluate an assertion of privilege.

6.      Defendants object to Instruction No. 6 to the extent it purports to require Defendants to search for responsive documents in locations not within Defendants' possession, custody, or control.

7.      Defendants object to the production of documents or information protected by the attorney-client privilege and/or attorney work product doctrine. The assertion of specific objections based on the attorney-client privilege or attorney work product doctrine is without waiver of such objections generally. Any production of documents or information protected by the attorney-client privilege and/or attorney work product doctrine is inadvertent and not intended as a waiver of any applicable privilege or protection.

CNP Supplemental MSJ 0317

## OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST NO. 1:** Please produce all internal spreadsheets that the Commission uses to track open and closed cases from 2020 to the present.

**RESPONSE:** Defendants object to this request to the extent it seeks the production of documents included in Defendants' prior production, Bates stamped LOU METRO 02564-2681. Subject to that objection, Defendants will produce responsive spreadsheets, redacted to conceal the names of the Complainant and Respondent in accordance with the Court's Memorandum Opinion and Order dated August 25, 2021 [Doc. 89].

**REQUEST NO. 2:** Please produce all newsletters that the Commission has prepared since February 2022.

**RESPONSE:** No responsive documents exist.

**REQUEST NO. 3:** Please produce all previously produced complaints alleging an unlawful practice under the Metro Ordinance (including any complaints contained within LOU METRO 02682–16143) after un-redacting the respondent's street address, city, and state listed on the complaint.

**RESPONSE:** To the extent the respondent's address listed on the complaint is within Louisville Metro, Defendants object to this request as irrelevant, overbroad, unduly burdensome, and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to those objections, Defendants will produce any responsive complaints filed against respondents whose address listed on the complaint is outside of Louisville Metro.

**REQUEST NO. 4:** Please produce all case files involving respondents whose listed address is anywhere other than Louisville, Kentucky and do not redact the street address, city, state or the name of the respondent when producing those case files.

**RESPONSE:** Defendants object to this request as vague, ambiguous, and irrelevant to the

3

CNP Supplemental MSJ 0318

extent Louisville, Kentucky is not coterminous with Louisville Metro, i.e. the geographic area that is Jefferson County, Kentucky. Defendants will interpret the request as seeking case files involving respondents whose listed address is anywhere other than Louisville Metro. Subject to those objections, Defendants will produce responsive documents located based on a reasonable search.

**REQUEST NO. 5:** Please produce all public accommodation case files since January 1, 2021 that have not already been produced.

**RESPONSE:** Defendants object to the request for "all public accommodation case files" as overbroad, unduly burdensome, exceeding the scope of discovery permitted by the Court's Memorandum Opinion and Order dated August 25, 2021 [Doc. 89], and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to these objections, responsive documents will be produced.

**REQUEST NO. 6:** Please produce all case files for complaints of discrimination on the basis of sexual orientation filed with the Commission since January 1, 2021 that have not already been produced.

**RESPONSE:** Defendants object to the request as overbroad, unduly burdensome, and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to these objections, responsive documents will be produced.

**REQUEST NO. 7:** Please produce all case files related to a public hearing under the Metro Ordinance since January 1, 2021 that have not already been produced.

**RESPONSE:** Defendants object to the request as overbroad, unduly burdensome, and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to these objections, Defendants respond that no responsive documents exist.

**REQUEST NO. 8:** Please produce the case files of the following cases which are

4

CNP Supplemental MSJ 0319

referenced in Louisville Metro Human Relations Commission Annual Report 2015-2017:

- *Lexington Fair Housing Council v. Barrington Place Apartments;*
- *Fair Housing Advocates, Inc. v. C.F.L.P. 1 LLC dba Arcadia Apartments, John M. Clark;*
- *Fair Housing Advocates, Inc. v. Garden Gate Apartments;*
- *Fair Housing Advocates, Inc. v. Woodbridge Apartments;*
- *Fair Housing Advocates, Inc. v. Family Investments, Inc. and Service*
- *Management of KY, Inc. Peterson & Associates Inc. dba Sun Residential;*
- *Louisville Metro Human Relations Commission v. Lea, LLC;*
- *Louisville Metro Human Relations Commission v. Mark J. Bailey &Margaret DeNicola;*
- *Louisville Metro Human Relations Commission v. Sara Marcum;*
- *Louisville Metro Human Relations Commission v. Sydney and Elise Wright;*
- *Louisville Metro Human Relations Commission v. Hurstbourne Multifamily Partners, LLC;*
- *Louisville Metro Human Relations Commission v. Jhanna Waddell*; and
- *Louisville Metro Human Relations Commission v. TJG Investments, LLC*

**RESPONSE:** Defendants object to this request as irrelevant, overbroad, unduly burdensome, as exceeding the scope of discovery permitted by the Court's Memorandum Opinion and Order dated August 25, 2021 [Doc. 89], and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. These case files are irrelevant because they are case files from housing discrimination complaints which alleged discrimination on the basis of familial status and disability, whereas this litigation involves a hypothetical threat by a public accommodation to discriminate on the basis of sexual orientation. Moreover, this request exceeds the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit.

**REQUEST NO. 9:** Please produce the case files of the following cases which are referenced in Louisville Metro Human Relations Commission Annual Report 2018 / 2019:

- *Freida Ward v. Courier Journal;*
- *Mary Foster v. Wayside Christian Mission*; and
- *Sarah Cissell v. Southside Christian Childcare*

**RESPONSE:** Defendants previously produced the case file for *Freida Ward v. Courier*

5

CNP Supplemental MSJ 0320

*Journal*. Defendants object to the remainder of this request as irrelevant, overbroad, unduly burdensome, exceeding the scope of discovery permitted by the Court's Memorandum Opinion and Order dated August 25, 2021 [Doc. 89], and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. These case files are irrelevant because they involve complaints alleging employment discrimination on the basis of sex/pregnancy status and housing discrimination on the basis of disability, whereas this litigation involves a hypothetical threat by a public accommodation to discriminate on the basis of sexual orientation. Moreover, this request exceeds the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit.

**REQUEST NO. 10:** Please produce the case file of *Louisville Metro Human Relations Commission-Enforcement Board v. 518 Iroquois, LLC* which is referenced in Louisville Metro Human Relations Commission Bi-Annual Report 2019-2020.

**RESPONSE:** The responsive case file will be produced.

**REQUEST NO. 11:** Please produce all documents transmitted from you to the Fairness Campaign or from the Fairness Campaign to you from January 1, 2019 to September 1, 2020 that concern Scooter's Triple B's, including any emails to and from someone with an email address ending in @fairness.org and any communications from someone communicating with you on behalf of the Fairness Campaign.

**RESPONSE:** Defendants object to the request as overbroad, unduly burdensome, and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to these objections, Defendants respond that no responsive documents exist.

**REQUEST NO. 12:** Please produce all documents that concern Scooter's Triple B's since January 1, 2019.

6

CNP Supplemental MSJ 0321

**RESPONSE:** Defendants object to the request as overbroad, unduly burdensome, and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to these objections, Defendants respond that no responsive documents exist.

**REQUEST NO. 13:** Please produce all documents (including emails, letters, social media posts, messages, comments, news releases, statements to any media outlets, or other public statements or comments) received or transmitted by you between July 5, 2023 and July 12, 2023 in response to Attorney General Cameron's July 5, 2023 letter to Mayor Greenberg, attached hereto as Exhibit X.

**RESPONSE:** Defendants object to this request as vague and ambiguous because there was no Exhibit X attached to the requests. Defendants further object to this request as irrelevant and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Defendants further object to the extent the request seeks the production of documents protected by the attorney work product and/or the attorney client privilege. Defendants further object to logging documents created/transmitted during the pendency of this litigation as an undue invasion of the attorney work product and/or the attorney client privilege. Subject to those objections, Defendants will produce non-privileged responsive documents located based on a reasonable search.

**REQUEST NO. 14:** Please produce all documents you transmitted to or received from NPR that concern Mayor Greenberg's appearance on 1A Remaking America: The First Amendment and LGBTQ Rights, available at https://perma.cc/RDR5-64B6.

**RESPONSE:** Defendants object to this request as irrelevant and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to those objections, Defendants will produce responsive documents located based on a reasonable

7

CNP Supplemental MSJ 0322

search.

**REQUEST NO. 15:** Please produce all rules, policies, guidelines, and any other documents since January 25, 2021 that concern how you interpret and apply Metro Ordinance § 92.05(A).

**RESPONSE:** Defendants previously produced documents Plaintiffs may consider responsive to this request as LOU METRO 01167-1172 and LOU METRO 01717. No other responsive documents exist.

**REQUEST NO. 16:** Please produce all rules, policies, guidelines, and any other documents since January 25, 2021 that concern how you interpret and apply Metro Ordinance § 92.05(B).

**RESPONSE:** Defendants previously produced documents Plaintiffs may consider responsive to this request as LOU METRO 01167-1172 and LOU METRO 01717. No other responsive documents exist.

**REQUEST NO. 17:** Please produce all rules, policies, guidelines, and any other documents since January 25, 2021 that concern how the Commission interprets the term "place of public accommodation" as used in Metro Ordinance § 92.02 and § 92.05.

**RESPONSE:** Defendants previously produced documents Plaintiffs may consider responsive to this request as LOU METRO 01167-1172 and LOU METRO 01717. No other responsive documents exist.

**REQUEST NO. 18:** Please produce all rules, policies, guidelines, and any other documents since January 25, 2021 that concern how the Commission interprets the terms "full and equal enjoyment," "goods," "services," "facilities," "privileges," "advantages," and "accommodations," as used in Metro Ordinance § 92.05(A).

CNP Supplemental MSJ 0323

**RESPONSE:** Defendants previously produced documents Plaintiffs may consider responsive to this request as LOU METRO 01167-1172 and LOU METRO 01717. No other responsive documents exist.

**REQUEST NO. 19:** Please produce all rules, policies, guidelines, and any other documents since January 25, 2021 that concern how the Commission interprets the terms "objectionable," "unwelcome," "unacceptable," or "undesirable" as used in Metro Ordinance § 92.05(B).

**RESPONSE:** Defendants previously produced documents Plaintiffs may consider responsive to this request as LOU METRO 01167-1172 and LOU METRO 01717. No other responsive documents exist.

**REQUEST NO. 20:** Please produce all documents that the Commission has created, transmitted, or received since January 25, 2021 that constitute training or educational material designed to eliminate discrimination in places of public accommodation.

**RESPONSE:** No responsive documents exist.

**REQUEST NO. 21:** Please produce all documents related to the two-hour training session for the "Enforcement members" referenced on page four of the Louisville Metro Human Relations Commission Enforcement Meeting Minutes dated March 12, 2024 and available at https://louisvilleky.gov/human-relations-commission/document/hrcenforcement-april-2024pdf.

**RESPONSE:** Defendants object to this request as irrelevant and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to those objections, the training is available here: https://www.youtube.com/watch?v=irIEUbNptaI. Defendants will produce documents provided with the training video.

**REQUEST NO. 22:** Please produce all non-privileged documents created by you after

9

CNP Supplemental MSJ 0324

January 25, 2021 that concern Chelsey Nelson Photography LLC or Chelsey Nelson.

      **RESPONSE:** No responsive documents exist.

      **REQUEST NO. 23:** Please produce all documents transmitted to or from third parties to you after January 25, 2021 that concern Chelsey Nelson Photography LLC or Chelsey Nelson.

      **RESPONSE:** No responsive documents exist.

      **REQUEST NO. 24:** Please produce all social media posts, messages, comments, news releases, statements to any media outlets, or other public statements or comments created, published, or sent by you since January 25, 2021 that concern Chelsey Nelson Photography LLC or Chelsey Nelson.

      **RESPONSE:** No responsive documents exist.

              Respectfully submitted,

              /s/ Casey L. Hinkle
              Casey L. Hinkle
              William R. ("Rick") Adams
              KAPLAN JOHNSON ABATE & BIRD LLP
              710 W. Main Street, 4th Floor
              Louisville, KY 40202
              (502)-416-1630
              chinkle@kaplanjohnsonlaw.com
              radams@kaplanjohnsonlaw.com

              MIKE O'CONNELL
              JEFFERSON COUNTY ATTORNEY
              Jason D. Fowler
              Assistant Jefferson County Attorneys
              531 Court Place, Ste. 900
              Louisville, Kentucky 40202
              (502) 574-6321
              jason.fowler@louisvilleky.gov

              *Counsel for Defendants*

**CNP Supplemental MSJ 0325**

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 29, 2024, a copy of the foregoing was served by email on the following:

Jonathan A. Scruggs
Bryan Neihart
David A. Cortman
ALLIANCE DEFENDING FREEDOM
jscruggs@adflegal.org
bneihart@adflegal.org
dcortman@adflegal.org

Joshua D. Hershberger
HERSHBERGER LAW OFFICE
josh@hlo.legal

*Counsel for Plaintiffs*


/s/ Casey L. Hinkle
*Counsel for Defendants*

CNP Supplemental MSJ 0326

# Louisville Metro Human Relations Commission
## Public Accommodation Intake Questionnaire

| | |
|---|---|
| **Date of Inquiry:** | |
| Walk In ☐       Telephone ☐ | Referral ☐ |

**Statute of Limitations (action must have occurred within 180 days)**

| |
|---|
| Date of Recent Action: |

**Filing**

| |
|---|
| Local ☐        Federal ☐        EEOC Only ☐ |

**Complainant Information**

| | | |
|---|---|---|
| Name: | | |
| Address: | | |
| City: | State: | Zip Code: |
| Phone:        Home: | | Cell: |
| Email: | | |

**Protected Class**

| |
|---|
| ☐ Color |
| ☐ Disability       Mental ☐    Physical ☐      Name of disability: |
| ☐ Gender Identity |
| ☐ Housing |
| ☐ National Origin                    Declared National Origin: |
| ☐ Race                                Declared Race: |
| ☐ Religion                            Declared Religion: |
| ☐ Sex |
| ☐ Sexual Orientation |

**Harm**

| |
|---|
| Denial of Goods ☐ |
| Denial of Services ☐ |
| Denial of Facilities ☐ |
| Denial of Privileges ☐ |
| Denial of Advantages ☐ |
| Denial of Accommodations ☐ |

**Respondent Information**

| | | |
|---|---|---|
| ***Respondent #1*** | | |
| Name: | | |
| Address: | | |
| City: | State: | Zip Code: |
| Type of Business:   What was denied: | | |
| ***Respondent #2*** | | |
| Name: | | |
| Address: | | |
| City: | State: | Zip Code: |
| **Agency Contact**        ☐ Yes      ☐ No | | |

**CNP Supplemental MSJ 0327**

LOU METRO 01167

| Complaint Filed: | ☐ Yes | ☐ No |
|---|---|---|
| **Emergency Contact** | | |
| Name: | | |
| Phone: | | |
| **Allegation Summary:** | | |
| | | |

Intake Completed by: _____

Reviewed by: _____

**CNP Supplemental MSJ 0328**

LOU METRO 01168

**LOUISVILLE METRO**
**HUMAN RELATIONS COMMISSION**
**745 W. MAIN STREET SUITE 251**
**LOUISVILLE, KENTUCKY 40202**

| | | |
|---|---|---|
| In the Matter of Conciliation Between | ) | |
| The Louisville and Jefferson County | ) | |
| Human Relations Commission | ) | |
| | ) | **CONCILIATION** |
| Louisville Metro Human Relations Commission | | |
| Enforcement Board, | ) | **AGREEMENT** |
| Charging Party | ) | |
| v | ) | |
| | ) | **Case NumberXXXX** |
| Respondent Name | ) | |
| Respondent | ) | |

1.  In exchange for the promises made by the Respondent in Paragraph (2) of this Agreement, Charging Party agrees not to institute a lawsuit based on the noted charges under Title VII of the Civil Rights Act of 1964 as amended, and Louisville Metro Ordinance No. 193, Series 2004, prohibiting discriminatory practices in connection with public accommodations, as amended, and requests the Louisville and Jefferson County Metro Human Relations Commission dismiss; Complaint No.**XXXXXXX**

2.  In exchange for the promises of the Charging Party, **Louisville Metro Human Relations Commission- Enforcement Board,** contained in paragraph (1) of this Agreement, Respondent agrees to   (state the needed outcome and relief to the Complainant)   training should be completed and reported to the Louisville Metro Human Relations Commission no later than (Link  of time required to complete task) after signing this agreement.  **This remedy is proposed by Louisville Metro Human Relations Commission- Enforcement Board.**

Page Two (2)-Conciliation Agreement

**CNP Supplemental MSJ 0329**

LOU METRO 01169

**Case Number XXXXX**

The Agreement constitutes the complete understanding between the Respondent, Charging Party, and the Louisville Metro Human Relations Commission. No other promises or Agreements shall be binding unless signed by these parties.

3.  It is understood that this Agreement does not constitute an admission by the Respondent of any violation of Louisville Metro Am. Ordinance No. 193, Series 2004 as amended.

4.  These parties agree that this Agreement may be used as evidence in a subsequent proceeding relative to this case in which any of the parties allege a breach of this Agreement.

5.  The Louisville and Jefferson County Metro Human Relations Commission's participation in this Agreement does not reflect any judgment by the Commission as to the merits of the charge filed.

_____          _____
RESPONDENT                                  DATE

_____          _____
CHARGING PARTY                              DATE
Louisville Metro Human Relations Commission-
Enforcement Board

On Behalf of the Commission:

_____          _____
EXECUTIVE DIRECTOR                          DATE
Louisville Metro Human Relations
Commission

_____          _____
COMPLIANCE OFFICER                          DATE
Louisville Metro Human Relations
Commission

# COMPLAINT OF DISCRIMINATION

**MAIL OR DELIVER TO:**

Louisville Metro Human
Relations Commission            **PLEASE RESPOND TO THIS COMPLAINT**
745 West Main Street, Suite 251
Louisville, KY 40202

---

NAME                                    TELEPHONE NUMBER

---

STREET ADDRESS              CITY         STATE            ZIP CODE

---

WAS THE DISCRIMINATION IN . . . (CHECK ONE)

[ ] Employment      [] Housing      [ ] Public Accommodations      [ ] Hate Crimes

BECAUSE OF . . . (CHECK ONE)

[ ] Race      [ ] Age      [ ] National Origin  [ ] Sexual Orientation  [ ] Gender Identity

[] Sex [ ] Handicap   [ ] Retaliation      [ ] Religion          [ ] Other

---

Who discriminated against you?  Give name and address of employer, labor organization, employment agency, apprenticeship committee, licensing agency, public accommodation, real estate broker or lender or apartment manager.

LIST ALL:

NAME                                    TELEPHONE NUMBER

---

STREET ADDRESS              CITY         STATE            ZIP CODE

---

AND (OTHER PARTIES, IF ANY)

---

THE ACTUAL DATE OF THE MOST RECENT
DATE OF ALLEGED DISCRIMINATION:

_____ _____
MONTH          DAY              YEAR

**CNP Supplemental MSJ 0331**

LOU METRO 01171

Page Two (2)

## LOUISVILLE METRO
## HUMAN RELATIONS COMMISSION

### COMPLAINT OF DISCRMINATION

EXPLANATION OF YOUR COMPLAINT

The Complainant believes these actions are because of (state basis), which is in violation of Louisville Metro Amended Ordinance, No. 193, Series 2004.

I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE OF ALLEGED DISCRIMINATION AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS _____ DAY OF _____, 20\_\_\_\_\_.

MY COMMISSION EXPIRES ON _____.

_____
SIGNATURE OF NOTARY PUBLIC

**CNP Supplemental MSJ 0332**

LOU METRO 01172

**92.09: HRC Complaint Procedure Chart**

1. Complaint *MUST* be filed within **180 days AFTER** the alleged unlawful practice occurred.



2. Upon receipt/acceptance of complaint, HRC *SHALL* serve the complaint and a written resume setting forth the rights of the parties and the procedures to be followed by the HRC in the Investigation and adjudication of the complaint on the person(s) charged with violating and mail a copy to complainant.



3. Respondent *SHALL* file an Answer with the HRC within **30 days of RECEIPT** of the complaint.



4. Unless there has been a settlement, the HRC staff *SHALL* render a final investigative written report (detailing documentary and witness evidence) to the *Executive Director* within **100 days AFTER** service of the complaint on the Respondent.



5. The **Executive Director**, within **30 days AFTER receipt** of the report of the preliminary investigation, *SHALL* determine whether there is **REASONABLE CAUSE** to believe that an unlawful practice has been committed.



A. If the Executive Director determines there is **NO** such REASONABLE CAUSE, the complaint *SHALL* be **DISMISSED**.

 *OR*

B. If the Executive Director determines there **IS** such REASONABBLE CAUSE, the HRC *SHALL* make an effort to eliminate the unlawful practice by conference & conciliation.



6. Within **45 days AFTER** the HRC has determined that REASONABLE CAUSE exists, a hearing shall be set and necessary and reasonable discovery pursuant to KRS Chapter 344.

*If reasonable cause concerning allegations of unlawful practice is in connection with **HOUSING** is found, the parties *SHALL* be advised in writing that either party *MAY* elect to have their claims asserted in the complaint decided in a CIVIL ACTION.

➤ Notice of this election *MUST* be made to the HRC & ALL other parties **NOT LATER than the 20th day AFTER receipt** of the right of election.

➤ **Upon RECEIPT** of such notice, the HRC *SHALL* authorize, **within 30 days THEREAFTER**, filing and maintaining an action on behalf of the Complainant in Jefferson Circuit Court which may award all available relief available

❖ The determination of the Executive Director *MAY* be reconsidered on petition of any aggrieved party, **EXCEPT** that an application to reconsider *MUST* be filed within **20 days of service** of the adjudicative order on the aggrieved party.
   o Dismissal *AFTER* reconsideration is a **FINAL ORDER** by the HRC.

**CNP Supplemental MSJ 0333**

LOU METRO 01717

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

|  |  |
|---|---|
| **CHELSEY NELSON PHOTOGRAPHY LLC and CHELSEY NELSON,**<br><br>                    **Plaintiffs,**<br><br>**v.**<br><br>**LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.,**<br><br>                    **Defendants.** | **Case No. 3:19-cv-851-BJB-CHL** |

## DEFENDANTS' RESPONSES TO PLAINTIFFS' FIRST SET OF RENEWED REQUESTS FOR ADMISSION

Defendants Louisville/Jefferson County Metro Government ("Louisville Metro"), Louisville Metro Human Relations Commission – Enforcement, Louisville Metro Human Relations Commission – Advocacy, Verná Goatley, in her official capacity as Executive Director of the Louisville Metro Human Relations Commission ("HRC"), and the members of the Louisville Metro Human Relations Commission-Enforcement in their official capacities (collectively, "Defendants"), by counsel, pursuant to Federal Rules of Civil Procedure 26 and 36, for their objections and responses to the First Set of Renewed Requests for Admission to Defendants (the "Requests") served by Plaintiffs Chelsey Nelson Photography LLC and Chelsey Nelson (collectively, "Plaintiffs" or "Chelsey Nelson"), state as follows:

## GENERAL OBJECTIONS

1.    Defendants object to the Requests to the extent they seek a broader scope of discovery than is relevant to the issues to be decided by the Court on remand from the Sixth Circuit.

2.    Defendants object to the Requests as improper and abusive to the extent they are

**CNP Supplemental MSJ 0334**

not aimed at discovering facts or inquiring into the application of law to the facts presented by Chelsey Nelson, but rather are designed to elicit legal positions based on hypothetical facts that (a) are dissimilar to the circumstances at issue in this case, (b) have not previously come before HRC such that HRC has no preexisting legal or policy position regarding the hypothetical circumstances presented, and (c) do not include all relevant facts and circumstances that would be considered by HRC in evaluating how to react to the hypotheticals presented by the Requests.

3.      Defendants object to the Requests to the extent they seek "pure . . . opinions of law, which are not contemplated by" Fed. R. Civ. P. 36. *See United States v. Petroff-Kline*, 557 F.3d 285, 293 (6th Cir. 2009) (quoting 7 Moore's Federal Practice § 36.10[8] at 36–26 (3d ed.2008)).

4.      Defendants object to Plaintiffs' use of hypothetical questions or scenarios that have no relationship to the facts of this case and therefore are not proper under the Federal Rules of Civil Procedure. *See*, *e.g.*, *Abbott v. U.S.*, 177 F.R.D. 92, 92-94 (N.D.N.Y. 1997); *The Atlanta Channel, Inc. v. Solomon*, 2020 WL 6781221, *6 (D.D.C. Nov. 18, 2020); *St. Jude Children's Research Hospital, Inc. v. Quest Diagnostics Inc.*, 2009 WL 10665119, *3 (W.D. Tenn. May 1, 2009); *Buchanan v. Chicago Transit Authority*, 2016 WL 7116591, *5 (N.D. Ill. Dec. 7, 2016).

5.      Defendants object to the term "internet-based business" as defined in the Requests as vague, ambiguous, and (in the context of the Requests) as presenting an incomplete hypothetical. The problems with the definition of "internet-based business" include without limitation that (a) there is no distinction between businesses whose services must ultimately be provided in person, as with Chelsey Nelson's photography services, versus those that may be provided remotely, without any face-to-face interaction or physical presence in Louisville Metro, and (b) there is no distinction between businesses who sell a good or service through their website versus those who merely use their website for advertising.

2

CNP Supplemental MSJ 0335

**RESPONSE:** Defendants object to this request as vague, ambiguous, and as presenting an incomplete hypothetical because it is unclear whether businesses that, although they do not have a physical storefront, require some physical presence in Louisville, Kentucky to provide their good or service to customers in Louisville, Kentucky are included in "a place of public accommodation with a physical location in Louisville, Kentucky." Defendants are therefore unable to admit or deny the request. To the extent any further response is required, Defendants deny the request, subject to the general and specific objections stated herein.

**REQUEST NO. 8:** Please admit or deny whether, according to you, Metro Ordinance § 92.05(B) only applies to a place of public accommodation with a physical location in Louisville, Kentucky.

**RESPONSE:** Defendants object to this request as vague, ambiguous, and as presenting an incomplete hypothetical because it is unclear whether businesses that, although they do not have a physical storefront, require some physical presence in Louisville, Kentucky to provide their good or service to customers in Louisville, Kentucky are included in "a place of public accommodation with a physical location in Louisville, Kentucky." Defendants are therefore unable to admit or deny the request. To the extent any further response is required, Defendants deny the request, subject to the general and specific objections stated herein.

**REQUEST NO. 9:** Please admit or deny whether, according to you, the Enforcement Commission must investigate every complaint alleging an unlawful practice against a place of public accommodation under Metro Ordinance § 92.05(A).

**RESPONSE:** Defendants admit that the Enforcement Commission must investigate every complaint that complies with Metro Ordinance § 92.09, alleges a prima facie case of a practice that is unlawful under Metro Ordinance § 92.05(A), and is alleged against a public accommodation

7

CNP Supplemental MSJ 0336

over which HRC has jurisdiction. Defendants deny that the Enforcement Commission must investigate a complaint that fails to satisfy any one of those criteria.

**REQUEST NO. 10:** Please admit or deny whether, according to you, the Enforcement Commission must investigate every complaint alleging an unlawful practice against a place of public accommodation under Metro Ordinance § 92.05(B).

**RESPONSE:** Defendants admit that the Enforcement Commission must investigate every complaint that complies with Metro Ordinance § 92.09, alleges a prima facie case of a practice that is unlawful under Metro Ordinance § 92.05(B), and is alleged against a public accommodation over which HRC has jurisdiction. Defendants deny that the Enforcement Commission must investigate a complaint that fails to satisfy any one of those criteria.

**REQUEST NO. 11:** Please admit or deny whether, according to you, an internet-based business located outside of Louisville, Kentucky that streams television and movies on the Internet for persons in the general public located in Louisville, Kentucky violates Metro Ordinance § 92.05(A) by denying requests for those services via email to persons located in Louisville, Kentucky based on their sexual orientation.

**RESPONSE:** Denied.

**REQUEST NO. 12:** Please admit or deny whether, according to you, an internet-based business located outside of Louisville, Kentucky that streams television and movies on the Internet for persons in the general public located in Louisville, Kentucky violates Metro Ordinance § 92.05(B) by publishing a statement on its website that indicates it would only serve customers in Louisville, Kentucky of a particular race.

**RESPONSE:** Denied.

**REQUEST NO. 13:** Please admit or deny whether, according to you, an internet-based

8

CNP Supplemental MSJ 0337

business located in Louisville, Kentucky that streams television and movies on the Internet for persons in the general public located in Louisville, Kentucky violates Metro Ordinance § 92.05(A) by denying requests for those services via email to persons located in Louisville, Kentucky based on their sexual orientation.

**RESPONSE:** Denied.

**REQUEST NO. 14:** Please admit or deny whether, according to you, an internet-based business located in Louisville, Kentucky that streams television and movies on the Internet for persons in the general public located in Louisville, Kentucky violates Metro Ordinance § 92.05(B) by publishing a statement on its website that indicates it would only serve customers in Louisville, Kentucky of a particular race.

**RESPONSE:** Denied.

**REQUEST NO. 15:** Please admit or deny whether you would investigate a complaint filed by a person located in Louisville, Kentucky alleging an unlawful practice of sexual-orientation discrimination under Metro Ordinance § 92.05(A) against Chelsey Nelson Photography LLC for declining to provide paid photography services for a same-sex engagement session that occurs in Louisville, Kentucky.

**RESPONSE:** Defendants are currently enjoined from taking enforcement action against Chelsey Nelson Photography LLC. Defendants object to this request as premature because they have not yet completed discovery relevant to whether and in what circumstances HRC would take enforcement action against Chelsey Nelson, if the injunction is dissolved. Defendants will supplement this response after the completion of discovery.

**REQUEST NO. 16:** Please admit or deny whether you would investigate a complaint filed by a person located in Louisville, Kentucky alleging an unlawful practice of sexual-orientation

9

CNP Supplemental MSJ 0338

discrimination under Metro Ordinance § 92.05(A) against Chelsey Nelson Photography LLC for declining to provide paid photography services requested by that person for a same-sex wedding that occurs in Louisville, Kentucky.

**RESPONSE:** Defendants are currently enjoined from taking enforcement action against Chelsey Nelson Photography LLC. Defendants object to this request as premature because they have not yet completed discovery relevant to whether and in what circumstances HRC would take enforcement action against Chelsey Nelson, if the injunction is dissolved. Defendants will supplement this response after the completion of discovery.

**REQUEST NO. 17:** Please admit or deny whether you would investigate a complaint filed by a person located in Louisville, Kentucky alleging an unlawful practice of sexual-orientation discrimination under Metro Ordinance § 92.05(A) against Chelsey Nelson Photography LLC for declining to provide paid photography services requested by that person for a same-sex engagement session that occurs in Louisville, Kentucky.

**RESPONSE:** Defendants are currently enjoined from taking enforcement action against Chelsey Nelson Photography LLC. Defendants object to this request as premature because they have not yet completed discovery relevant to whether and in what circumstances HRC would take enforcement action against Chelsey Nelson, if the injunction is dissolved. Defendants will supplement this response after the completion of discovery.

**REQUEST NO. 18:** Please admit or deny whether you would investigate a complaint filed by a person located in Louisville, Kentucky alleging an unlawful practice of sexual-orientation discrimination under Metro Ordinance § 92.05(A) against Chelsey Nelson Photography LLC for declining to provide paid editing services requested by that person for photographers photographing a same-sex wedding that occurs in Louisville, Kentucky.

CNP Supplemental MSJ 0339

**RESPONSE:** Defendants are currently enjoined from taking enforcement action against Chelsey Nelson Photography LLC. Defendants object to this request as premature because they have not yet completed discovery relevant to whether and in what circumstances HRC would take enforcement action against Chelsey Nelson, if the injunction is dissolved. Defendants will supplement this response after the completion of discovery.

**REQUEST NO. 19:** Please admit or deny whether you would investigate a complaint filed by a person located in Louisville, Kentucky alleging an unlawful practice of sexual-orientation discrimination under Metro Ordinance § 92.05(A) against Chelsey Nelson Photography LLC for declining to provide paid editing services requested by that person for photographers photographing a same-sex engagement session that occurs in Louisville, Kentucky.

**RESPONSE:** Defendants are currently enjoined from taking enforcement action against Chelsey Nelson Photography LLC. Defendants object to this request as premature because they have not yet completed discovery relevant to whether and in what circumstances HRC would take enforcement action against Chelsey Nelson, if the injunction is dissolved. Defendants will supplement this response after the completion of discovery.

**REQUEST NO. 20:** Please admit or deny whether, according to you, Chelsey Nelson Photography LLC violates Metro Ordinance § 92.05(B) by posting the Wedding Services Celebration Statement attached as Exhibit A on its website (and available here https://www.chelseynelson.com/weddings) when the same page on its website says that Chelsey Nelson is "focused on telling stories about couples in Louisville, Kentucky" and is "serving Louisville, Kentucky."

**RESPONSE:** Defendants object to this request as vague and ambiguous because it is unclear if the request merely seeks an admission that the Wedding Services Celebration Statement

11

CNP Supplemental MSJ 0340

violates Metro Ordinance § 92.05(B), or if it seeks an admission that HRC has jurisdiction over Chelsey Nelson. Defendants admit that the part of the Wedding Services Celebration Statement which states "I don't photograph same-sex weddings" violates Metro Ordinance § 92.05(B).

Defendants are currently enjoined from taking enforcement action against Chelsey Nelson Photography LLC. Defendants object to this request as premature because they have not yet completed discovery relevant to whether and in what circumstances HRC would take enforcement action against Chelsey Nelson, if the injunction is dissolved. Defendants note that Chelsey Nelson lives in Florida, and further object to the extent the request suggests that just because Chelsey Nelson posts on her website that she is "focused on telling stories about couples in Louisville, Kentucky" or is "serving Louisville, Kentucky," that she should be considered a Louisville, Kentucky public accommodation. Defendants will supplement this response after the completion of discovery.

**REQUEST NO. 21:** Please admit or deny whether, according to you, Chelsey Nelson Photography LLC violates Metro Ordinance § 92.05(B) by posting the Boutique Private Editing Services Statement attached as Exhibit B on its website (and available here https://www.chelseynelson.com/editing) when the same page on its website says that Chelsey Nelson is "serving Louisville, Kentucky."

**RESPONSE:** Defendants object to this request as vague and ambiguous because it is unclear if the request merely seeks an admission that the Boutique Private Editing Services Statement violates Metro Ordinance § 92.05(B), or if it seeks an admission that HRC has jurisdiction over Chelsey Nelson. Defendants admit that the part of the Boutique Private Editing Services Statement which states "I don't edit same-sex weddings" violates Metro Ordinance § 92.05(B).

CNP Supplemental MSJ 0341

Defendants are currently enjoined from taking enforcement action against Chelsey Nelson Photography LLC. Defendants object to this request as premature because they have not yet completed discovery relevant to whether and in what circumstances HRC would take enforcement action against Chelsey Nelson, if the injunction is dissolved. Defendants note that Chelsey Nelson lives in Florida, and further object to the extent the request suggests that just because Chelsey Nelson posts on her website that she is "serving Louisville, Kentucky," that she should be considered a Louisville, Kentucky public accommodation. Defendants will supplement this response after the completion of discovery.

**REQUEST NO. 22:** Please admit or deny whether you would investigate a complaint alleging an unlawful practice under Metro Ordinance § 92.05(B) filed by a person located in Louisville, Kentucky against Chelsey Nelson Photography LLC for posting the Wedding Services Celebration Statement currently posted on Chelsey Nelson Photography LLC's website attached as Exhibit A (and available here https://www.chelseynelson.com/weddings) when the same website page says that Chelsey Nelson is "focused on telling stories about couples in Louisville, Kentucky" and is "serving Louisville, Kentucky."

**RESPONSE:** Defendants are currently enjoined from taking enforcement action against Chelsey Nelson Photography LLC. Defendants object to this request as premature because they have not yet completed discovery relevant to whether and in what circumstances HRC would take enforcement action against Chelsey Nelson, if the injunction is dissolved. Defendants note that Chelsey Nelson lives in Florida, and further object to the extent the request suggests that just because Chelsey Nelson posts on her website that she is "focused on telling stories about couples in Louisville, Kentucky" or is "serving Louisville, Kentucky," that she should be considered a Louisville, Kentucky public accommodation. Defendants will supplement this response after the

13

CNP Supplemental MSJ 0342

completion of discovery.

**REQUEST NO. 23:** Please admit or deny whether you would investigate a complaint alleging an unlawful practice under Metro Ordinance § 92.05(B) filed by a person located in Louisville, Kentucky against Chelsey Nelson Photography LLC for posting the Boutique Private Editing Services Statement currently posted on Chelsey Nelson Photography LLC's website attached hereto as Exhibit B (and available here https://www.chelseynelson.com/editing) when the same website page says that Chelsey Nelson is "serving Louisville, Kentucky."

**RESPONSE:** Defendants are currently enjoined from taking enforcement action against Chelsey Nelson Photography LLC. Defendants object to this request as premature because they have not yet completed discovery relevant to whether and in what circumstances HRC would take enforcement action against Chelsey Nelson, if the injunction is dissolved. Defendants note that Chelsey Nelson lives in Florida, and further object to the extent the request suggests that just because Chelsey Nelson posts on her website that she is "serving Louisville, Kentucky," that she should be considered a Louisville, Kentucky public accommodation. Defendants will supplement this response after the completion of discovery.

**REQUEST NO. 24:** Please admit or deny whether you would investigate a complaint alleging an unlawful practice under Metro Ordinance § 92.05(B) filed by a person located outside of Louisville, Kentucky against Chelsey Nelson Photography LLC for posting the Wedding Services Celebration Statement currently posted on Chelsey Nelson Photography LLC's website attached hereto as Exhibit A (and available here https://www.chelseynelson.com/weddings) when the same website page says that Chelsey Nelson is "focused on telling stories about couples in Louisville, Kentucky" and is "serving Louisville, Kentucky."

**RESPONSE:** Denied.

14

CNP Supplemental MSJ 0343

**REQUEST NO. 25:** Please admit or deny whether you would investigate a complaint alleging an unlawful practice under Metro Ordinance § 92.05(B) filed by a person located outside of Louisville, Kentucky against Chelsey Nelson Photography LLC for posting the Boutique Private Editing Services Statement currently posted on Chelsey Nelson Photography LLC's website attached hereto as Exhibit B (and available here https://www.chelseynelson.com/editing) when the same website page says that Chelsey Nelson is "serving Louisville, Kentucky."

**RESPONSE:** Denied.

Respectfully submitted,

/s/ Casey L. Hinkle
Casey L. Hinkle
William R. ("Rick") Adams
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
(502)-416-1630
chinkle@kaplanjohnsonlaw.com
radams@kaplanjohnsonlaw.com

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY
Jason D. Fowler
Assistant Jefferson County Attorneys
531 Court Place, Ste. 900
Louisville, Kentucky 40202
(502) 574-6321
jason.fowler@louisvilleky.gov

*Counsel for Defendants*

15

CNP Supplemental MSJ 0344

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 18, 2024, a copy of the foregoing was served by email on the following:

Jonathan A. Scruggs
Bryan Neihart
David A. Cortman
ALLIANCE DEFENDING FREEDOM
jscruggs@adflegal.org
bneihart@adflegal.org
dcortman@adflegal.org

Joshua D. Hershberger
HERSHBERGER LAW OFFICE
josh@hlo.legal

*Counsel for Plaintiffs*

/s/ Casey L. Hinkle
*Counsel for Defendants*

16

CNP Supplemental MSJ 0345

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| **CHELSEY NELSON PHOTOGRAPHY LLC and CHELSEY NELSON,** | |
| **Plaintiffs,** | |
| **v.** | **Case No. 3:19-cv-851-BJB-CHL** |
| **LOUISVILLE/JEFFERSON COUNTY METRO GOVERNMENT, et al.,** | |
| **Defendants.** | |

**DEFENDANTS' RESPONSES TO PLAINTIFFS'
SECOND SET OF RENEWED REQUESTS FOR PRODUCTION**

Defendants Louisville/Jefferson County Metro Government, Louisville Metro Human Relations Commission – Enforcement, Louisville Metro Human Relations Commission – Advocacy, Verná Goatley, in her official capacity as Executive Director of the Louisville Metro Human Relations Commission, and the members of the Louisville Metro Human Relations Commission-Enforcement in their official capacities (collectively, "Defendants"), by counsel, pursuant to Federal Rules of Civil Procedure 26 and 34, for their objections and responses to the Second Set of Renewed Requests for Production to Defendants (the "Requests") served by Plaintiffs Chelsey Nelson Photography LLC and Chelsey Nelson (collectively, "Plaintiffs" or "Chelsey Nelson"), state as follows:

**GENERAL OBJECTIONS**

1.    Defendants object to the Requests to the extent they seek a broader scope of discovery than is relevant to the issues to be decided by the Court on remand from the Sixth Circuit.

2.    Defendants generally object to the production of case files and information

**CNP Supplemental MSJ 0346**

regarding individual cases for the reasons set forth in Defendants' Motion for Protective Order [Doc. 64]. Defendants acknowledge the Court's Memorandum Opinion and Order dated August 25, 2021 [Doc. 89] and will endeavor to comply with these requests in accordance with that ruling.

3.      Defendants object to the Instructions to the extent that they would impose any obligations beyond those set forth under the Federal Rules of Civil Procedure, the Local Rules, and the Orders of this Court. Defendants will work in good faith with the Plaintiffs to resolve any questions or disputes that may arise with respect to these Responses.

4.      Defendants object to Instruction No. 3 as unduly burdensome and purporting to require more information than necessary for Defendants and/or the Court to evaluate an assertion of privilege.

5.      Defendants object to Instruction No. 6 to the extent it purports to require Defendants to search for responsive documents in locations not within Defendants' possession, custody, or control.

6.      Defendants object to the production of documents or information protected by the attorney-client privilege and/or attorney work product doctrine. The assertion of specific objections based on the attorney-client privilege or attorney work product doctrine is without waiver of such objections generally. Any production of documents or information protected by the attorney-client privilege and/or attorney work product doctrine is inadvertent and not intended as a waiver of any applicable privilege or protection.

2

CNP Supplemental MSJ 0347

**OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST NO. 25:** Please produce all documents transmitted to or from you and the Fairness Campaign from January 1, 2021 to the present that concern the Metro Ordinance, the enforcement of the Metro Ordinance, or Plaintiffs, including any emails to or from someone with an email address ending in @fairness.org.

**RESPONSE:** Defendants object to the request as overbroad, unduly burdensome, and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to these objections, Defendants will produce responsive documents.

**REQUEST NO. 26:** Please produce all documents transmitted to or from you and the ACLU from January 1, 2021 to the present that concern the Metro Ordinance, the enforcement of the Metro Ordinance, or Plaintiffs, including any emails to or from someone with an email address ending in @aclu-ky.org.

**RESPONSE:**  Defendants object to the request as overbroad, unduly burdensome, and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to these objections, no responsive documents exist.

**REQUEST NO. 27:** Please produce all documents transmitted to or from you and the Kentucky Fair Housing Council from January 1, 2021 to the present that concern the Metro Ordinance, the enforcement of the Metro Ordinance, or Plaintiffs, including any emails to or from someone with an email address ending in @kyfairhousing.org.

**RESPONSE:** Defendants object to the request as overbroad, unduly burdensome, and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to these objections, Defendants will produce responsive documents.

**REQUEST NO. 28:** Please produce all documents transmitted to or from you and Queer Kentucky from January 1, 2021 to the present that concern the Metro Ordinance, the enforcement

3

CNP Supplemental MSJ 0348

of the Metro Ordinance, or Plaintiffs, including any emails to or from someone with an email address ending in @queerkentucky.com.

**RESPONSE:** Defendants object to the request as overbroad, unduly burdensome, and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to these objections, no responsive documents exist.

**REQUEST NO. 29:** Please produce all documents transmitted to or from you and Human Rights Campaign from January 1, 2021 to the present that concern the Metro Ordinance, the enforcement of the Metro Ordinance, or Plaintiffs, including any emails to or from someone with an email address ending in @hrc.org.

**RESPONSE:** Defendants object to the request as overbroad, unduly burdensome, and outside the scope of what is relevant to the issues to be resolved by the Court on remand from the Sixth Circuit. Subject to these objections, Defendants will produce responsive documents.

Respectfully submitted,

/s/ Casey L. Hinkle
Casey L. Hinkle
William R. ("Rick") Adams
KAPLAN JOHNSON ABATE & BIRD LLP
710 W. Main Street, 4th Floor
Louisville, KY 40202
(502)-416-1630
chinkle@kaplanjohnsonlaw.com
radams@kaplanjohnsonlaw.com

MIKE O'CONNELL
JEFFERSON COUNTY ATTORNEY
Jason D. Fowler
Assistant Jefferson County Attorneys
531 Court Place, Ste. 900
Louisville, Kentucky 40202
(502) 574-6321
jason.fowler@louisvilleky.gov

*Counsel for Defendants*

4

CNP Supplemental MSJ 0349

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2024, a copy of the foregoing was served by email on the following:

Jonathan A. Scruggs
Bryan Neihart
David A. Cortman
ALLIANCE DEFENDING FREEDOM
jscruggs@adflegal.org
bneihart@adflegal.org
dcortman@adflegal.org

Joshua D. Hershberger
HERSHBERGER LAW OFFICE
josh@hlo.legal

*Counsel for Plaintiffs*

/s/ Casey L. Hinkle
*Counsel for Defendants*

5

CNP Supplemental MSJ 0350

# CO͞PLAINT OF DISCRIMINATI͝N

**MAIL OR DELIVER TO:**
Louisville Metro Human
Relations Commission
410 West Chestnut Street, Suite 300A
Louisville, KY 40202

**PLEASE RESPOND TO THIS COMPLAINT**

Louisville Metro Human Relations Commission - Enforcement

| NAME | | | TELEPHONE NUMBER |
|------|------|------|------|

410 West Chestnut Street, Suite 300A, Louisville, Kentucky 40202

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|------|------|------|------|

WAS THE DISCRIMINATION IN . . . (CHECK ONE)

    [ ] Employment    [X] Housing  [ ] Public Accommodations    [ ] Hate Crimes

BECAUSE OF . . . (CHECK ONE)

    [ ] Race    [ ] Age    [ ] National Origin [ ] Sexual Orientation [ ] Gender Identity

    [ ] Sex    [ ] Handicap [ ] Retaliation    [ ] Religion    [X] Familial Status

Who discriminated against you? Give name and address of employer, labor organization, employment agency, apprenticeship committee, licensing agency, public accommodation, real estate broker or lender or apartment manager.

LIST ALL:

████████

| NAME | | TELEPHONE NUMBER |
|------|------|------|

████████████, Taylorsville, Kentucky 40071

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|------|------|------|------|

AND (OTHER PARTIES, IF ANY)

THE ACTUAL DATE OF THE MOST RECENT
DATE OF ALLEGED DISCRIMINATION:

| | May 7, 2015 | |
|------|------|------|
| MONTH | DAY | YEAR |

**CNP Supplemental MSJ 0351**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER      LOU METRO 017831

Page Two (2)

**LOUISVILLE METRO
HUMAN RELATIONS COMMISSION**

**COMPLAINT OF DISCRMINATION**

EXPLANATION OF YOUR COMPLAINT

Chapter 92 of the Louisville Metro Code of Ordinances states that in connection with any of the transactions set forth therein which affect any rental or lease of any housing accommodation, it shall be a prohibited, unlawful practice for a person, owner, or any representative of the housing to "[r]efuse to . . . rent or lease . . . or otherwise deny to or withhold any housing accommodation from a person because of . . . familial status . . ." (§92.03(A)).

Additionally, Chapter 92 of the Louisville Metro Code of Ordinances states that in connection with any of the transactions set forth therein which affect any rental or lease of any housing accommodation, it shall be a prohibited, unlawful practice for a person, owner, or any representative of the housing to "[m]ake, print, circulate, post, mail or cause to be printed, circulated, posted, or mailed any notice, statement, or advertisement, or to announce a policy . . . for the . . . rental [or] lease of any housing accommodation, which indicates directly or indirectly, any discrimination or any intent to discriminate as to . . . familial status . . ." (§92.03(F)).

The Respondent subject property community was advertised on Craigslist as "Age 50+ apartment community" and rental housing testing by the Complainant indicated a preference and/or limitation of no minor children to occupy subject community dwellings. The Respondent likely engaged in unlawful discrimination based on familial status in violation of Louisville Metro Amended Ordinance Number 193, Series 2004.

I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE OF ALLEGED DISCRIMINATION AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_Mani S. Dee_
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ DAY OF _June_, 20 _15_ .

Notary Public, State at Large, KY

MY COMMISSION EXPIRES ON  My commission expires Mar. 18, 2018

_signature_
SIGNATURE OF NOTARY PUBLIC

**CNP Supplemental MSJ 0352**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                     LOU METRO 017832

07/13/2015  11:52   5022676344          AMERICAN APPRAISERS                PAGE  03/05

**LOUISVILLE METRO**
**HUMAN RELATIONS COMMISSION**
**410 WEST CHESTNUT STREET, SUITE 300A**
**LOUISVILLE, KY 40202**

Louisville Metro Human Relations Commission  )
-- Enforcement                                )
                                              )            **HOUSING**
        **v.**                                )          **CONCILIATION**
                                              )           **AGREEMENT**
                                              )
        ██████                                )      **Complaint No. C00-HO435**
                                              )       **HUD No. 04-15-0760-8**
                                              )
                                              )

A complaint having been filed under the provisions of Louisville Metro Amended Ordinance Number 193, Series 2004, also known as Chapter 92 of the Louisville Metro Code of Ordinances ("Louisville Metro Ordinance"); and, Title VIII of the Civil Rights Act of 1968, as amended, also known as the federal Fair Housing Act, as amended ("Fair Housing Act"); and, having been conciliated herein, the parties **Louisville Metro Human Relations Commission – Enforcement** (the "Complainant") and ██████ (the "Respondent"), agree to, and do settle, the above matter in the following extent and manner:

I.      In exchange for the promises made in this Housing Conciliation Agreement ("Agreement"), the Complainant agrees not to institute a lawsuit against the Respondent under Louisville Metro Ordinance based on **Complaint Number C00-HO435**; or, under Kentucky Revised Statutes Chapter 344, also known as the Kentucky Civil Rights Act of 1968, as amended; or, under the Fair Housing Act based on United States Department of Housing & Urban Development ("HUD") **Complaint Number 04-15-0760-8**.

II.     The Respondent admits to no liability with regard to the Complainant's allegations in the housing discrimination complaint.

III.    The Respondent agrees to review and update policies on Respondent-controlled advertising of rental dwellings under the Ordinance and the Fair Housing Act within thirty (30) days of the effective date of the executed Agreement between the parties.

IV.     The Respondent agrees to cease advertising rental dwellings as "Age 50+" to occupy a dwelling, immediately upon the effective date of the executed Agreement between the parties, consistent with the Ordinance, the Fair Housing Act, and the Housing for Older Persons Act of 1995 ("HOPA").

*deleted OG*

V.      The Respondent agrees to provide an equal housing opportunity statement and/or symbol in all Respondent dwelling print advertisements within thirty (30) days of the

**CNP Supplemental MSJ 0353**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    LOU METRO 017834

Housing Conciliation Agreement
*Louisville Metro Human Relations Commission – Enforcement v.* ▮▮▮▮▮
Complaint No. C00-HO435
HUD No. 04-15-0760-8
Page Two

effective date of the executed Agreement between the parties, for a period of no less than one hundred eighty (180) days therefrom.

VI.    The Respondent agrees to operate Respondent dwellings consistent with the Ordinance, the Fair Housing Act, and HOPA if operating such dwellings as housing for older persons. The Respondent agrees that in such case, Respondent dwellings will have one person who is 55 years of age or older living in at least 80% of occupied dwellings or 100% of residents age 62 years or older. The Respondent agrees that the Respondent would publish and follow policies and procedures that demonstrate an intent to be housing for such older persons.

VII.   The Respondent agrees that for such housing for older persons dwellings, the Respondent will provide for verification by reliable surveys and affidavits; and, include examples of the types of policies and procedures relevant to a determination of compliance, consistent with rules established by HUD.

VIII.  The Respondent agrees that such an exempt property will not violate the Ordinance, the Fair Housing Act, and HOPA if it excludes families with minor children, but that the Respondent does not have to do so. The Respondent otherwise agrees that such exempt property must meet Ordinance, Fair Housing Act, and HOPA requirements that at least 80% of occupied dwellings have at least one occupant who is 55 or older, or contain 100% of residents age 62 years or older, and that the Respondent publish and follow policies and procedures which demonstrate such intent.

IX.    The Respondent agrees to abide by HUD's March 6, 2006 memorandum "Conversion to Housing for Older Persons [u]nder the Fair Housing Act and the Housing for Older Persons Act of 1995 (HOPA)" if seeking to convert applicable dwelling properties to such an exempt status from a non-exempt status.

X.     The Respondent agrees that for Respondent dwellings not programmatically intended as housing for older persons, families with minor children are permitted to occupancy consistent with the Ordinance; occupancy standards governed by other sections of Louisville Metro Code of Ordinances; the Fair Housing Act; and, Respondent business criteria, immediately upon the effective date of the executed Agreement between the parties.

XI.    The Respondent agrees that the Complainant may make subsequent inquiry into Respondent compliance with any of the provisions referenced in the Agreement.

**CNP Supplemental MSJ 0354**

07/13/2015  11:52    5022676344                AMERICAN APPRAISERS                    PAGE  05/05

Housing Conciliation Agreement
*Louisville Metro Human Relations Commission – Enforcement v.* ████
Complaint No. C00-HO435
HUD No. 04-15-0760-8
Page Three

XII.    The Respondent shall be permanently enjoined from violating fair housing laws of
        Louisville Metro.

XIII.   The parties to this Agreement understand that the Agreement is a public document
        and that the Complainant, and/or HUD, has the discretion to make public any or all
        parts of the Agreement.

XIV.    The parties to this Agreement understand that upon the Complainant's issuance of an
        order embodying the terms of the Agreement, it shall be an unlawful practice,
        judicially enforceable, for a party to the Agreement to violate the terms thereof.

████████████████

_____          7-10-15
RESPONDENT                              _____
                                              DATE

_____          7-20-15
COMPLAINANT                             _____
Louisville Metro Human Relations Commission –          DATE
Enforcement

_____          7/13/2015
COMPLIANCE OFFICER                      _____
Louisville Metro Human Relations Commission            DATE

_____          7/20/15
EXECUTIVE DIRECTOR                      _____
Louisville Metro Human Relations Commission            DATE

**CNP Supplemental MSJ 0355**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    LOU METRO 017836

*COO-HO4₈²* **COMPLAINT OF DISCRIMINATION**

**MAIL OR DELIVER TO:**
Louisville Metro Human
Relations Commission                    **PLEASE RESPOND TO THIS COMPLAINT**
410 West Chestnut Street, Suite 300A
Louisville, KY 40202

Louisville Metro Human Relations Commission - Enforcement

| NAME | TELEPHONE NUMBER |
|---|---|

410 West Chestnut Street, Suite 300A, Louisville, Kentucky 40202

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

WAS THE DISCRIMINATION IN . . . (CHECK ONE)

[ ] Employment    [X] Housing    [ ] Public Accommodations    [ ] Hate Crimes

BECAUSE OF . . . (CHECK ONE)

[ ] Race    [ ] Age    [ ] National Origin  [ ] Sexual Orientation  [ ] Gender Identity

[ ] Sex    [ ] Handicap  [ ] Retaliation    [ ] Religion    [X] Familial Status

Who discriminated against you?  Give name and address of employer, labor organization, employment agency, apprenticeship committee, licensing agency, public accommodation, real estate broker or lender or apartment manager.

LIST ALL:

| ███████ | |
|---|---|
| NAME | TELEPHONE NUMBER |

████ ██ , Louisville, Jefferson County, Kentucky 40208-5218

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

████████

AND (OTHER PARTIES, IF ANY)

██████ ██ , Louisville, Jefferson County, Kentucky 40208-5218

THE ACTUAL DATE OF THE MOST RECENT
DATE OF ALLEGED DISCRIMINATION:

_____February 11, 2015_____
MONTH         DAY         YEAR

**CNP Supplemental MSJ 0356**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    LOU METRO 017837

Page Two (2)

## LOUISVILLE METRO
## HUMAN RELATIONS COMMISSION

### COMPLAINT OF DISCRMINATION

EXPLANATION OF YOUR COMPLAINT

Chapter 92 of the Louisville Metro Code of Ordinances states that in connection with any of the transactions set forth therein which affect any rental or lease of any housing accommodation, it shall be a prohibited, unlawful practice for a person, owner, or any representative of the housing to "[r]efuse to . . . rent or lease . . . or otherwise deny to or withhold any housing accommodation from a person because of . . . familial status . . ." (§92.03(A)).

Additionally, Chapter 92 of the Louisville Metro Code of Ordinances states that in connection with any of the transactions set forth therein which affect any rental or lease of any housing accommodation, it shall be a prohibited, unlawful practice for a person, owner, or any representative of the housing to "[m]ake, print, circulate, post, mail or cause to be printed, circulated, posted, or mailed any notice, statement, or advertisement, or to announce a policy . . . for the . . . rental [or] lease of any housing accommodation, which indicates directly or indirectly, any discrimination or any intent to discriminate as to . . . familial status . . ." (§92.03(F)).

The Respondents' subject property rental dwelling was advertised on Craigslist as "Mature/Adult/Duplex – Available NOW," indicating refusal to rent to a family with a minor child to occupy the dwelling. The Respondents likely engaged in unlawful discrimination based on familial status in violation of Louisville Metro Amended Ordinance Number 193, Series 2004.

I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE OF ALLEGED DISCRIMINATION AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_Ibrahim B Syed_
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS _2_ DAY OF _March_ , 20_15_.

MY COMMISSION EXPIRES ON _4/25/15_ .

_[signature]_
SIGNATURE OF NOTARY PUBLIC

**CNP Supplemental MSJ 0357**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**LOUISVILLE METRO
HUMAN RELATIONS COMMISSION
410 WEST CHESTNUT STREET, SUITE 300A
LOUISVILLE, KY 40202**

| | | |
|---|---|---|
| **Louisville Metro Human Relations Commission** ) | | |
| **-- Enforcement** ) | | |
| ) | | |
| **v.** ) | **HOUSING** | |
| ) | **CONCILIATION** | |
| ▮▮▮▮▮▮▮▮ ) | **AGREEMENT** | |
| ) | | |
| ) | **Complaint No. C00-HO422** | |
| **&** ) | **HUD No. 04-15-0406-8** | |
| ) | | |
| ▮▮▮▮▮▮▮▮ ) | | |

A complaint having been filed under the provisions of Louisville Metro Amended Ordinance Number 193, Series 2004, also known as Chapter 92 of the Louisville Metro Code of Ordinances ("Louisville Metro Ordinance"); and, Title VIII of the Civil Rights Act of 1968, as amended, also known as the federal Fair Housing Act, as amended ("Fair Housing Act"); and, having been conciliated herein, the parties **Louisville Metro Human Relations Commission – Enforcement** (the "Complainant") and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (the "Respondents"), agree to, and do settle, the above matter in the following extent and manner:

I.     In exchange for the promises made in this Housing Conciliation Agreement ("Agreement"), the Complainant agrees not to institute an administrative hearing or a lawsuit against the Respondents under Louisville Metro Ordinance based on **Complaint Number C00-HO422**; or, under Kentucky Revised Statutes Chapter 344, also known as the Kentucky Civil Rights Act of 1968, as amended; or, under the Fair Housing Act based on United States Department of Housing & Urban Development ("HUD") **Complaint Number 04-15-0406-8**.

II.    The Respondents agree to cease advertising rental dwellings as "Mature/Adult" immediately upon Respondents' signature to this Agreement between the parties, consistent with the Ordinance and the Fair Housing Act.

III.   The Respondents agree to provide an equal housing opportunity statement and/or symbol in all dwelling print advertisements within thirty (30) days of receipt of Complainant notice of complaint dismissal based on the terms of the Agreement, for a period of no less than one hundred eighty (180) days therefrom.

IV.    The Respondents agree to review HUD memorandum "Guidance Regarding Advertisements [u]nder 804(c) of the Fair Housing Act" dated January 9, 1995. The

**CNP Supplemental MSJ 0358**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                LOU METRO 017840

Housing Conciliation Agreement
*Louisville Metro Human Relations Commission – Enforcement v.* ███████████
Complaint No. C00-HO422
HUD No. 04-15-0406-8
Page Two

       Respondents agree to submit a written statement to the Complainant attesting to such review within thirty (30) days of receipt of Complainant notice of complaint dismissal based on the terms of the Agreement.

V.    The Respondents agree that the Complainant may make subsequent inquiry into Respondents' compliance with any of the provisions referenced in the Agreement.

VI.    The Respondents shall be permanently enjoined from violating fair housing laws of Louisville Metro.

VII.    The parties to this Agreement understand that the Agreement is a public document and that the Complainant, and/or HUD, has the discretion to make public any or all parts of the Agreement.

VIII.    The parties to this Agreement understand that upon the Complainant's issuance of an order embodying the terms of the Agreement, it shall be an unlawful practice, judicially enforceable, for a party to the Agreement to violate the terms thereof.

_____    *May 26, 2015*
RESPONDENT                DATE

_____    *5/29/15*
RESPONDENT                DATE

_____    *7-20-15*
COMPLAINANT             DATE
Louisville Metro Human Relations Commission –
Enforcement

**CNP Supplemental MSJ 0359**

Housing Conciliation Agreement
*Louisville Metro Human Relations Commission – Enforcement v.* ███████
Complaint No. C00-HO422
HUD No. 04-15-0406-8
Page Three


_____        7/2/2015
COMPLIANCE OFFICER                        DATE
Louisville Metro Human Relations Commission


_____        7-20-15
EXECUTIVE DIRECTOR                        DATE
Louisville Metro Human Relations Commission

**CNP Supplemental MSJ 0360**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    LOU METRO 017842

*COO-HO409*    **COMPLAINT OF DISCRIMINATION**

**MAIL OR DELIVER TO:**
Louisville Metro Human
Relations Commission                    **PLEASE RESPOND TO THIS COMPLAINT**
410 West Chestnut Street, Suite 300A
Louisville, KY 40202

Louisville Metro Human Relations Commission - Enforcement

| NAME | | | TELEPHONE NUMBER |
|------|---|---|------------------|

410 West Chestnut Street, Suite 300A, Louisville, Kentucky 40202

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|----------------|------|-------|----------|

WAS THE DISCRIMINATION IN . . . (CHECK ONE)

[ ] Employment    [X] Housing    [ ] Public Accommodations    [ ] Hate Crimes

BECAUSE OF . . . (CHECK ONE)

[ ] Race    [ ] Age    [ ] National Origin  [ ] Sexual Orientation  [ ] Gender Identity

[ ] Sex    [ ] Handicap  [ ] Retaliation    [ ] Religion    [X] Familial Status

Who discriminated against you? Give name and address of employer, labor organization, employment agency, apprenticeship committee, licensing agency, public accommodation, real estate broker or lender or apartment manager.

LIST ALL:

| NAME | | | TELEPHONE NUMBER |
|------|---|---|------------------|

█████, Harrods Creek, Jefferson County, Kentucky 40027-0099

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|----------------|------|-------|----------|

AND (OTHER PARTIES, IF ANY)

THE ACTUAL DATE OF THE MOST RECENT
DATE OF ALLEGED DISCRIMINATION:

_____ October 22, 2014 _____
MONTH        DAY        YEAR

**CNP Supplemental MSJ 0361**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER          LOU METRO 017865

Page Two (2)

**LOUISVILLE METRO
HUMAN RELATIONS COMMISSION**

**COMPLAINT OF DISCRMINATION**

EXPLANATION OF YOUR COMPLAINT

Chapter 92 of the Louisville Metro Code of Ordinances states that in connection with any of the transactions set forth therein which affect any rental or lease of any housing accommodation, it shall be a prohibited, unlawful practice for a person, owner, or any representative of the housing to "[r]efuse to . . . rent or lease . . . or otherwise deny to or withhold any housing accommodation from a person because of . . . familial status . . ." (§92.03(A)).

Additionally, Chapter 92 of the Louisville Metro Code of Ordinances states that in connection with any of the transactions set forth therein which affect any rental or lease of any housing accommodation, it shall be a prohibited, unlawful practice for a person, owner, or any representative of the housing to "[m]ake, print, circulate, post, mail or cause to be printed, circulated, posted, or mailed any notice, statement, or advertisement, or to announce a policy . . . for the . . . rental [or] lease of any housing accommodation, which indicates directly or indirectly, any discrimination or any intent to discriminate as to . . . familial status . . ." (§92.03(F)).

The Respondents' subject property rental dwelling was advertised on Craigslist on October 22, 2014 as "Will not lease to two singles or people with children," indicating refusal to rent to a family with a minor child to occupy the dwelling. The Respondents likely engaged in unlawful discrimination based on familial status in violation of Louisville Metro Amended Ordinance Number 193, Series 2004.

I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE OF ALLEGED DISCRIMINATION AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___/___ DAY OF _December_, 20_14_.

Notary Public, State at Large, KY
MY COMMISSION EXPIRES ON My commission expires Apr. 25, 2015

_____
SIGNATURE OF NOTARY PUBLIC

**CNP Supplemental MSJ 0362**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                LOU METRO 017866

**COMMONWEALTH OF KENTUCKY**
**LOUISVILLE/JEFFERSON COUNTY METRO HUMAN RELATIONS COMMISSION**
**COMPLAINT NO. C00-HO409**
**HUD NO. 04-15-0189-8**
**ADMINISTRATIVE ACTION NO. 15-LMHR-0136**

LOUISVILLE/JEFFERSON COUNTY METRO
HUMAN RELALATIONS COMMISSION

On Behalf Of:

LOUISVILLE/JEFFERSON COUNTY METRO
HUMAN RELALATIONS COMMISSION                                    COMPLAINANT

V.                    __HOUSING CONCILIATION AGREEMENT__

█████████████                                                  RESPONDENTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A complaint having been filed under the provisions of Louisville Metro Amended Ordinance Number 193, Series 2004, also known as Chapter 92 of the Louisville Metro Code of Ordinances ("Louisville Metro Ordinance"); and, Title VIII of the Civil Rights Act of 1968, as amended, also known as the federal Fair Housing Act, as amended ("Fair Housing Act"); and, having been conciliated herein, the parties **Louisville Metro Human Relations Commission – Enforcement** (the "Complainant") and █████████ (the "Respondents") agree to, and do settle, the above matter in the following extent and manner:

I.   In exchange for the promises made in this Housing Conciliation Agreement ("Agreement"), the Complainant agrees to dismiss the pending suit against the Respondents under Louisville Metro Ordinance based on **Complaint Number C00-HO409**; or, under Kentucky Revised Statutes Chapter 344, also known as the Kentucky Civil Rights Act of 1968, as amended; or, under the Fair Housing Act based on United States Department of Housing & Urban Development ("HUD") **Complaint Number 04-15-0189-8**.

II.  The Respondents agree to cease advertising rental dwellings as "will not lease to two singles or people with children" immediately upon Respondents' signature to this Agreement between the parties, consistent with the Ordinance and the Fair Housing Act.

III. The Respondents agree to provide an equal housing opportunity statement and/or symbol in all dwelling print advertisements within thirty (30) days of receipt of Complainant's notice of dismissal based on the terms of the Agreement, for a period of no less than one hundred eighty (180) days therefrom.

**CNP Supplemental MSJ 0363**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    LOU METRO 017868

IV. The Respondents agree to review HUD memorandum "Guidance Regarding Advertisements [u]nder 804(c) of the Fair Housing Act" dated January 9, 1995. The Respondents agree to submit a written statement to the Complainant attesting to such review within thirty (30) days of receipt of Complainant's notice of dismissal based on the terms of the Agreement.

V. The Respondents agree that the Complainant may make subsequent inquiry into Respondents' compliance with any of the provisions referenced in the Agreement.

VI. The Respondents shall be permanently enjoined from violating fair housing laws of Louisville Metro.

VII. The parties to this Agreement understand that the Agreement is a public document and that the Complainant, and/or HUD, has the discretion to make public any or all parts of the Agreement.

VIII. The parties to this Agreement understand that upon Complainant's issuance of an order embodying the terms of the Agreement, it shall be an unlawful practice, judicially enforceable, for a party to the Agreement to violate the terms thereof.



_____    9/8/15
                            DATE

_____    9/8/15
RESPONDENT                  DATE

_____    9/22/15
COMPLAINANT                 DATE
Louisville Metro Human Relations Commission –
Enforcement

_____    9/22/15
COMPLIANCE OFFICER          DATE
Louisville Metro Human Relations Commission

_____    9/23/15
EXECUTIVE DIRECTOR          DATE
Louisville Metro Human Relations Commission

2

**CNP Supplemental MSJ 0364**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER          LOU METRO 017869

**LOUISVILLE METRO
HUMAN RELATIONS COMMISSION
410 WEST CHESTNUT STREET, SUITE 300A
LOUISVILLE KY 40202**

| | |
|---|---|
| **Louisville Metro Human** ) | |
| **Relations Commission-Enforcement** ) | |
| ) | |
| ) | **Conciliation Settlement** |
| **V.** ) | **Agreement** |
| ) | **Order** |
| ▬▬▬▬ **(f/k/a** ▬▬▬▬ ) | |
| ) | |
| ) | |
| ) | |
| **Complaint No. C00-HO443** ) | |
| **HUD No. 04-15-0868-8** ) | |
| ) | |

Pursuant to the requirements of Louisville Metro Amended Ordinance No. 193, Series 2004, the Commission hereby adopts the following Order:

**"This case is dismissed with a resolution by Conciliation Settlement Agreement of the parties which is hereby incorporated hereto."**

A copy of this Order shall be furnished to the Complainant and Respondent.

LOUISVILLE METRO
HUMAN RELATIONS COMMISSION

BY _____
EXECUTIVE DIRECTOR

DATE 9/17/2015

**CNP Supplemental MSJ 0365**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER              LOU METRO 019862

## CERTIFICATE OF SERVICE

This is to certify that this ORDER was mailed this 17th day of September, 2015, by certified mail to:

█████████
███████████

Louisville, KY 40207
(502) ████████
*Respondent' Representative*

CAROLYN MILLER-COOPER
LOUISVILLE METRO HUMAN RELATIONS COMMISSION

**CNP Supplemental MSJ 0366**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          LOU METRO 019863

LOUISVILLE METRO
HUMAN RELATIONS COMMISSION
410 WEST CHESTNUT STREET, SUITE 300A
LOUISVILLE, KY 40202

Louisville Metro Human Relations Commission  )
-- Enforcement                               )
                                             )
                                             )            **HOUSING
            v.                               )          CONCILIATION
                                             )           AGREEMENT
            ▮▮▮▮▮ f/k/a ▮▮▮▮▮ ▮              )
                                             )      **Complaint No. C00-HO443
                                             )       HUD No. 04-15-0868-8**
                                             )
                                             )
                                             )

A complaint having been filed under the provisions of Louisville Metro Amended
Ordinance Number 193, Series 2004, also known as Chapter 92 of the Louisville Metro Code of
Ordinances ("Louisville Metro Ordinance"); and, Title VIII of the Civil Rights Act of 1968, as
amended, also known as the federal Fair Housing Act, as amended ("Fair Housing Act"); and,
having been conciliated herein, the parties **Louisville Metro Human Relations Commission –
Enforcement** (the "Complainant") and ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (the
"Respondent"), agree to, and do settle, the above matter in the following extent and manner:

I.   In exchange for the promises made in this Housing Conciliation Agreement
     ("Agreement"), the Complainant agrees not to institute an administrative hearing or a
     lawsuit against the Respondent under Louisville Metro Ordinance based on **Complaint
     Number C00-HO443**; or, under Kentucky Revised Statutes Chapter 344, also known as
     the Kentucky Civil Rights Act of 1968, as amended; or, under the Fair Housing Act
     based on United States Department of Housing & Urban Development ("HUD")
     **Complaint Number 04-15-0868-8.**

II.  The parties agree that the Respondent admits no liability with regards to the merits of
     Complainant allegations in the subject complaint.

III. The Respondent agrees to cease advertising rental dwellings, including, but not limited
     to, the subject dwelling to the complaint located at ▮▮▮▮▮▮▮ Louisville,
     Jefferson County, Kentucky 40206, as "can accommodate . . . a maximum of a single
     family with 2 children at one time" immediately upon Respondent signature to this
     Agreement between the parties, consistent with the Ordinance and the Fair Housing Act.

IV.  The Respondent agrees to provide an equal housing opportunity statement and/or symbol
     in all dwelling print advertisements within thirty (30) days of receipt of Complainant
     notice of complaint dismissal based on the terms of the Agreement, for a period of no
     less than one hundred eighty (180) days therefrom.

RECEIVED

**CNP Supplemental MSJ 0367**

SEP 04 2015

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LOU METRO 019864
HUMAN RELATIONS COMM.

Housing Conciliation Agreement
*Louisville Metro Human Relations Commission – Enforcement v.* ███
Complaint No. C00-HO443
HUD No. 04-15-0868-8
Page Two

V.    The Respondent agrees to review HUD memorandum "Guidance Regarding
      Advertisements [u]nder 804(c) of the Fair Housing Act" dated January 9, 1995. The
      Respondent agrees to submit a written statement to the Complainant attesting to such
      review within thirty (30) days of receipt of Complainant notice of complaint dismissal
      based on the terms of the Agreement.

VI.   The Respondent agrees that the Complainant may make subsequent inquiry into
      Respondent compliance with any of the provisions referenced in the Agreement.

VII.  The parties to this Agreement understand that the Agreement is a public document
      and that the Complainant, and/or HUD, has the discretion to make public any or all
      parts of the Agreement.

VIII. The parties to this Agreement understand that upon the Complainant's issuance of an
      order embodying the terms of the Agreement, it shall be an unlawful practice,
      judicially enforceable, for a party to the Agreement to violate the terms thereof.

IX.   The parties to this Agreement understand that upon the Complainant's issuance of an
      order embodying the terms of the Agreement, such order shall constitute complete
      closure of said housing discrimination complaint.


█████████████████████████              8/31/15
RESPONDENT                             DATE
███████████


Charles H. Lanir                       9/14/15
COMPLAINANT                            DATE
Louisville Metro Human Relations Commission –
Enforcement


Carolyn Miller Cooper                  9/14/15
Executive Director                     Date
Louisville Metro Human Relations
Commission

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**CNP Supplemental MSJ 0368**

LOU METRO 019865

*C004043*

# COMPLAINT OF DISCRIMINATION

**MAIL OR DELIVER TO:**
Louisville Metro Human
Relations Commission                    **PLEASE RESPOND TO THIS COMPLAINT**
410 West Chestnut Street, Suite 300A
Louisville, KY 40202


Louisville Metro Human Relations Commission - Enforcement
_____
NAME                                                TELEPHONE NUMBER

410 West Chestnut Street, Suite 300A, Louisville, Kentucky 40202
_____
STREET ADDRESS                    CITY        STATE            ZIP CODE


WAS THE DISCRIMINATION IN . . . (CHECK ONE)

    [ ] Employment    [X] Housing    [ ] Public Accommodations    [ ] Hate Crimes

BECAUSE OF . . . (CHECK ONE)

    [ ] Race    [ ] Age    [ ] National Origin  [ ] Sexual Orientation  [ ] Gender Identity

    [ ] Sex    [ ] Handicap  [ ] Retaliation    [ ] Religion        [X] Familial Status


Who discriminated against you? Give name and address of employer, labor organization, employment agency,
apprenticeship committee, licensing agency, public accommodation, real estate broker or lender or apartment
manager.

LIST ALL:

████████████
_____
NAME                                                TELEPHONE NUMBER

██████████  Louisville, Jefferson County, Kentucky 40207-1244
_____
STREET ADDRESS                    CITY        STATE            ZIP CODE


AND (OTHER PARTIES, IF ANY)
_____


THE ACTUAL DATE OF THE MOST RECENT
DATE OF ALLEGED DISCRIMINATION:
                                    _____July 13, 2015_____
                                    MONTH        DAY            YEAR

**CNP Supplemental MSJ 0369**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER            LOU METRO 019895

Page Two (2)

## LOUISVILLE METRO
## HUMAN RELATIONS COMMISSION

### COMPLAINT OF DISCRMINATION

EXPLANATION OF YOUR COMPLAINT

Chapter 92 of the Louisville Metro Code of Ordinances states that in connection with any of the transactions set forth therein which affect any rental or lease of any housing accommodation, it shall be a prohibited, unlawful practice for a person, owner, or any representative of the housing to "[m]ake, print, circulate, post, mail or cause to be printed, circulated, posted, or mailed any notice, statement, or advertisement, or to announce a policy . . . for the . . . rental [or] lease of any housing accommodation, which indicates directly or indirectly, any discrimination or any intent to discriminate as to . . . familial status . . ." (§92.03(F)).

The Respondent subject property rental dwelling was advertised on Craigslist as "three (3) large bedrooms" but "can accommodate . . . a maximum of a single family with 2 children at one time," indicating a limitation and/or discrimination towards a family with more than two minor children that would occupy the dwelling.  The Respondent likely engaged in unlawful discrimination based on familial status in violation of Louisville Metro Amended Ordinance Number 193, Series 2004.

I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE OF ALLEGED DISCRIMINATION AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS _20_ DAY OF _July_ , 20_15_ .

MY COMMISSION EXPIRES ON _May 29, 2019_ .

_____
SIGNATURE OF NOTARY PUBLIC

**CNP Supplemental MSJ 0370**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    LOU METRO 019896

BEFORE THE LOUISVILLE METRO HUMAN RELATIONS COMMISSION
KCHR COMPLAINT NO. C00-HO443
HUD NO. 04-15-0868-8

LOUISVILLE METRO HUMAN RELATIONS COMMISSINO-ENFORCEMENT

   Petitioner,

vs.

  [REDACTED]

   Respondent.

*RECEIVED AUG 13 2015 LOU. METRO HUMAN RELATIONS COMM.*

## **VERIFIED ANSWER**

   Respondent, [REDACTED] n/k/a [REDACTED] ("Respondent"), by and through its undersigned counsel, hereby states as follows for her answer to the housing discrimination complaint (herein "Complaint") filed by Louisville Metro Human Relations Commission—Enforcement ("Petitioner"):

   Comes affiant, [REDACTED] n/k/a [REDACTED] after being duly sworn and states as follows:

   1.  My name is [REDACTED] n/k/a [REDACTED] I presently reside at [REDACTED] Louisville, Jefferson County, Kentucky 40207.  Further, I am the sole owner of a condominium unit located at [REDACTED] Louisville, Jefferson County, Kentucky (herein "Property"). I have personal knowledge of and am otherwise competent to testify about all of the facts contained in this affidavit.

   2.  I have owned the Property since July 2002. Since that time, I have rented the Property to various tenants. I have never discriminated against individual in any unlawful fashion in the renting of the Property since my ownership of same. I have never refused to rent the Property to any individual because of family size or status. I have never received any complaint of discrimination from any tenant or other individual prior to the commencement of this proceeding.

**CNP Supplemental MSJ 0371**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER   LOU METRO 019977

3.       On or about July 20, 2015, the Louisville Metro Human Relations Commission—Enforcement lodged the instant Complaint against me, alleging that in advertising the Property for rent, I had engaged in unlawful discriminatory housing practices prohibited by the federal Fair Housing Act.  Specifically, the Complaint alleges that an advertisement for the Property posted on Craigslist stated that the Property had "three (3) large bedrooms" but "can accommodate . . . a maximum of a single family with 2 children at one time."

4.       The language used in the Craigslist advertisement has been misconstrued by the Petitioner.  The ad in no way suggests that I would refuse to rent the Property to any tenant on the basis of familial status or family size, or that I wished to discourage any prospective tenant from inquiring about the Property due to the number of occupants.  The language of the ad was simply intended to convey to any interested parties that due to the size of the Property most renters would find it difficult to accommodate any more than two children—but was not intended to convey that I would place an absolute limitation on occupancy.

5.       In placing the ad, I had no intention of discriminating against any person due to familial status, and I do not believe that an ordinary listener would interpret the ad as indicting a limitation for or against a protected group.

6.       The Property is presently vacant; however, I am in the process of listing the Property for sale in the next few days.

7.       I have read the patron's Complaint and disagree with the allegations as stated therein.  I do not discriminate against any protected class of renter or engage in any conduct designed to discourage any protected class of renter from viewing or renting the Property.

8.       Finally, I do not object to initiating a conciliation/negotiated settlement process.

FURTHER THE AFFIANT SAITH NOT.

2

CNP Supplemental MSJ 0372



STATE OF KENTUCKY    )
                     ) ss:
COUNTY OF JEFFERSON  )

Subscribed and sworn to before me by ███████ this _10_ day of August, 2015.

My commission expires: _March 31, 2016_.



Erin N. Reilly
Notary Public
State at Large, Kentucky

_____
NOTARY PUBLIC, STATE-AT-LARGE,
KENTUCKY

Respectfully submitted,



Louisville, Kentucky 40207
Telephone: (502) ████████
Facsimile: (502) ████████

_Counsel for Respondent_

3

CNP Supplemental MSJ 0373

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        LOU METRO 019979



## CERTIFICATE OF SERVICE

I hereby certify that the original and one true and correct copy of the foregoing Answer was sent by U.S. Mail, postage prepaid, and by email this __10th__ day of August, 2015, to the following person:

Louisville Metro Human Relations Commission—Enforcement
Attn: Nicholas Valenzuela
410 W. Chestnut Street, Suite 300A
Louisville, Kentucky 40202

Nicholas.Valenzuela@louisvilleky.gov

4

**CNP Supplemental MSJ 0374**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          LOU METRO 019980

## DEBRIEFING NOTES

Test Date: 4/8 - 4/9/2015          Debriefed By: N.A. Valenzuela

Place: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮          Debriefing Date: 4/15/2015

Tester: T. C. Bryant

The tester information indicated that no
agent returned her voicemail message
inquiries into subject property dwelling
rental availability.

**CNP Supplemental MSJ 0375**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          LOU METRO 019984

## RENTAL TESTING REPORT FORM
### COVER STORY

Tester: _Teresa C. Bryant_____

Dwelling: ██████████████████_____

Rental unit sought: _three-bedroom *_____

Advertisement/How I heard about the company: _Craigslist_____

\*Inquire about availability on behalf of
yourself, a spouse, and one adult child

1

**CNP Supplemental MSJ 0376**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          LOU METRO 019988

## RENTAL TESTING REPORT FORM
### TELEPHONE CONTACT

Date 4/8/15

Time 11:15

Name of property ████████

Address ████████

1st attempt - got voice mail for ████████ no answer, left a messag for callback I did mention apartment was for myself, spouse & 22 yr old son.

2nd Attempt no answer - left message
4/9/15 for ████████ to see if available

*Teresa Bryant*

2

**CNP Supplemental MSJ 0377**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        LOU METRO 019989

## DEBRIEFING NOTES

Test Date: _4/7 - 4/16/2015_       Debriefed By: _N.A. Valenzuela_

Place: ███████████████       Debriefing Date: _4/21/2015_

Tester: _K. Ohin_

_The tester information indicated that no
agent returned his voicemail message
inquiries into subject property dwelling
rental availability._

**CNP Supplemental MSJ 0378**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          LOU METRO 019990

### RENTAL TESTING REPORT FORM
#### COVER STORY

Tester:  _Kouanvi Ohin_

Dwelling:  ███████████████████

Rental unit sought:  _three-bedroom_ *

Advertisement/How I heard about the company:  _Craigslist_

\* inquire about availability on behalf of
yourself, a spouse, and two minor children

1

**CNP Supplemental MSJ 0379**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          LOU METRO 019994

## RENTAL TESTING REPORT FORM
### TELEPHONE CONTACT

Date _04/07/15_

Time _1:57 PM_

Name of property _Unidentified_

Address ███████████████ _Louisville - KY_

- Pre-called and left message including my name, #, and the reason for calling
- i will try again later

**CNP Supplemental MSJ 0380**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER             LOU METRO 019995

# CASE FINDINGS MEMO

Louisville Metro Human Relations Commission-Enforcement                Complainant

vs

                                                                                Respondent

Complaint No: C00-HO421; HUD No. 04-15-0671-8
Investigator: Zoelee Velez Lopez
Basis: Familial Status
Action: Discriminatory Advertising
Recommendation: Probable Cause

## ONSITE VISIT INFORMATION

Onsite conducted:    Yes____    No _X_
Date onsite conducted: _____
No onsite conducted reason:    Unnecessary

## COMPLAINANT'S POSITION

Last date of discrimination: November 30, 2014
Action filed:  December 02, 2014

The Complainant discovered an advertisement for housing on Craigslist.org for an apartment located at [REDACTED] Louisville, KY. Complainant identified, in late November of 2014, the advertisement permitted rental of the subject property dwelling by "single or couple". "Single or couple" indicated adults only permitted rental, to a reasonable reader, and is a violation of the advertising provision of local and federal fair housing law; HUD issued guidance stating such prohibition.

The Complainant believes that fair housing rights have been violated, and alleged unlawful discriminatory advertising based upon familial status, in violation of Louisville Metro Amended Ordinance Number 193, Series 2004, and §3604 (c) of the federal Fair Housing Act of 1995, as amended.

Documents/Information submitted:
- Housing Intake Charge Form
- Craigslist Advertisement

**CNP Supplemental MSJ 0381**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                LOU METRO 019670



## RESPONDENT'S POSITION

The Respondent has not denied any liability for unlawful discrimination after many attempts to notify the respondent about the complaint.

## PRIMA FACIE CASE ELEMENTS (Discriminatory Advertising)

*Elements of a case of discrimination under § 804 (c)*

**1.** Does the Complainant belong to a class of person whom the Act protects from unlawful discrimination because of race, color, religion, etc.?

**2.** Did the Respondent make, print, or publish, or caused to be made, printed or published a notice, statement, or advertisement that stated a preference, limitation, or discrimination that would exclude the Complainant because of his or her membership in the protected class identified by the Complainant?

**3.** Did the Complainant personally read or hear the statement, notice, or advertisement, or inquire about the availability of a dwelling?

**4.** Did the housing provider confirm the intent to indicate or express a preference or limitation based on race, color, religion, etc., or do the facts and circumstances provide a credible basis for inferring the intent of the Respondent?

| Were elements met? | EVIDENCE PRESENTED |
|---|---|
| 1) Yes | 1) The Complainant is the Louisville Metro Human Relations Commission Enforcement Board. |
| 2) Yes | 2) The Respondent published an advertisement that specifically stated "single or couple". |
| 3) Yes | 3) The Complainant personally read the advertisement about the dwelling. |
| 4) Yes | 4) The facts provide a credible basis for inferring the intent of the Respondent. |

## RECOMMENDATION

2

**CNP Supplemental MSJ 0382**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          LOU METRO 019671



Probable Cause

The Complainant alleged unlawful discriminatory advertising by the Respondent based on familial status. Specifically, the subject property rental dwelling was advertised on Craigslist.org as "single person or couple," indicating that a family with a minor child would not be permitted occupancy. Chapter 92 of the Louisville Metro Code of Ordinances states that in connection with any of the transactions set forth therein which affect any rental or lease of any housing accommodation; it shall be a prohibited, unlawful practice for a person, owner, or any representative of the housing to "make, print, circulate, post, mail or cause to be printed, circulated, posted, or mailed any notice, statement, or advertisement, or to announce a policy…for the…rental or lease of any housing accommodation, which indicates directly or indirectly, any discrimination or any intent to discriminate as to…familial status…" Through the Respondent's advertisement on Craigslist.org, the Respondent engaged in unlawful discriminatory advertising based on familial status in violation of S3604 (c) of the federal Housing Act of 1995, as amended.

3

**CNP Supplemental MSJ 0383**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    LOU METRO 019672

*C00-H0421*    **COMPLAINT OF DISCRIMINATION**

**MAIL OR DELIVER TO:**
Louisville Metro Human
Relations Commission              **PLEASE RESPOND TO THIS COMPLAINT**
410 West Chestnut Street, Suite 300A
Louisville, KY 40202

Louisville Metro Human Relations Commission - Enforcement

| NAME | TELEPHONE NUMBER |
|---|---|

410 West Chestnut Street, Suite 300A, Louisville, Kentucky 40202

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

WAS THE DISCRIMINATION IN . . . (CHECK ONE)

    [ ] Employment    [X] Housing    [ ] Public Accommodations    [ ] Hate Crimes

BECAUSE OF . . . (CHECK ONE)

    [ ] Race    [ ] Age    [ ] National Origin  [ ] Sexual Orientation  [ ] Gender Identity

    [ ] Sex    [ ] Handicap  [ ] Retaliation    [ ] Religion    [X] Familial Status

Who discriminated against you? Give name and address of employer, labor organization, employment agency, apprenticeship committee, licensing agency, public accommodation, real estate broker or lender or apartment manager.

LIST ALL:

██████ ████

| NAME | TELEPHONE NUMBER |
|---|---|

████████████████████ Louisville, Kentucky 40211-1982

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

AND (OTHER PARTIES, IF ANY)

THE ACTUAL DATE OF THE MOST RECENT
DATE OF ALLEGED DISCRIMINATION:

                     November 30, 2014

| MONTH | DAY | YEAR |
|---|---|---|

**CNP Supplemental MSJ 0384**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        LOU METRO 019674

Page Two (2)

## LOUISVILLE METRO
## HUMAN RELATIONS COMMISSION

### COMPLAINT OF DISCRMINATION

EXPLANATION OF YOUR COMPLAINT

Chapter 92 of the Louisville Metro Code of Ordinances states that in connection with any of the transactions set forth therein which affect any rental or lease of any housing accommodation, it shall be a prohibited, unlawful practice for a person, owner, or any representative of the housing to "[m]ake, print, circulate, post, mail or cause to be printed, circulated, posted, or mailed any notice, statement, or advertisement, or to announce a policy . . . for the . . . rental [or] lease of any housing accommodation, which indicates directly or indirectly, any discrimination or any intent to discriminate as to . . . familial status . . ." (§92.03(F)).

The Respondent subject property rental dwelling was advertised on Craigslist as "SINGLE OR COUPLE," indicating that a family with a minor child would not be permitted occupancy. The Respondent likely engaged in unlawful discrimination based on familial status in violation of Louisville Metro Amended Ordinance Number 193, Series 2004.

I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE OF ALLEGED DISCRIMINATION AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_Melissa Allen_
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS __2__ DAY OF __March__ , 20 _15_ .

MY COMMISSION EXPIRES ON __4/25/2015__ .

SIGNATURE OF NOTARY PUBLIC

**CNP Supplemental MSJ 0385**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    LOU METRO 019675

LOUISVILLE METRO HUMAN
RELATIONS COMMISSION
COMPLAINT NO. C00-HO421; HUD NO. 04-15-0671-8

LOUISVILLE METRO
HUMAN RELATIONS COMMISSION

On behalf of:

Louisville Metro Human Relations
Commission Enforcement Board                                    COMPLAINANT

v.                          **HOUSING CONCILIATION AGREEMENT**

█████████                                                      RESPONDENT

A housing complaint having been filed by the Louisville/Jefferson County Human Relations Commission (the "Commission") concerning apartment property owned by ████ █████ under the provisions of Louisville Metro Amended Ordinance Number 193, Series 2004; Title VIII of the Civil Rights Act of 1968, as amended; and Title VIII of the Civil Rights Act of 1968, as amended, based on United States Department of Housing and Urban Development ("HUD"); specifically Respondent engaged in unlawful discrimination based upon familial status in violation of sec. 3604(c) of the Fair Housing Act as amended; and having been conciliated, the parties **Louisville Jefferson County Metro Human Relations Commission** (the "Complainant") and ████████ (the "Respondent"), agree to, and do settle, the above matter in the following extent and manner:

I.      In exchange for the promises made herein and based on this Housing Conciliation Agreement ("Agreement"), the parties agree to settle the claims based upon Complaint Number C00-H0441, HUD Number 04-15-0671-8

II.     Respondent agrees that, within six months of the effective date of this Conciliation Agreement, an owner and/or property manager will complete a fair housing training on the subject of advertising and discrimination prohibited by the Fair Housing Act that is either presented or approved by the Louisville Human Relations Commission.

III.    The Respondent is enjoined from violating fair housing laws of Louisville Metro.

**CNP Supplemental MSJ 0386**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    LOU METRO 019723

Housing Conciliation Agreement

Page - 2-

IV.    The parties understand that this Agreement is a public document, and that the Commission or HUD has the discretion to make public any or all parts of this Agreement.

RESPONDENT

6/15/2016
DATE

Acting    EXECUTIVE DIRECTOR
~~Carolyn Miller-Cooper~~
Louisville Metro Human Relations Commission

3/8/17
DATE

Marie E. Dever
Louisville Metro Human Relations Commission
Enforcement Board

**CNP Supplemental MSJ 0387**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        LOU METRO 019724

Housing Conciliation Agreement

███████████████████

Page - 3-

PREPARED AND AGREED TO BY:

*[signature]*

J. Denis Ogburn
Assistant Jefferson County Attorney
531 Court Place, Suite 900
Louisville, KY 40202
 (502) 574-8429
*Counsel for Human Relations Commission*

**CNP Supplemental MSJ 0388**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          LOU METRO 019725

RECEIVED

JUN 0 5 2017

LOU. METRO
HUMAN RELATIONS COMM.

**CNP Supplemental MSJ 0389**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          LOU METRO 019726

# COMPLAINT OF DISCRIMINATION

**MAIL OR DELIVER TO:**

Louisville Metro Human
Relations Commission                    **PLEASE RESPOND TO THIS COMPLAINT**
410 West Chestnut Street, Suite 300A
Louisville, KY  40202

Louisville Metro Human Relations Commission - Enforcement

| NAME | TELEPHONE NUMBER |
|---|---|

410 West Chestnut Street, Suite 300A, Louisville, Kentucky 40202

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

WAS THE DISCRIMINATION IN . . . (CHECK ONE)

[ ] Employment     [X] Housing    [ ] Public Accommodations     [ ] Hate Crimes

BECAUSE OF . . . (CHECK ONE)

[ ] Race     [ ] Age     [ ] National Origin  [ ] Sexual Orientation  [ ] Gender Identity

[ ] Sex     [ ] Handicap  [ ] Retaliation     [ ] Religion     [X] Familial Status

Who discriminated against you?  Give name and address of employer, labor organization, employment agency, apprenticeship committee, licensing agency, public accommodation, real estate broker or lender or apartment manager.

LIST ALL:

████████████

| NAME | TELEPHONE NUMBER |
|---|---|

████████     Louisville, Jefferson County, Kentucky 40207

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|---|---|---|---|

AND (OTHER PARTIES, IF ANY)

THE ACTUAL DATE OF THE MOST RECENT
DATE OF ALLEGED DISCRIMINATION:

_____ February 25, 2015 _____
MONTH          DAY          YEAR

**CNP Supplemental MSJ 0390**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER              LOU METRO 019750

Page Two (2)

**LOUISVILLE METRO
HUMAN RELATIONS COMMISSION**

**COMPLAINT OF DISCRMINATION**

EXPLANATION OF YOUR COMPLAINT

Chapter 92 of the Louisville Metro Code of Ordinances states that in connection with any of the transactions set forth therein which affect any rental or lease of any housing accommodation, it shall be a prohibited, unlawful practice for a person, owner, or any representative of the housing to "[r]efuse to . . . rent or lease . . . or otherwise deny to or withhold any housing accommodation from a person because of . . . familial status . . ." (§92.03(A)).

Additionally, Chapter 92 of the Louisville Metro Code of Ordinances states that in connection with any of the transactions set forth therein which affect any rental or lease of any housing accommodation, it shall be a prohibited, unlawful practice for a person, owner, or any representative of the housing to "[m]ake, print, circulate, post, mail or cause to be printed, circulated, posted, or mailed any notice, statement, or advertisement, or to announce a policy . . . for the . . . rental [or] lease of any housing accommodation, which indicates directly or indirectly, any discrimination or any intent to discriminate as to . . . familial status . . ." (§92.03(F)).

The Respondent subject property rental dwelling was advertised on Craigslist as "SINGLE PERSON preferred but will consider married couple," indicating a refusal to rent to a family with a minor child to occupy the dwelling. The Respondent likely engaged in unlawful discrimination based on familial status in violation of Louisville Metro Amended Ordinance Number 193, Series 2004.

I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE OF ALLEGED DISCRIMINATION AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS _4th_ DAY OF _May_, 20_15_.

MY COMMISSION EXPIRES ON _5/25/15_.

_____
SIGNATURE OF NOTARY PUBLIC

**CNP Supplemental MSJ 0391**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    LOU METRO 019751

**LOUISVILLE METRO**
**HUMAN RELATIONS COMMISSION**
**410 WEST CHESTNUT STREET, SUITE 300A**
**LOUISVILLE KY 40202**

| | | |
|---|---|---|
| Louisville Metro Human | ) | |
| Relations Commission | ) | |
| | ) | |
| | ) | **Conciliation Settlement** |
| V. | ) | **Agreement** |
| | ) | **Order** |
| ████████████ | ) | |
| | ) | |
| | ) | |
| | ) | |
| Complaint No. C00-HO430 | ) | |
| HUD No. 04-15-0714-8 | ) | |
| | ) | |

Pursuant to the requirements of Louisville Metro Amended Ordinance No. 193, Series 2004, the Commission hereby adopts the following Order:

**"This case is dismissed with a resolution by Conciliation Settlement Agreement of the parties which is hereby incorporated hereto."**

A copy of this Order shall be furnished to the Complainant and Respondent.

LOUISVILLE METRO
HUMAN RELATIONS COMMISSION

BY *Carolyn Miller Cooper*
EXECUTIVE DIRECTOR

DATE 9/23/16

**CNP Supplemental MSJ 0392**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                LOU METRO 019819

## CERTIFICATE OF SERVICE

This is to certify that this ORDER was mailed this 26th day of September, 2016, by certified mail to:



Louisville, KY 40201
(502) 561-0506
*Respondent Representative*

CAROLYN MILLER-COOPER
LOUISVILLE METRO HUMAN RELATIONS COMMISSION

**CNP Supplemental MSJ 0393**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          LOU METRO 019820

# LOUISVILLE METRO
## HUMAN RELATIONS COMMISSION
### 410 WEST CHESTNUT STREET, SUITE 300A
### LOUISVILLE, KY 40202

Louisville Metro Human Relations Commission
--Enforcement                                          Housing Conciliation Agreement

vs.

                                                       Complaint No. C00-H0430
                                                       HUD No. 04-15-07148

A complaint having been filed under the provisions of Louisville Metro Amended
Ordinance Number 193, Series 2004, also known as Chapter 92 of the Louisville Metro Code of
Ordinances ("Louisville Metro Ordinance"); and the Tittle VIII of the Civil Rights Act of 1968,
as amended, also known as the Federal Fair Housing Act, as amended ("Fair Housing Act"); and
having been conciliated herein, the parties **Louisville Metro Human Relations Commission –
Enforcement** (the "Complainant") and                              (the "Respondents")
represented by                    , agree to, and do settle, the above matter in the following extent
and manner:

I.      In exchange for the promises made in this Housing Conciliation Agreement
        ("Agreement"), the Complainant agrees not to institute an administrative hearing
        or a lawsuit against the Respondent under Louisville Metro Ordinance based on
        **Complaint Number C00-H0430**; or under Kentucky Revised Statutes Chapter
        344, also known as the Kentucky Civil Rights Act of 1968, as amended; or, under
        the Fair Housing Act based on United States Department of Housing and Urban
        Development ("HUD") **Complaint Number 04-15-0406-8.**

II.     The Respondent agrees to cease advertising rental dwellings as "Single Person
        preferred but will consider married couple" immediately upon Respondent
        signature to this Agreement between the parties, consistent with the Ordinance
        and the Fair Housing Act.

III.    The Respondent agrees to provide an equal housing opportunity statement and/or
        symbol in all dwelling print advertisements within thirty (30) days of receipt of
        receipt of Complainant notice of complaint dismissal based on the terms of the
        Agreement, for a period of no less that one hundred eighty (180) days therefrom.

**CNP Supplemental MSJ 0394**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    LOU METRO 019821



IV.    The Respondent agree to review HUD memorandum "Guidance Regarding Advertisements Under §804(c) of the Fair Housing Act" dated January 9, 1995. The Respondents agree to submit a written statement to the Complainant attesting to such review within thirty (30) days of receipt of Complainant notice of complaint dismissal based on the terms of the agreement.

V.    The Respondents agree that the Complainant may make subsequent inquiry into Respondent compliance with any of the provisions referenced in the Agreement.

VI.    The parties to this Agreement understand that the Agreement is a public document and that the Complainant, and HUD, has the discretion any or all parts of the Agreement.

VII.    The parties to this Agreement understand that upon the Complaint's issuance of an order embodying the terms of the Agreement, it shall be an unlawful practice, judicially enforceable, for a party to the Agreement to violate the terms thereof.

RESPONDENT

6-8-16
DATE

COMPLAINANT
Louisville Metro Human Relations Commission
-Enforcement

9-20-16
DATE

CAROLYN MILLER-COOPER
Louisville Metro Human Relations Commission

9-20-16
DATE

COMPLIANCE OFFICER

6-9-2016
DATE

Page 2 of 2

**CNP Supplemental MSJ 0395**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

LOU METRO 019822

# COMPLAINT OF DISCRIMINATION

**MAIL OR DELIVER TO:**
Louisville Metro
Human Relations Commission
410 West Chestnut Street, Suite 300A
Louisville, KY 40202

**PLEASE RESPOND TO THIS COMPLAINT.**

| NAME | | TELEPHONE NUMBER |
|------|---|---|
| ███████████ | | ███████████ |

| STREET ADDRESS | CITY | STATE | ZIP CODE |
|----------------|------|-------|----------|
| ███████████ | Lexington | Kentucky | 40517 |

WAS THE DISCRIMINATION IN . . . (CHECK ONE)

[ ] Employment        [ X ] Housing        [ ] Public Accommodations

[ ] Hate Crimes

BECAUSE OF . . . (CHECK ONE)

[ ] Race           [ ] Age              [ ] Gender
[ ] Sex            [ ] Handicap         [ ] Sexual Orientation
[ ] National Origin [X] Familial Status  [ ] Other,

Who discriminated against you? Give name and address of employer, labor organization, employment agency, apprenticeship committee, licensing agency, public accommodation, real estate broker or lender or apartment manager.

LIST ALL:

| NAME | | TELEPHONE | |
|------|---|-----------|---|
| ███████████ | St. Louis | ███ MO | 63117 |
| STREET ADDRESS AND (OTHER PARTIES, IF ANY) Leasing Agents: ███████ and ███████ | CITY | STATE | ZIP CODE |

THE ACTUAL DATE OF THE MOST RECENT
DATE OF ALLEGED DISCRIMINATION:        May 31, 2013

MONTH    DAY    YEAR

**CNP Supplemental MSJ 0396**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER        LOU METRO 017826

Page Two (2)

**LOUISVILLE METRO**
**HUMAN RELATIONS COMMISSION**
**COMPLAINT OF DISCRMINATION**

EXPLANATION OF YOUR COMPLAINT
We are a fair housing organization whose mission is to promote equal housing opportunities in Kentucky. We conducted an investigation at ███████████████ and that investigation revealed that the property and its' staff are committing familial status discrimination
.

We believe that the Respondent committed housing discrimination in violation of the Fair Housing Act of 1968, as amended, based on familial status. Furthermore, we have been harmed through frustration of mission and diversion of resources. We believe that we have been discriminated against in violation of Louisville Metro Amended Ordinance No. 193, Series 2004.

I SWEAR OR AFFIRM THAT I HAVE READ THE ABOVE CHARGE OF ALLEGED DISCRIMINATION AND THAT IT IS TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF

███████████████████

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS _20th_ DAY OF _November_ , 20 _13_ .

MY COMMISSION EXPIRES ON _July 20, 2015_ .

SIGNATURE OF NOTARY PUBLIC

**CNP Supplemental MSJ 0397**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    LOU METRO 017827

**LOUISVILLE METRO**
**HUMAN RELATIONS COMMISSION**
**410 WEST CHESTNUT STREET, SUITE 300A**
**LOUISVILLE, KY 40202**

| | | |
|---|---|---|
| In the Matter of Conciliation Between | ) | |
| **LOUISVILLE METRO HUMAN** | ) | |
| **RELATIONS COMMISSION** | ) | **HOUSING** |
| | ) | **CONCILIATION** |
| on behalf of: | ) | **AGREEMENT** |
| | ) | |
| ███████████████████ | ) | |
| | ) | **Complaint No.s** |
| | ) | **C00-HO374 and C00-HO381** |
| **v.** | ) | **HUD No.s 04-140-151-8 and** |
| | ) | **04-14-0302-8** |
| ███████████████ | ) | **No.s 15-LMHR-0030 and** |
| | ) | **15-LMHR-0031** |
| | ) | |
| | ) | |
| | ) | |

The above referenced complaints having been filed with the Louisville Metro Human Relations Commission ("the Commission") under the provisions of Louisville Metro Amended Ordinance Number 193, Series 2004, and Title VIII of the Civil Rights Act of 1968, as amended, and having been conciliated, the parties the ███████████████████ and █████ ██████ (the "Complainants") and █████████████████████ (the "Respondent"), agree to, and do settle, the above matter in the following extent and manner:

I.      The charge of housing discrimination filed by the Complainants, the █████████ ███████████ and ██████ against the Respondent, ███ resulting in the Commission's Complaint C00-HO374 and C00-HO381; Housing and Urban Development ("HUD") Complaint Numbers 04-14-0151-8 and 04-14-0302-8 and Administrative Action No.s 15-LMHR-003- and 15-LMHR-0031.

II.     As the result of promises exchanged between the Complainants and the Respondent, the Commission agrees to dismiss as settled, and with prejudice, the above referenced cases pending before the Administrative Hearings Branch of the Office of the Attorney General with complaint numbers 15-LMHR-0030 and 15-LMHR-0031 within seven (7) days of Complainants' receipt of the funds referenced in paragraph III below.

**CNP Supplemental MSJ 0398**

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER                    LOU METRO 017828

III.     The Respondent agrees to compensate the Complainant ███████████ in the amount of Four Thousand Dollars and No Cents ($4,000). Respondent agrees to pay Complainant ███████ this amount within thirty (30) days after the Complainants and the Louisville Human Relations Commission sign this Agreement. Complainants' counsel shall provide Respondent with an executed copy of this Agreement within two (2) days of Complainants and the Louisville Human Relations Commission' execution of the Agreement. Interest at the rate of 12% per month will apply if this payment is late.

IV.     The Respondent agrees to review with their legal counsel the fair housing training materials provided by the Human Relations Commission within six (6) months of the execution of this agreement. Respondent's counsel will advise the Commission that the review has been completed.

V.      The Respondent agrees to modify their policies, with respect to any real estate owned by Respondent in Louisville, Kentucky, so that pregnant women will only be counted as a single occupant when applying the maximum occupancy standard for a unit. Additionally, the Respondent agrees to modify their policies, with respect to any real estate owned by Respondent in Louisville, Kentucky, so that infants one-year-old and younger will not be counted as an occupant when applying the maximum occupancy standard for a unit. The Respondent will continue to enforce a general occupancy limit of two occupants per bedroom, with respect to any real estate owned by Respondent in Louisville, Kentucky.

VI.     Respondent affirms that their real estate and housing policies and practices, with respect to real estate owned by Respondent in Louisville, Kentucky, including policies and practices relating to the purchase and rental of real estate, do and shall comply with: (a) Chapter 92 of Louisville-Jefferson County Metro Government Ordinance No. 193, Series 2004, (b) the Kentucky Civil Rights Act, specifically KRS 344.280, KRS 344.360, KRS 344.370; (c) the Fair Housing Act, specifically, 42 U.S.C. 3604; and (d) this Agreement.

VII.    The Complainants and the Commission accept this agreement as satisfactory and release and discharge the Respondent from any and all claims arising out of or associated with the above styled complaints or the circumstances or claims arising from the allegations contained in the above referenced complaints and from Complainants' claims of discrimination

VIII.   This Agreement is not an admission of liability by the Respondent nor is it finding of unlawful housing practices by the Commission.

IX.     The parties to this Agreement understand that upon the Commission's issuance of an order embodying the terms of this Agreement; it shall be an unlawful practice,

CNP Supplemental MSJ 0399

judicially enforceable, for a party to this Agreement to violate the terms thereof. This release is to be governed and construed in accordance with the laws of the Commonwealth of Kentucky. In the event of a breach of this Agreement, the prevailing party shall be entitled to recover (in addition to all other available relief) all costs and expenses, including but not limited to expert and witness fees, attorneys' fees, and/or any other monies and/or damages, associated with the breach.

X.  This release contains the entire agreement between the parties and will fully and finally settle all pending claims.

XI.  IN WITNESS of the agreements set forth herein, and being duly sworn and cautioned, the parties have read and understood the foregoing Conciliation Agreement and signed this release of their own free will on the following lines and on the following dates:

████████████████  8/26/15
RESPONDENT          DATE

████████████████  14Sep15
COMPLAINANT         DATE

████████████████  9/21/15
COMPLAINANT         DATE

*Carolyn Miller-Cooper*  9/08/2015
Carolyn Miller-Cooper    DATE
EXECUTIVE DIRECTOR
Louisville Human Relations Commission

CNP Supplemental MSJ 0400
CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER          LOU METRO 017830

**Re: FW: HRC No. C00-HO758**

---

**From:** Greg Capillo ⬛⬛⬛⬛@kyfairhousing.org>                    Thu, Feb 9, 2023 at 12:54 PM EST (GMT-05:00)
**To:** Gardner, Jessica ⬛⬛⬛⬛@louisvilleky.gov>

---

**CAUTION: This email came from outside of Louisville Metro. Do not click links, open attachments, or give away private information unless you recognize the sender's email address and know the content is safe.**

---

We could be ok with this depending on how many properties they own. Also if they don't voluntarily submit a report about rental vouchers they take in the next year, we will continue to test them.

Thank you,
**Greg Capillo |** he/his
Fair Housing Specialist,
Louisville Investigations
Kentucky Fair Housing Council
⬛⬛⬛⬛⬛⬛
Lexington, Kentucky 40517
Phone: ⬛⬛⬛⬛
Facebook Twitter
lexingtonfairhousing.com

---------- Forwarded message ---------
**From: Gardner, Jessica** ⬛⬛⬛⬛r@louisvilleky.gov>
Date: Thu, Feb 9, 2023 at 12:51 PM
Subject: FW: HRC No. C00-HO758
To: ⬛⬛@kyfairhousing.org ⬛⬛@kyfairhousing.org>, ⬛⬛@kyfairhousing.org ⬛⬛@kyfairhousing.org>

I have sent the attached conciliation agreement to Ms. ⬛⬛⬛⬛    She has countered with the below terms.  Are you agreeable to these?

1. Remove all discriminatory statements
2. Provide a letter or policy stating that they will accept all lawful sources of income
3. Make a donation of $250 dollars to either Shively Area Ministries, Family Scholar House or St. Vincent De Paul
4. Appear before the Commission and receive Fair Housing Training.

**Jessica Gardner, M.S.** *(She/Her)*

Compliance Officer

---

**From:** Gardner, Jessica
**Sent:** Monday, February 6, 2023 12:28 PM
**To:** ⬛⬛⬛⬛yahoo.com
**Subject:** RE: HRC No. C00-HO758

Good morning,

<span style="color:red">**CNP Supplemental MSJ 0401**</span>

I have a drafted agreement for your review. You could accept these terms, or counter with your own, but this is typically the gist of what the Lexington Fair Housing Council seeks to conciliate.


I have located what I believe to be a free and pertinent training.   I will go ahead and send it.  It's only an hour long.  I am awaiting to have it approved as satisfactory but, in the meanwhile, I believe it to be great info.  Overall, I cannot stress enough how important knowledge in the local ordinance is pertinent as well.


https://gracehill.com/the-anatomy-of-disparate-impact-webinar/



**Jessica Gardner, M.S.** *(She/Her)*

Compliance Officer

---

**From:** Gardner, Jessica
**Sent:** Tuesday, January 31, 2023 10:04 AM
**To:** ▮▮▮▮ ▮▮▮▮ <▮▮▮▮▮▮▮yahoo.com>
**Subject:** RE: HRC No. C00-HO758


Good morning,


I have been out of the office but received your message.   In regard to the formal fair housing training, I don't see any free classes coming up at the moment but it has been on my radar.  You are also welcome to inquire with the Lexington Fair Housing Council on the trainings that they provide.   I am not aware of their current cost.  As far as what happens next, there will be a conciliation agreement drafted to handle this and many other cases presented to us.   The Commission is exploring ways to streamline and make the process more uniform so please be patient as things are finalized.   You will be notified whenever items are requested of you.


**Jessica Gardner, M.S.** *(She/Her)*

Compliance Officer

---

**From:** ▮▮▮▮ ▮▮▮▮ <▮▮▮▮▮▮yahoo.com>
**Sent:** Wednesday, January 18, 2023 3:30 PM
**To:** Gardner, Jessica <jessica.gardner@louisvilleky.gov>
**Subject:** Re: HRC No. C00-HO758


**CAUTION: This email came from outside of Louisville Metro. Do not click links or open attachments unless you recognize the sender and know the content is safe**

---

**CNP Supplemental MSJ 0402**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Louisville Metro Human Relations Commission

Attention: Jessica Gardner

Our ad for ██████████████ Louisville KY. 40219  was removed November 7, 2022. When we taking applications were not aware of the recent ordinance change March 1, 2021 Chapter 92. Our tenants are currently averaging approximately 9 years with us before moving. This was the first property that we have offered for rent since Chapter 92 went into effect. We were unaware of the change until we received your letter.

 We do participate in Section 8 housing. We have had a family with us since November of 2005 that we converted the lease to section 8, around 2017, so she could remain in the home her and her family loved. We have registered our properties in Louisville Metro Rental Housing Registry when it was created many years ago. We are looking into joining "KREIA" Kentucky Real  Estate Investors Association. The first meeting that we can attend is 1/26/2023. KREIA does update members on all new Louisville codes , ordinances and renting Section 8.

I am willing to attend Fair Housing Training. I am currently searching for locations, times and cost. I am willing to follow up in any new rental leases for 2023 pertaining to any section 8 applications as requested. I will make a charitable donation to a Louisville housing nonprofit of my choice.

██████  ████████

On Friday, January 13, 2023 at 04:56:38 PM EST, Gardner, Jessica <jessica.gardner@louisvilleky.gov> wrote:

Mr. and Mrs. ██████

In addition, you make be pleased to hear that I am working with Codes and Regs on trying to get information out to registrants. Lexington Fair Housing Council also inquired as to if you are a part of the Louisville Apartment Association.  I shared that I believed your properties were all single-family units and may not have thought joining LAA was applicable and they suggested that as well as it's a lobbying group for landlords' rights.

**Jessica Gardner, M.S.** *(She/Her)*

**CNP Supplemental MSJ 0403**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Compliance Officer

---

**From:** Gardner, Jessica
**Sent:** Friday, January 13, 2023 3:29 PM
**To:** ██████ yahoo.com
**Subject:** HRC No. C00-HO758

Mr. and Mrs. ██████

I have followed up with Lexington Fair Housing Council on the cases we have with them.  Regarding, your case, I have shared that I never received a formal statement nor appearance letter from legal counsel.  They said that they are sympathetic enough to work with you to lower the financial penalty if you are willing to meet the other demands.   They expressed that this is in effort to change the culture of impunity around posting advertisements that break the law.

As a reminder, here is the scope of their requests to conciliate.

- Policy changes (no more discriminative statements in advertising).
- A donation to a Louisville housing nonprofit
- All respondents to attend fair housing training
- Respondents with multiple units follow- up with the Commission after a year detailing how many applicants with Section 8 vouchers they've had and how many were accepted/denied.
-

Please advise how you would like to proceed.



**Jessica Gardner, M.S.** *(She/Her)*

Compliance Officer

**Phone**: (502) 574-3413

**Email**: jessica.gardner@louisvilleky.gov

Louisville Metro Human Relations Commission

745 West Main St. Suite 251

Louisville, KY 40202

http://louisvilleky.gov/government/human-relations-commission

  

**CNP Supplemental MSJ 0404**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**CNP Supplemental MSJ 0405**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    LOU METRO_018637



# HUMAN RELATIONS COMMISSION

## Chase Medved
*(He/Him)*
**Compliance Officer**

**Phone**: (502)-574-2398
**Email**: chase.medved@louisvilleky.gov

745 West Main St. Suite 251
Louisville, KY 40202

  

---

**From:** ███████ ███ <███████████com>
**Sent:** Monday, February 13, 2023 5:54 PM
**To:** Medved, Chase ███████████ @louisvilleky.gov>
**Cc:** ████ ███ <██████████com>; ████ ███ <██████████com>
**Subject:** Lexington Fair Housing Council v. ████████████ LLC and ██████████████ LLC (Complaint No. C00-HO780)

**CAUTION: This email came from outside of Louisville Metro. Do not click links, open attachments, or give away private information unless you recognize the sender's email address and know the content is safe.**

---

Dear Mr. Medved,

I am Senior Counsel for ████████████ and ████████████ (Collectively, "**Respondents**"). Please direct all communications regarding Complaint No. C00-HO780 (the "**Complaint**") to my attention.

The Respondents appreciate the opportunity to respond to this Complaint. The Complaint alleges that the property located at ████████████ Louisville, KY 40291 (the "**Property**") was advertised for rent on or around December 9, 2022 by Respondents on rentdigs.com. Respondents are not able to locate the listing for the Property that is the subject of this Complaint. Will you kindly send it to me so Respondents have an opportunity to review it? I will provide a full response at a later date, but I will advise that (1) the Property was occupied and not available for rent on December 9, 2022 and (2) Respondents do not advertise their properties on rentdigs.com. Please send me the rentdigs.com listing so we can conduct a thorough investigation.

Thank you in advance.
Kind regards,





Senior Counsel



**CNP Supplemental MSJ 0406**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

O:
E: &#x2588;&#x2588;&#x2588;&#x2588;&#x2588;&#x2588;&#x2588;com

&#x2588;&#x2588;&#x2588;&#x2588;&#x2588;&#x2588;&#x2588;&#x2588;&#x2588;&#x2588;&#x2588; | Austin, TX 78746

Please refer to our Company's Email Disclaimer for important disclosures regarding this electronic communication.

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

**CNP Supplemental MSJ 0407**