# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### LOUISVILLE DIVISION

| | |
|---|---|
| CHELSEY NELSON PHOTOGRAPHY, LLC ET AL. | PLAINTIFFS |
| v. | No. 3:19-cv-851-BJB |
| LOUISVILLE/JEFFERSON COUNTY METRO GOV'T, ET AL. | DEFENDANTS |

\* \* \* \* \*

## FINAL JUDGMENT

On September 30, the Court granted the Plaintiffs' motion for summary judgment and denied the Defendants' motion to dissolve the permanent injunction. DN 191.  Consistent with that opinion, the Court enters judgment for the Plaintiffs in the amount of $1 and otherwise leaves the permanent injunction (DN 130) and accompanying judgment (DN 132) in place.  This is a final order.

Benjamin Beaton, District Judge
United States District Court

October 20, 2025